# United States Bankruptcy Court
## District of Delaware

In re: HUDSON 1701/1706, LLC, *et al.*,
Debtors

HUDSON 1701/1706, LLC, a Delaware limited liability company; and HUDSON 1702, LLC, a Delaware limited liability company,
Plaintiffs

v.

356W58 GROUND LESSOR LLC, a Delaware limited liability company,
Defendant

Case No.: 25-11853(KBO)

Chapter: 11

Adv. Proc. No.: 25-52471 (KBO)

## SUMMONS AND NOTICE OF PRETRIAL CONFERENCE IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

Address of Clerk:
824 N. Market Street, 3rd Floor
Wilmington, DE 19801

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

Name and Address of Plaintiffs' Attorney

| Stuart M. Brown | Neal Kronley | David M. Riley |
| DLA Piper LLP (US) | DLA Piper LLP (US) | DLA Piper LLP (US) |
| 1201 North Market Street, Suite 1200 | 1251 Avenue of the Americas | 1251 Avenue of the Americas |
| Wilmington, Delaware 19801 | New York, New York 10020 | New York, New York 10020 |
| Email: stuart.brown@us.dlapiper.com | Email: neal.kronley@us.dlapiper.com | Email: david.riley@us.dlapiper.com |

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

YOU ARE NOTIFIED that a pretrial conference of the proceeding commenced by the filing of the complaint will be held at the following time and place.

Address: 824 North Market Street, 6th Floor, Wilmington, Delaware 90801

Room: Courtroom 3

Date and Time: February 12, 2026 at 10:30 a.m. (ET)

IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.

United States Bankruptcy Court for the District of Delaware

Date: 12/23/2025

/s/ Stephen L. Grant
*Clerk of the Bankruptcy Court*

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| HUDSON 1701/1706, LLC, *et al.*[1] | Case No. 25-11853 (KBO) |
| Debtors. | (Jointly Administered) |
| HUDSON 1701/1706, LLC, a Delaware limited liability company; and HUDSON 1702, LLC, a Delaware limited liability company, | Adv. Proc. No. 25-52471 (KBO) |
| Plaintiffs, | |
| v. | |
| 356W58 GROUND LESSOR LLC, a Delaware limited liability company, | |
| Defendant. | |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are Hudson 1701/1706, LLC (0281) and Hudson 1702, LLC (0190). The Debtors' service address is c/o FTI Consulting, Inc., Attn.: Alan Tantleff, 1166 Avenue of the Americas, 15th Floor, New York, NY 10036.

# CERTIFICATE OF SERVICE

I, William Countryman, Jr., certify that service of the *Complaint* [Dkt. No. 1], the *Summons and Notice of Pretrial Conference in an Adversary Proceeding*, and a copy of the *Notice of Dispute Resolution Alternatives* was made on December 24, 2025, by:

☒ Mail service: First-class United States mail, postage fully prepaid:

| | |
|---|---|
| 356W58 Ground Lessor LLP<br>2801 North Harwood Street<br>Suite 1200<br>Dallas, TX 75201 | 356W58 Ground Lessor LLP<br>c/o Capital Services, Inc.<br>108 Lakeland Avenue<br>Dover, DE 19901 |
| 356W58 Ground Lessor LLP<br>c/o MSP Capital Investments, L.L.C.<br>Attn.: Luke Pak<br>3953 Maple Avenue, Suite 350<br>Dallas, TX 75219 | 356W58 Ground Lessor LLP<br>c/o MSP Capital Investments, L.L.C.<br>Attn.: Max Lamont<br>3953 Maple Avenue, Suite 350<br>Dallas, TX 75219 |
| 356W58 Ground Lessor LLP<br>c/o Duval & Stachenfeld LLP<br>Attn.: Danielle Ash and File Manager<br>File No. 4308.0014<br>555 Madison Avenue, Sixth Floor<br>New York, NY 10022 | 356W58 Ground Lessor LLP<br>c/o Landis Rath & Cobb LLP<br>Attn.: Matthew B. McGuire<br>919 Market Street<br>Suite 1800<br>Wilmington, DE 19899 |
| 356W58 Ground Lessor LLP<br>c/o Landis Rath & Cobb LLP<br>Attn.: Adam G. Landis<br>919 Market Street<br>Suite 1800<br>Wilmington, DE 19899 | |

☐ Personal Service: By leaving the process with the defendant or with an officer or agent of defendant at:

☐ Residence Service: By leaving the process with the following adult at:

☐ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

☐ Publication: The defendant was served as follows: [Describe briefly]

☐ State Law: The defendant was served pursuant to the laws of the State of _____, as follows: [Describe briefly]

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Further, on December 26, 2025, Defendant accepted service through counsel and the parties stipulated that Defendant's response deadline is February 4, 2026.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date:  December 29, 2025

Signature: */s/ William L. Countryman, Jr.*
Print Name: William L. Countryman, Jr.
Business Address: 1201 North Market Street
Suite 2100
Wilmington, Delaware 19801