# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Hudson 1701/1706 LLC,<br><br>       Debtors.[1] | Chapter 11<br><br>Case No. 25-11853 (KBO)<br><br>(Jointly Administered) |
| HUDSON 1701/1706, LLC, a Delaware limited liability company; and HUDSON 1702, LLC, a Delaware limited liability company,<br><br>       Plaintiffs,<br><br>    v.<br><br>356W58 GROUND LESSOR LLC, a Delaware limited liability company,<br><br>       Defendant. | Adv. Proc. No. 25-52471 (KBO) |

## DECLARATION OF MATTHEW B. MCGUIRE IN SUPPORT OF 356W58 GROUND LESSOR LLC'S MOTION TO DISMISS THE COMPLAINT

  I, Matthew B. McGuire, hereby declare the following to be true and correct to the best of my knowledge, information and belief:

  1.  I am a member in good standing of the Bar of the State of Delaware and have been admitted to practice before this Court.  I am a partner at Landis Rath & Cobb LLP, attorneys for Defendant 356W58 Ground Lessor LLC ("Landlord") in the above-captioned action. I am familiar with the facts and circumstances set forth herein.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are Hudson 1701/1706, LLC (0281) and Hudson 1702, LLC (0190). The Debtors' headquarters and the mailing address for the Debtors is 11440 San Vicente Boulevard, 2nd Floor, Los Angeles, CA 90045.

2. I submit this declaration in support of Landlord's Motion to Dismiss the Complaint pursuant to Fed. R. Bankr. P. 7012(b) and Fed. R. Civ. P. 12(b)(6), filed concurrently herewith.

3. Attached hereto as **Exhibit A** is a true and correct copy of the Condominium Unit Deed for unit 1701, dated May 4, 2022, and recorded in the New York City Department of Finance, Office of the City Register.

4. Attached hereto as **Exhibit B** is a true and correct copy of the Condominium Unit Deed for unit 1702, dated May 4, 2022, and recorded in the New York City Department of Finance, Office of the City Register.

5. Attached hereto as **Exhibit C** is a true and correct copy of the Ground Lease, dated May 4, 2022.

6. Attached hereto as **Exhibit D** is a true and correct copy of the Memorandum of Lease, dated May 4, 2022, and recorded in the New York City Department of Finance, Office of the City Register.

7. Attached hereto as **Exhibit E** is a true and correct copy of the Building Loan Agreement, dated May 4, 2022.

8. Attached hereto as **Exhibit F** is a true and correct copy of the Project Loan Agreement, dated May 4, 2022.

9. Attached hereto as **Exhibit G** is a true and correct copy of the Building Loan Leasehold Mortgage, Security Agreement, Assignment of Leases and Rents and Fixture Filing dated May 4, 2022.

10. Attached hereto as **Exhibit H** is a true and correct copy of the Project Loan Leasehold Mortgage, Security Agreement, Assignment of Leases and Rents and Fixture Filing dated May 4, 2022.

11. Attached hereto as **Exhibit I** is a true and correct copy of the Leasehold Financing Agreement dated May 4, 2022.

12. Attached hereto as **Exhibit J** is a true and correct copy of the First Amendment to Ground Lease dated January 3, 2023.

13. Attached hereto as **Exhibit K** is a true and correct copy of that certain letter regarding Loans by Parkview Financial REIT, LP to Hudson 1702 LLC and Hudson 1701/1706 LLC dated March 1, 2023.

14. Attached hereto as **Exhibit L** is a true and correct copy of the Leasehold Financing Agreement dated May 1, 2023.

15. Attached hereto as **Exhibit M** is a true and correct copy of the Second Amendment to Ground Lease dated May 1, 2023.

16. Attached hereto as **Exhibit N** is a true and correct copy of the Third Amendment to Ground Lease dated December 1, 2023.

17. Attached hereto as **Exhibit O** is a true and correct copy of the Certificate dated December 1, 2023.

18. Attached hereto as **Exhibit P** is a true and correct copy of that certain letter from Landlord to Debtors dated January 26, 2024 concerning the Multifamily Fallback Business Plan and Hotel Fallback Business Plan.

19. Attached hereto as **Exhibit Q** is a true and correct copy of the Fourth Amendment to Ground Lease dated March 29, 2024.

20. Attached hereto as **Exhibit R** is a true and correct copy of the Notice of Events of Default Under Loan Agreement dated October 11, 2024.

21. Attached hereto as **Exhibit S** is a true and correct copy of the letter concerning Response to Notice of Events of Default dated October 11, 2024 – Hudson Hotel Project dated October 18, 2024.

22. Attached hereto as **Exhibit T** is a true and correct copy of the Notice of Public Sale of Collateral that was published on page B8 of the *Wall Street Journal* on February 13, 2025.

23. Attached hereto as **Exhibit U** is a true and correct copy of the Agreement dated April 10, 2025.

24. Attached hereto as **Exhibit V** is a true and correct copy of the Notice of Default Under Financial Agreement dated June 5, 2025.

25. Attached hereto as **Exhibit W** is a true and correct copy of the Notice of Public Sale of Collateral that was published on page B8 of the *Wall Street Journal* on June 26, 2025.

I declare under penalty of perjury under the laws of the United States of America pursuant to 28 U.S.C. § 1746 that the foregoing in true and correct to the best of my knowledge, information, and belief.

Executed on this 4th day of February, 2026.

*/s/ Matthew B. McGuire*
Matthew B. McGuire (No. 4366)