# EXHIBIT D

<table>
<tr><td>

**NYC DEPARTMENT OF FINANCE**
**OFFICE OF THE CITY REGISTER**

This page is part of the instrument. The City Register will rely on the information provided by you on this page for purposes of indexing this instrument. The information on this page will control for indexing purposes in the event of any conflict with the rest of the document.

</td><td>



20220513011620050002E8A88

</td></tr>
</table>

| RECORDING AND ENDORSEMENT COVER PAGE | | PAGE 1 OF 10 |
|---|---|---|
| **Document ID:** 2022051301162005 | Document Date: 05-04-2022 | Preparation Date: 06-13-2022 |

**Document Type:** MEMORANDUM OF LEASE
**Document Page Count:** 8

| PRESENTER: | RETURN TO: |
|---|---|
| ROYAL ABSTRACT OF NEW YORK LLC (TITLE#915047) 125 PARK AVENUE, SUITE 1610 NEW YORK, NY 10017 212-376-0900 lrivera@ROYALABSTRACT.COM | ROYAL ABSTRACT OF NEW YORK LLC (TITLE#915047) 125 PARK AVENUE, SUITE 1610 NEW YORK, NY 10017 212-376-0900 lrivera@ROYALABSTRACT.COM |

## PROPERTY DATA

| Borough | Block | Lot | | Unit | Address |
|---|---|---|---|---|---|
| MANHATTAN | 1048 | 1701 | Entire Lot | 1 | 353 WEST 57TH STREET |

**Property Type:** COMMERCIAL CONDO UNIT(S)

| Borough | Block | Lot | | Unit | Address |
|---|---|---|---|---|---|
| MANHATTAN | 1048 | 1702 | Entire Lot | 2 | 353 WEST 57TH STREET |

**Property Type:** COMMERCIAL CONDO UNIT(S)

☒ Additional Properties on Continuation Page

## CROSS REFERENCE DATA

CRFN_____  *or*  DocumentID_____  *or*  _____ Year_____ Reel____ Page_____  *or*  File Number_____

## PARTIES

| LESSOR: | LESSEE: |
|---|---|
| 356W58 GROUND LESSOR LLC C/O CSC CO-LIVING, 6 ST. JOHNS LANE NEW YORK, NY 10013 | HUDSON 1702, LLC C/O CSC CO-LIVING, 6 ST. JOHNS LANE NEW YORK, NY 10013 |

☒ Additional Parties Listed on Continuation Page

## FEES AND TAXES

| Mortgage : | | | Filing Fee: | |
|---|---|---|---|---|
| Mortgage Amount: | $ | 0.00 | $ | 250.00 |
| Taxable Mortgage Amount: | $ | 0.00 | NYC Real Property Transfer Tax: | |
| Exemption: | | | $ | 0.00 |
| TAXES: County (Basic): | $ | 0.00 | NYS Real Estate Transfer Tax: | |
| City (Additional): | $ | 0.00 | $ | 1,069,006.25 |
| Spec (Additional): | $ | 0.00 | | |
| TASF: | $ | 0.00 | **RECORDED OR FILED IN THE OFFICE** | |
| MTA: | $ | 0.00 | **OF THE CITY REGISTER OF THE** | |
| NYCTA: | $ | 0.00 | **CITY OF NEW YORK** | |
| Additional MRT: | $ | 0.00 | Recorded/Filed        06-15-2022 16:38 | |
| TOTAL: | $ | 0.00 | City Register File No.(CRFN): | |
| Recording Fee: | $ | 83.00 | **2022000240498** | |
| Affidavit Fee: | $ | 0.00 | | |
| | | | *City Register Official Signature* | |

| NYC DEPARTMENT OF FINANCE OFFICE OF THE CITY REGISTER |  |
|---|---|
| | 2022051301162005002C8808 |

| **RECORDING AND ENDORSEMENT COVER PAGE  (CONTINUATION)** | **PAGE 2 OF 10** |
|---|---|

**Document ID:** 2022051301162005    Document Date: 05-04-2022    Preparation Date: 06-13-2022
Document  Type: MEMORANDUM OF LEASE

---

**PROPERTY DATA**

| Borough | Block | Lot | Unit | Address |
|---|---|---|---|---|
| MANHATTAN | 1048 | 1706 Entire Lot | | 353 WEST 57TH STREET |

**Property Type:** OTHER

---

**PARTIES**

**LESSEE:**
HUDSON 1701/1706, LLC
C/O CSC CO-LIVING, 6 ST. JOHNS LANE
NEW YORK, NY 10013

**Memorandum of Lease**

Record and Return to:

Duval & Stachenfeld LLP
555 Madison Avenue, 6th Floor
New York, NY 10022
Attention: Danielle Ash, Esq. & File Manager
File No.: 4308.0014

## MEMORANDUM OF LEASE

THIS MEMORANDUM OF LEASE (this "Memorandum"), is made as of the _____ 4th _____ day of _Mwy_, 2022, between **356W58 GROUND LESSOR, LLC**, a Delaware limited liability company ("Landlord"), having an office at Woodlawn Hall at Old Parkland, 3953 Maple Ave., Suite 350, Dallas, Texas 75219, and **HUDSON 1701/1706, LLC** ("Tenant 1") and **HUDSON 1702, LLC** ("Tenant 2"; together with Tenant 1, individually and collectively, "Tenant"), each a Delaware limited liability company, having an address c/o CSC Co-Living 6 St. Johns Lane, New York, New York 10013.

### RECITALS

WHEREAS, Landlord and Tenant have executed a certain Lease, dated as of the date hereof (the "Lease"), under which Landlord leases to Tenant that certain real property described in Exhibit A attached hereto (the "Leased Premises");

WHEREAS, the term of the Lease is for a period beginning on the date hereof through and including May 31, 2121; and

WHEREAS, Landlord and Tenant desire to enter into this Memorandum to be recorded in order that third parties will have notice of the existence of the Lease.

NOW, THEREFORE, in consideration of the sum of Ten Dollars ($10.00) and for other good and valuable consideration, the receipt and sufficiency of which the parties hereby acknowledge, and intending to be legally bound hereby, Landlord and Tenant agree as follows:

1.      Recitals Incorporated.  The foregoing recitals are incorporated by reference into this Section as if set forth in the Section in full.

2.      Incorporation of the Lease.  The Lease is unrecorded and is herein expressly incorporated by reference for a complete statement of the rights and obligations of Landlord and Tenant with respect to the Leased Premises.  Any conflict between this Memorandum and the Lease shall be governed by the terms of the Lease.

3.      Release.  The parties agree to promptly execute and record a release of this Memorandum of Lease at any time after the Lease expires or is terminated in accordance with its terms.

4870-4888-6548, v. 4

[Remainder of Page Intentionally Left Blank; Signatures Follow]

4870-4888-6548, v. 4

https://a836-acris.nyc.gov/DS/DocumentSearch/DocumentImageView?doc_id=2022051301162005

IN WITNESS WHEREOF, Landlord and Tenant have executed this Memorandum as of the day and year first above written.

**LANDLORD:**

**356W58 GROUND LESSOR LLC,**
a Delaware limited liability company

By: _____
Name: Luke Pak
Title: Authorized Signatory


STATE OF TEXAS )
                                  ) ss.:
COUNTY OF DALLAS )

On the 3rd day of May in the year 2022 before me, the undersigned, personally appeared, personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is(are) subscribed to the within instrument and acknowledged to me that he/ she/they executed the same in his /her/ their capacit(y)(ies) and that by his/her/their signature(s) on the instrument, the individual(s), or the person upon behalf of which the individual(s) acted, executed the instrument and that such individual made such appearance before the undersigned in the City of Dallas, County of Dallas, and State of Texas.
* Luke Pak

_____
Notary Public

WENDY DALCHAU
My Notary ID # 129244655
Expires December 26, 2024

[additional signature(s) follow]

[Signature Page to Memorandum of Ground Lease]

**TENANT:**

**Hudson 1701/1706, LLC**
a Delaware limited liability company

By:  Alberto Smeke Saba
Title: Authorized Signatory

By:  Salomon Smeke Saba
Title: Authorized Signatory

STATE OF NEW YORK          )
                                              ss.:
COUNTY OF NEW YORK     )

On the 22 day f APRIL i the year 2022, before e the undersigned, a Notary Public in and for said State, p sonally app ared Alberto Smeke Sa a personally known to me or proved to me on the ba is of satisfa ory evidence to be the dividual whose name is subscribed to the within instrument and ackno ledged to me that he ex uted the same in his capacity, and that by his signature on the instrum nt, the individual, or the erson upon behalf of which the individual acted, executed the instr ment.

_____
Notary Public
DEVIKA S. RAGHOOBAR
Notary Public, State of New York
No. 01RA6421861
Qualified in Queens County
Commission Expires 9/13/2025

STATE OF NEW YORK          )
                                              ss.:
COUNTY OF NEW YORK     )

On the 28 day of APRL the year 2022, before r e, the undersigned, a Notary Public in and for said State, personally ap ared Salomon Smeke S ba, personally known to me or proved to me on the asis of satisfa ory evidence to be the individual whose name is subscribed to the within instrument and ackno edged to me that he executed the same in his capacity, and that by his signature on the instrum t the individual, or the person upon behalf of which the individual acted, executed the instr ent.

_____
Notary Public
DEVIKA S. RAGHOOBAR
Notary Public, State of New York
No. 01RA6421861
Qualified in Queens County
Commission Expires 9/13/2025

[Signatur age to Memorandum of Gr nd Lease]

**TENANT:**

**Hudson 1702, LLC**
a Delaware limited liability compan

By:  Alberto Smeke Saba
Title: Authorized Signatory

By:  Salomon Smeke Saba
Title: Authorized Signatory

STATE OF NEW YORK          )
                                                    ss.:
COUNTY OF NEW YORK      )

On the 2ᵗ day of APRIL   the year 2022, before me, the undersigned, a Notary Public in and for said State, personally ap  ared Alberto Smeke Saba, personally known to me or proved to me on the basis of satisfa  ory evidence to be the individual whose name is subscribed to the within instrument and ackno  edged to me that he executed the same in his capacity, and that by his signature on the instrum  t, the individual, or the person upon behalf of which the individual acted, executed the instr ment.

Notary Public

DEVIKA S. RAGHOOBAR
Notary Public, State of New York
No. 01RA6421861
Qualified in Queens County
Commission Expires 9/13/2025

STATE OF NEW YOI .          )
                                                    ss.:
COUNTY OF NEW YORK      )

On the 2Y day of APRIL   the year 2022, before me, the undersigned, a Notary Public in and for said State, personally ap  ared Salomon Smeke Saba, personally known to me or proved to me on the basis of satisfa  ory evidence to be the individual whose name is subscribed to the within instrument and ackno  edged to me that he executed the same in his capacity, and that by his signature on the instrum  t, the individual, or the person upon behalf of which the individual acted, executed the instr ment.

Notary Public

DEVIKA S. RAGHOOBAR
Notary Public, State of New York
No. 01RA6421861
Qualified in Queens County
Commission Expires 9/13/2025

[Signatur  age to Memo andum of Ground Lease]

## EXHIBIT A

### Description of the Leased Premises

Lots 1701 and 1702

**THE CONDOMINIUM UNITS** (hereinafter referred to as the "Units") in the building (hereinafter referred to as the "Building") known as **353 West 57th Street Condominium** and by the street number **353-361 West 57th Street a/k/a 358-366 West 58th Street**, County of New York, State of New York, said Units being designated and described as **Units Nos. 1 and 2** in a Declaration **dated 4/11/1985** made by **Irving Schatz**, pursuant to Article 9-B of the Real Property Law of the State of New York (hereinafter referred to as the "Condominium Act") establishing a Plan for condominium ownership of the Building and the Land (hereinafter referred to as the "Land") upon which the Building is situate (which Land is more particularly described in Exhibit A annexed hereto and by this reference made a part hereof), which Declaration was recorded in the Office of the City Register of the City of New York, County of New York, on **4/24/1985 in Reel 902 Page 1** as amended by **First Amendment to Declaration** dated 1/29/1993 and recorded 5/11/1993 in Reel 1969 Page 2286, as amended by **Amended and Restated Declaration** made by Henry Hudson Holdings LLC, Irving Schatz, Adrienne Wechsler and Cheryl Hirsch dated as of 2/12/1999 and recorded 7/16/1999 in Reel 2913 Page 1753 and Amendment to Amended and Restated Declaration dated as of 9/30/1999 and recorded 10/27/1999 in Reel 2979 Page 2159 (which Declaration and Amendments thereto are hereinafter collectively referred to as the "Declaration"). These Units are also designated as **Tax Lots 1701 and 1702 in Block 1048** of the County of New York on the Tax Map of the Real Property Assessment Department and on the Floor Plans of the Building, certified by **Butler Rogers Baskett Architects**, and filed with the Real Property Assessment Department **as Condominium Plan No. 208** and also filed in the Office of the City Register of the City of New York, County of New York, on **4/24/1985 as Condominium Map No. 4326** and recorded 4/24/1985 as Reel 8500 Page 4326, as amended by **Amended Condominium Plan No. 208-A** filed 5/11/1993 as **Amended Condominium Map No. 5192** and recorded 5/11/1993 as Reel 9300 Page 5192.

**TOGETHER** with an undivided **44.05105 %** interest (as to Unit 1, Lot 1701) and **46.94011 %** interest (as to Unit 2, Lot 1702) in the Common Elements (as such term is defined in the Declaration).

**The Land** on which the Building and Units are located is situated in the County of New York and State of New York and is more fully described in the Declaration.

4870-4888-6548, v. 4

Lot 1706

The premises demised by that certain Lease dated as of 2/11/1999 made by and between Irving Schatz, as landlord and Ian Schrager Hotels LLC, as tenant; as modified by an Amended and Restated Memorandum of Lease made between Ian Schrager Hotels LLC and Irving Schatz dated as of 2/12/1999 and recorded 3/23/1999 in Reel 2841 Page 1872; as assigned by an Assignment and Assumption of Lease made by and between Ian Schrager Hotels LLC (f/k/a West 57th LLC) to Henry Hudson Holdings LLC dated as of 2/12/1999 and recorded 3/23/1999 in Reel 2841 Page 1882; as modified by an Unrecorded Amendment to Lease made by and between Irving Schatz, as landlord, and Henry Hudson Holdings LLC, as tenant, dated as of 8/17/2004, as evidenced by Assignment and Assumption of Ground Lease in Lieu of Foreclosure made by Henry Hudson Holdings LLC to EC 58th Street LLC dated as of 11/24/2020 and recorded 12/4/2020 as CRFN 2020000344630; to wit:

**THE CONDOMINIUM UNIT** (hereinafter referred to as the "Unit") in the building (hereinafter referred to as the "Building") known as **353 West 57th Street Condominium** and by the street number **353-361 West 57th Street a/k/a 358-366 West 58th Street**, County of New York, State of New York, said Unit being designated and described as **Unit No. 6** in a Declaration **dated 4/11/1985** made by **Irving Schatz**, pursuant to Article 9-B of the Real Property Law of the State of New York (hereinafter referred to as the "Condominium Act") establishing a Plan for condominium ownership of the Building and the Land (hereinafter referred to as the "Land") upon which the Building is situate (which Land is more particularly described in Exhibit A annexed hereto and by this reference made a part hereof), which Declaration was recorded in the Office of the City Register of the City of New York, County of New York, on **4/24/1985 in Reel 902 Page 1** as amended by **First Amendment to Declaration** dated 1/29/1993 and recorded 5/11/1993 in Reel 1969 Page 2286, as amended by **Amended and Restated Declaration** made by Henry Hudson Holdings LLC, Irving Schatz, Adrienne Wechsler and Cheryl Hirsch dated as of 2/12/1999 and recorded 7/16/1999 in Reel 2913 Page 1753 and Amendment to Amended and Restated Declaration dated as of 9/30/1999 and recorded 10/27/1999 in Reel 2979 Page 2159 (which Declaration and Amendments thereto are hereinafter collectively referred to as the "Declaration"). This Unit is also designated as **Tax Lot 1706 in Block 1048** of the County of New York on the Tax Map of the Real Property Assessment Department and on the Floor Plans of the Building, certified by **Butler Rogers Baskett Architects**, and filed with the Real Property Assessment Department **as Condominium Plan No. 208** and also filed in the Office of the City Register of the City of New York, County of New York, on **4/24/1985 as Condominium Map No. 4326** and recorded 4/24/1985 as Reel 8500 Page 4326, as amended by **Amended Condominium Plan No. 208-A** filed 5/11/1993 as **Amended Condominium Map No. 5192** and recorded 5/11/1993 as Reel 9300 Page 5192.

**TOGETHER** with an undivided **3.89067 %** interest in the Common Elements (as such term is defined in the Declaration).

**The Land** on which the Building and Unit are located is situated in the County of New York and State of New York and is more fully described in the Declaration.

4870-4888-6548, v 4

## EXHIBIT A

**ALL THAT CERTAIN** plot, piece or parcel of land, situate, lying and being in the Borough of Manhattan, County of New York, City and State of New York, bounded and described as follows:

BEGINNING at a point on the northerly side of West 57th Street, distant 20 feet easterly from the corner formed by the intersection of the easterly side of Ninth Avenue with the northerly side of West 57th Street;

RUNNING THENCE easterly along the said northerly side of West 57th Street, 155 feet;

THENCE northerly parallel with Ninth Avenue, 200 feet 10 inches to the southerly side of West 58th Street;

THENCE westerly along the said southerly side of West 58th Street, 135 feet to a point distant 40 feet easterly from the corner formed by the intersection of the southerly side of West 58th Street with the easterly side of Ninth Avenue;

THENCE southerly parallel with Ninth Avenue and part of the distance through a party wall, 100 feet 10 inches;

THENCE westerly parallel, more or less, with West 58th Street, 20 feet;

THENCE southerly and part of the way through a party wall, 100 feet to the northerly side of West 57th Street, the point or place of BEGINNING.

For Information Only:   Said premises are known as 353 West 57th Street Condominium, 353-361 West 57th Street a/k/a 356 West 58th Street, Units 1 and 2, New York, NY and designated as Block 1048 Lots 1701 and 1702 as shown on the Tax Map of the City of New York, County of New York

4870-4888-6548, v. 4