# EXHIBIT K



**Jeffrey K. Levin**
Counsel

Direct Dial: 646.237.1805
Direct Fax: 646.285.0335
jlevin@farrellfritz.com

622 Third Avenue
Suite 37200
New York, NY 10017
www.farrellfritz.com

Our File No.
36535-135

March 1, 2023

**BY EMAIL**
James T. Kim, Esq.
Cole Schotz P.C.
Court Plaza North
25 Main Street
Hackensack, NJ 07602

**Re:    Loans by Parkview Financial REIT, LP to Hudson 1702 LLC and Hudson 1701/1706 LLC**

Dear Mr. Kim:

We have received a copy of your letter dated February 24, 2023 addressed to our client, Parkview Financial REIT, LP, with respect to certain loans made pursuant to the Building Loan Agreement and the Project Loan Agreement, each dated as of May 4, 2022 (collectively, the "Loan Agreements") among your clients Hudson 1702, LLC and Hudson 1701/1706 LLC (collectively, "Borrower"), and Parkview Financial REIT, LP, as Administrative Agent and Lender.

Parkview was surprised to receive your letter.  Borrower is well aware from conversations with Parkview that Parkview is in the process of pursuing a transaction whereby an additional lender ("Additional Lender") will be brought into the loan and that the next advance of the loan will occur upon the closing of the transaction with the Additional Lender (the "New Lender Transaction").   A letter of intent has been executed between Parkview and the Additional Lender for the New Lender Transaction.  Borrower is aware of the identity of the Additional Lender, and we are advised Borrower has a prior relationship with the Additional Lender. Parkview has at all times acted in good faith with respect to its dealings with the Borrower.

As such, Parkview expects to fund approximately $3,000,000.00 on account of the draws requested not later than March 10, 2023.  Parkview further expects that that the balance of the draws requested will be funded shortly thereafter when the Additional Lender closes on the New Lender Transaction.  Borrower should take this into account when addressing the purported obligations of Borrower listed in your letter. However, nothing in this letter should be construed as an acknowledgement that the conditions for an advance of the proceeds of the loan have been satisfied, or as a waiver of compliance with any such conditions.

ALBANY   |   HAUPPAUGE   |   UNIONDALE   |   WATER MILL

FF\13348005.4

James T. Kim, Esq.
March 1, 2023
Page 2

We do want to confirm, however, that the email sent by Carl Dulay dated February 24, 2023 containing an invoice for interest payments and late charges was sent in error.  Parkview has confirmed that Borrower may refrain until the New Lender Transaction closes to pay the invoice for interest payments and no late charges are presently due with respect to the interest payments set forth therein.  Assuming that the conditions for disbursement of proceeds of the loan for the interest reserve are satisfied, Lenders will advance proceeds from the interest reserve line item to pay the interest referred to in your letter upon the closing of the New Lender Transaction.

Nothing contained herein shall be deemed to be an admission of any of the allegations contained in your letter, and Parkview similarly reserves any of its rights and remedies.

Very truly yours,

*Jeffrey K. Levin*

Jeffrey K. Levin

JKL:

Cc:    Patrick Collins, Esq.
       Paul Rahimian
       Marty Friedemann

FF\13348005.4