# EXHIBIT N

**THIRD AMENDMENT TO GROUND LEASE**

THIS THIRD AMENDMENT TO GROUND LEASE (this "Third Amendment") is effective as of the 1st day of December, 2023 (the "Third Amendment Effective Date"), by and among **356W58 GROUND LESSOR LLC**, a Delaware limited  liability company (together with its successors and assigns, "Landlord"), **HUDSON 1701/1706, LLC** ("Tenant 1"), and **HUDSON  1702, LLC** ("Tenant 2"; and together with Tenant 1, individually and collectively, as the context may require, joint and severally, and together with their respective successors or assigns permitted by the Lease, "Tenant"), each a Delaware limited liability company.

W I T N E S S E T H:

WHEREAS, Landlord and Tenant entered into that certain Ground Lease, dated as of May 4, 2022 (the "Original Lease Agreement"), as amended by that certain First Amendment to Ground Lease, dated as of January 3, 2023 (the "First Amendment") and that Second Amendment to Ground Lease dated as of May 1, 2023 (the "Second Amendment"; and together with the Original Lease Agreement and the First Amendment, collectively, the "Original Lease"; as the same is amended by this Third Amendment and as may be further amended, restated, assigned and/or modified from time to time, the "Lease"), pursuant to which Landlord ground leased to Tenant the Leased Premises described therein;

WHEREAS, in connection with the Second Amendment, NW Hudson Lender LLC, a Delaware limited liability company ("Northwind") was recognized as the Construction Lender under the Lease and executed and delivered a Leasehold Financing Agreement, dated May 1, 2023, by and among Northwind, Landlord and Tenant (the "Leasehold Financing Agreement"), which Leasehold Financing Agreement also contained a joinder (the "Withdrawal Liability Joinder") executed and delivered by Parkview Financial REIT, LP, a Delaware limited partnership ("Parkview") in favor of Landlord;

WHEREAS, contemporaneously with the Third Amendment Effective Date, all of the right, title and interest of Northwind in and to the Construction Loan and the Construction Loan Documents is being transferred to Parkview and Parkview has requested to be recognized under the Lease as a Leasehold Mortgagee; and

WHEREAS, as material inducement to (and as a condition to) recognizing Parkview as a Leasehold Mortgagee under the Lease, entitling Parkview to all of the Mortgagee Protections set forth therein, Landlord is requiring that (i) Tenant execute and deliver this Third Amendment, (ii) that Parkview execute an acknowledgment to this Third Amendment set forth below, and (iii) Parkview execute and deliver an estoppel certificate (the "Parkview Estoppel") to Landlord in form and substance reasonably satisfactory to Landlord as to the status of the Construction Loan and Construction Loan Documents.

NOW, THEREFORE, in consideration of these presents, and for other good and valuable consideration, the mutual delivery of which is hereby acknowledged, Landlord and Tenant hereby agree as follows:

1.　　　Recitals Incorporated; Defined Terms.  The foregoing recitals are hereby incorporated into this Third Amendment as if fully set forth herein. Capitalized terms used herein but not defined herein shall have the meanings ascribed to such terms in the Original Lease.

2.　　　Construction Lender Definition.  The definition of "Construction Lender" is hereby deleted and replaced with the following:

"Construction Lender" means PARKVIEW FINANCIAL REIT, LP, a Delaware limited partnership.

For the avoidance of doubt, from and after the Third Amendment Effective Date, Northwind shall no longer be deemed to be a Leasehold Mortgagee under the Lease or be entitled to any of the Mortgagee Protections set forth therein.

3.      Representations and Warranties. Each of Tenant and Parkview represent and warrant, as to themselves only, as of this Third Amendment Effective Date:

      (a)      by acquiring all of the right, title and interest in and to the Construction Loan from Northwind, Parkview is hereby an assignee of Northwind under the Leasehold Financing Agreement and, as assigned, such Leasehold Financing Agreement is in full force and effect;

      (b)      the Joinder is in full force and effect, enforceable against Parkview in accordance with its terms by Landlord, and Parkview hereby ratifies and confirms that it is bound by all of the indemnities and warranties set forth in such Joinder; and

      (c)      except as set forth in the Leasehold Financing Agreement or as otherwise set forth in Schedule 1 attached hereto, there have been no further assignments, amendments, restatements, modifications, or supplements to the Construction Loan Documents and Landlord has received true, correct and complete copies of all of the Construction Loan Documents.

4.      Governing Law; Ratification. This Third Amendment shall be governed by the laws of the State of New York without regard to conflicts of laws principles. Except as otherwise specifically amended by this Third Amendment, all of the terms of the Original Lease shall remain in full force and effect and are hereby ratified and confirmed by the parties hereto. From and after the Second Amendment Effective Date, all references in the Original Lease to the "Lease" shall be deemed references to the Original Lease, as amended by this Third Amendment.

5.      Counterparts; Facsimile Signatures. This Third Amendment may be executed in more than one counterpart, which, when taken together, shall constitute one instrument. This Third Amendment may be executed and delivered by facsimile transmission, electronic mail (e-mail) transmission, or Portable Document Format ("PDF") transmission. Signature pages to this Third Amendment delivered by facsimile transmission, electronic mail (e-mail) transmission, or PDF transmission shall be given the same legal force and effect as original signatures.

6.      Incorporation. Sections 41, 42, 43, 44, 45, 46, 53, 55 and 61 of the Original Lease are hereby incorporated by reference as if set forth in full in this Third Amendment.

[The remainder of this page is intentionally left blank; signature pages follow]

IN WITNESS WHEREOF, Landlord and Tenant have caused this Third Amendment to be executed as of the Third Amendment Effective Date.

LANDLORD:

356W58 GROUND LESSOR LLC,
a Delaware limited liability company

By: _____
Name: Murray McCabe
Title: Manager

*[Signatures continue on following page]*

*[Signature Page to Third Amendment to Ground Lease – Hudson Hotel]*

**TENANT:**

**HUDSON 1701/1706, LLC,**
a Delaware limited liability company

By: _____
    Name:  Alberto Smeke Saba
    Title:   Authorized Signatory

By: _____
    Name:  Salomon Smeke Saba
    Title:   Authorized Signatory

**HUDSON 1702, LLC,**
a Delaware limited liability company

By: _____
    Name:  Alberto Smeke Saba
    Title:   Authorized Signatory

By: _____
    Name:  Salomon Smeke Saba
    Title:   Authorized Signatory

*[Signature Page to Second Amendment to Ground Lease – Hudson Hotel]*

By executing this signature page, Parkview hereby confirms that (i) each of the representations and warranties made on behalf of Parkview set forth in Section 3 of this Third Amendment are true, correct and complete  and (ii) Parkview has executed and delivered the  Parkview Estoppel.

PARKVIEW FINANCIAL REIT, LP,
a Delaware limited partnership

By:    Parkview Financial Fund GP, Inc.,
a California corporation,
its general partner

By _____

Name:  Ted Jung
Title:   Chief Credit Officer

Error! No document variable supplied." = "1" "FF\14100391.2" ""
4884-2025-0004, v. 2

<u>SCHEDULE 1</u>

1.      Assignment of Mortgage dated as of December 1, 2023 by NW HUDSON LENDER LLC, as Administrative Agent, as Assignor, to PARKVIEW FINANCIAL REIT, LP, as Administrative Agent, as Assignee, with respect to the building loan.

2.      Assignment of Mortgage dated as of December 1, 2023 by NW HUDSON LENDER LLC, as Administrative Agent, as Assignor, to PARKVIEW FINANCIAL REIT, LP, as Administrative Agent, as Assignee, with respect to the project loan.

3.      Allonge by NW Hudson Lender LLC endorsing to Parkview Financial REIT, LP, the Replacement Building Loan Mortgage Note A, dated as of May 1, 2023 (the "**Note**"), in the original principal amount of $39,508,467.15, made by HUDSON 1702, LLC, a Delaware limited liability company, and HUDSON 1701/1706, LLC, a Delaware limited liability company, to the order of PARKVIEW FINANCIAL REIT, LP, a Delaware partnership, and previously endorsed by Parkview Financial REIT, LP to NW Hudson Lender LLC by Allonge dated as of May 1, 2023.

4.      Allonge by NW Hudson Lender LLC endorsing to Parkview Financial REIT, LP, the Replacement Project Loan Mortgage Note A, dated as of May 1, 2023 (the "**Note**"), in the original principal amount of $60,491,532.85, made by HUDSON 1702, LLC, a Delaware limited liability company, and HUDSON 1701/1706, LLC, a Delaware limited liability company, to the order of PARKVIEW FINANCIAL REIT, LP, a Delaware partnership, and previously endorsed by Parkview Financial REIT, LP to NW Hudson Lender LLC by Allonge dated as of May 1, 2023.