# EXHIBIT O

<u>CERTIFICATE</u>

356W58 GROUND LESSOR LLC, a Delaware limited liability company (together with its successors and assigns, "<u>Landlord</u>"), HUDSON 1701/1706, LLC ("<u>Tenant 1</u>"), and HUDSON 1702, LLC ("<u>Tenant 2</u>"; and together with Tenant 1, individually and collectively, as the context may require, joint and severally, and together with their respective successors or assigns permitted by the Lease, "<u>Tenant</u>"), each a Delaware limited liability company, entered into that certain Ground Lease, dated as of May 4, 2022 (the "<u>Original Lease Agreement</u>"), as amended by that certain First Amendment to Ground Lease, dated as of January 3, 2023 (the "<u>First Amendment</u>") and that Second Amendment to Ground Lease dated as of May 1, 2023 (the "<u>Second Amendment</u>") and that Third Amendment to Ground Lease dated as of the date hereof (the "<u>Third Amendment</u>"; and together with the Original Lease Agreement and the First Amendment and the Second Amendment and as may be further amended, restated, assigned and/or modified from time to time, the "<u>Lease</u>"), pursuant to which Landlord ground leased to Tenant the Leased Premises described therein.   All defined terms used herein but not defined herein shall have the meanings ascribed to them in the Lease.

In connection with the Second Amendment, NW Hudson Lender LLC, a Delaware limited liability company ("<u>Northwind</u>") was recognized as the Construction Lender under the Lease and executed and delivered a Leasehold Financing Agreement, dated May 1, 2023, by and among Northwind, Landlord and Tenant (the "<u>Leasehold Financing Agreement</u>"), which Leasehold Financing Agreement also contained a joinder (the "<u>Withdrawal Liability Joinder</u>") executed and delivered by Parkview Financial REIT, LP, a Delaware limited partnership ("<u>Parkview</u>") in favor of Landlord;

As of the date hereof, all of the right, title and interest of Northwind in and to the Construction Loan and the Construction Loan Documents is being transferred to Parkview (the "Transfer").   Parkview has requested to be recognized under the Lease as a Leasehold Mortgagee. As a condition to entering into the Third Amendment and being recognized as a Leasehold Mortgagee under the Lease, entitling Parkview to all of the Mortgagee Protections set forth therein, Landlord is requiring that Parkview execute and deliver this Certificate, which Certificate is the "Parkview Estoppel" referred to in the Third Amendment.

Parkview hereby certifies to Landlord as follows:

1.      Parkview is a Qualified Institutional Lender, as defined in the Lease.

2.      The financial information attached hereto as Exhibit A is true, correct and complete in all material respects.

3.      The organizational chart and related information attached hereto as Exhibit B is true, correct and complete in all material respects.

4.      Upon the closing of the Transfer, Parkview will be the owner of 100% of the lender's position with respect to the Construction Loan Documents, and the Co-Lender Agreement

4853-3175-1060, v. 3

dated as of May 1, 2023 between Northwind and Parkview shall be deemed terminated and of no further force and effect.

5.    (a)    To the knowledge of Parkview, the representations contained in Section 9(a) of the Leasehold Financing Agreement is true, correct and complete in all material respects as of the date hereof.

(b)    With respect to the representations contained in Section 9(b) of the Leasehold Financing Agreement, Parkview has received copies of various default notices from Northwind to Borrower that the Borrower is in default under the Construction Loan Documents.    The defaults noted therein include:  (i) failure to timely pay insurance premiums and provide evidence of payment; (ii) failure to timely pay interest under the Construction Loan Documents, (iii) failure to timely pay ground rent, (iv) failure to timely make quarterly payments of certain pension obligations, (v) failure to make payment to cause the loan to be in balance, (vi) failure to maintain the property in a lien-free condition by virtue of a substantial mechanic's lien in favor of Elysium Construction Inc.    As indicated in the various default notices, there may be other defaults also existing.

(c)    With respect to the representations contained in Section 9(c) of the Leasehold Financing Agreement, Northwind has sent a notice that the loan and budget are out of balance.

6.    The current aggregate amount outstanding of the Construction Loan (aggregating together the building loan and the project loan) is $147,582,978.52.   The total face amount of the Construction Loan commitment is $207,000,000.00; hence, the remaining dollars available to be funded (subject to satisfaction of conditions for advances contained in the Construction Loan Documents) is $59,417,021.48.   At the Transfer, Northwind is transferring the amount of $793,611.40 held in a reserve account, which Northwind has advised Parkview constitutes the entire balance held in reserve (except for $3,000.00 from such reserve account, which Northwind's servicer will hold back to cover potential bank fees related to the closing of the account, and any balance will promptly thereafter be wired to Parkview).

4853-3175-1060, v. 3

Certified as of the 1st day of December, 2023.

PARKVIEW FINANCIAL REIT, LP
a Delaware limited partnership

By:    Parkview Financial Fund GP, Inc.,
       a California corporation,
       its general partner

By_____
      Name: Ted Jung
      Title:  Chief Credit Officer

FF\14102855.1

Exhibit A

Financial Information

(attached hereto)

4853-3175-1060, v. 3

**Parkview Financial Fund 2015, LP and Subsidiaries**
**(A Delaware Limited Partnership)**

**Consolidated Financial Statements (Unaudited)**

**September 30, 2023**

**Parkview Financial Fund 2015, LP and Subsidiaries**

**Consolidated Statement of Assets, Liabilities and Partners' Capital (Unaudited)**
**September 30, 2023**

### Assets

| | | |
|---|---|---:|
| Investments in loans receivable, at fair value (cost $641,690,253) | $ | 641,690,253 |
| Investments in real estate owned, at fair value (cost $50,587,486) | | 50,587,486 |
| Due from participating lender | | 60,189,431 |
| Cash and cash equivalents | | 24,087,474 |
| Interest receivable | | 21,895,365 |
| Other assets | | 12,828,300 |
| Prepaid expense | | 4,844,915 |
| Due from borrowers | | 1,983,241 |
| Due from related parties | | 1,148,921 |
| Deferred financing costs, net | | 96,478 |
| **Total assets** | **$** | **819,351,864** |

### Liabilities and partners' capital

**Liabilities**

| | | |
|---|---|---:|
| Line of credit, net of unamortized debt issuance costs | $ | 160,455,121 |
| Promissory notes payable | | 95,437,526 |
| Due to participating lenders | | 43,229,300 |
| Reverse repurchase agreement | | 40,349,505 |
| Distributions payable - LP | | 10,497,198 |
| Due to related parties | | 7,502,155 |
| Interest payable to participating lender | | 6,144,010 |
| Interest payable to Parkview 2020 | | 5,778,320 |
| Interest reserve and other reserves | | 5,755,798 |
| Distributions payable - GP | | 4,489,393 |
| Accounts payable and accrued expenses | | 1,529,940 |
| Management fees payable | | 1,226,343 |
| Due to borrower | | 52,559 |
| **Total liabilities** | | **382,447,168** |
| Commitments and contingencies | | |
| Partners' capital | | 436,779,696 |
| Non-controlling interest (preferred equity) | | 125,000 |
| **Total liabilities and partners' capital** | **$** | **819,351,864** |

**Parkview Financial Fund 2015, LP and Subsidiaries**

**Consolidated Statement of Operations (Unaudited)**
**For the Period Ended September 30, 2023**

| | | |
|---|---|---:|
| **Investment Income** | | |
| Interest income | $ | 57,955,281 |
| Extension fees | | 1,179,616 |
| Exit fee income | | 769,034 |
| Other income | | 200,183 |
| Late fees | | 94,420 |
| Total revenues | | 60,198,534 |
| Participating lenders interest and fees | | 6,403,107 |
| Net revenues | | 53,795,427 |
| **Expenses** | | |
| Interest expense | | 8,197,407 |
| Management fee expense | | 3,715,405 |
| Professional fees | | 2,716,063 |
| General and administrative | | 1,682,749 |
| Total expenses | | 16,311,624 |
| Net income | | 37,483,803 |
| Net income attributable to non-controlling interest | | 11,250 |
| Net income attributable to Parkview Financial Fund 2015, LP | $ | 37,472,553 |

**Parkview Financial Fund 2015, LP and Subsidiaries**

**Consolidated Statement of Changes in Partners' Capital (Unaudited)**
**For the Period Ended September 30, 2023**

| | General Partner | Limited Partners | Total Partners' Capital | Non-controlling interest |
|---|---|---|---|---|
| **Partners' capital, January 1, 2023** | $ 10,000 | $ 455,781,619 | $ 455,791,619 | $ 125,000 |
| Contributions | | | | |
| Cash | - | 24,639,926 | 24,639,926 | - |
| Reinvestments | - | 4,359,594 | 4,359,594 | - |
| Net income | 711 | 37,471,842 | 37,472,553 | 11,250 |
| Carried interest allocation | 7,703,203 | (7,703,203) | - | - |
| Distributions | (7,703,914) | (31,024,351) | (38,728,265) | (11,250) |
| Redemptions | - | (46,755,731) | (46,755,731) | - |
| **Partners' capital, September 30, 2023** | $ 10,000 | $ 436,769,696 | $ 436,779,696 | $ 125,000 |

**Parkview Financial Fund 2015, LP and Subsidiaries**

**Consolidated Statement of Cash Flows (Unaudited)**
**For the Period Ended September 30, 2023**

| | | |
|---|---|---:|
| Cash flows from operating activities | | |
| Net income | $ | 37,483,803 |
| Adjustments to reconcile net income to net cash provided by (used in) operating activities | | |
| Origination of investment in loans receivable | | (1,461,970,591) |
| Repayments from investment in loans receivable | | 1,480,446,691 |
| Amortization of costs related to line of credit | | 523,806 |
| Capitalized interest | | (9,958,202) |
| Changes in operating assets and liabilities | | |
| Interest receivable | | (11,730,132) |
| Prepaid expenses | | (2,604,052) |
| Accounts payable and accrued expenses | | 631,013 |
| Management fee payable | | (39,947) |
| Interest reserve and other reserves | | 1,038,682 |
| Due to/from related parties | | 7,770,932 |
| Due from borrowers | | (1,542,008) |
| Foreign withholding payable | | (16,230) |
| Interest payable to Parkview 2020 | | (206,904) |
| Other assets | | (12,628,300) |
| Interest payable to participating lenders | | (1,261,590) |
| Net cash provided by (used in) operating activities | | 25,936,971 |
| Cash flows from financing activities | | |
| Payments to participating lenders | | (10,583,396) |
| Proceeds from line of credit | | 384,525,773 |
| Repayments of line of credit | | (397,030,606) |
| Proceeds from promissory note | | 45,018,306 |
| Repayments of promissory note | | (7,768,306) |
| Proceeds from reverse repurchase agreement | | 49,897,574 |
| Repayment of reverse repurchase agreement | | (9,548,069) |
| Deferred financing costs | | (198,350) |
| Contributions | | 24,639,926 |
| Distributions, net of change in distributions payable and reinvested distributions | | (35,918,751) |
| Redemptions | | (46,755,731) |
| Net cash provided by (used in) financing activities | | (3,721,630) |
| Net increase (decrease) in cash | | 22,215,341 |
| Cash at beginning of year | | 1,872,133 |
| Cash at end of year | $ | 24,087,474 |
| Supplemental disclosure of cash flow data | | |
| Interest paid | $ | 11,745,086 |
| Supplemental disclosure of noncash activities | | |
| Noncash sale of loans receivable | $ | 269,870,452 |
| Noncash sale of investments in real estate owned | $ | 14,976,586 |
| Noncash decrease in due from participating lender | $ | (20,629,750) |

Exhibit B

Organizational Chart

(attached hereto)



Offshore Investor Capital

Parkview Financial Fund GP, Inc.

Parkview Financial Cayman Fund, LP

Parkview Financial US-Cayman Blocker, LLC

Onshore Investor Capital

Parkview Financial Fund 2015, LP
(Master Fund)

Parkview Financial REIT, LP