# EXHIBIT T

ADVERTISEMENT

# The Marketplace
To advertise: 800-366-3975 or WSJ.com/classifieds

## BANKRUPTCIES

**IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE**

In re:  Chapter 11
FIRST MODE HOLDINGS, INC., *et al.*,¹  Case No. 24-12794 (KBO)
Debtors.  (Jointly Administered)

**NOTICE OF (I) APPROVAL OF DISCLOSURE STATEMENT, (II) PLAN CONFIRMATION HEARING and (III) DEADLINE TO VOTE ON AND OBJECT TO CONFIRMATION OF THE PLAN**

YOU ARE RECEIVING THIS NOTICE BECAUSE YOUR RIGHTS MAY BE AFFECTED BY THE PLAN. THEREFORE, YOU SHOULD READ THIS NOTICE CAREFULLY AND DISCUSS IT WITH YOUR ATTORNEY. IF YOU DO NOT HAVE AN ATTORNEY, YOU MAY WISH TO CONSULT ONE.

**TO:** ALL HOLDERS OF CLAIMS AGAINST OR INTERESTS IN FIRST MODE HOLDINGS, INC., SYNCHRONOUS LLC, AND ALL OTHER PARTIES IN INTEREST IN THE ABOVE-CAPTIONED CHAPTER 11 CASES

PLEASE TAKE NOTICE THAT on February 7, 2024, First Mode Holdings, Inc. and Synchronous LLC (together, the "**Debtors**"), filed the solicitation version of their (i) *First Amended Joint Chapter 11 Plan of First Mode Holdings, Inc. and its Debtor Affiliate under Chapter 11 of the Bankruptcy Code* [Docket No. 253] (as it may be amended, modified, or supplemented from time to time, the "**Plan**"), and (ii) *Disclosure Statement for First Amended Joint Chapter 11 Plan of First Mode Holdings, Inc. and its Debtor Affiliate under Chapter 11 of the Bankruptcy Code* [Docket No. 254] (as it may be amended, modified, or supplemented from time to time, the "**Disclosure Statement**"). On February 7, 2025, the Bankruptcy Court entered an order [Docket No. 252] (the "**Disclosure Statement Order**") that, among other things, approved the Disclosure Statement, established (i) **March 14, 2025, at 4:00 P.M. (prevailing Eastern time)** as the deadline for objecting to confirmation of the Plan (the "**Confirmation Objection Deadline**"), (ii) **March 14, 2025, at 4:00 P.M. (prevailing Eastern time)** as the deadline for voting to accept or reject the Plan (the "**Voting Deadline**"), and (iii) **March 26, 2025, at 9:30 A.M. (prevailing Eastern time)** as the date and time of the hearing to consider confirmation of the Plan (the "**Confirmation Hearing**").

PLEASE TAKE NOTICE FURTHER THAT, if you wish to review the Plan, you may receive a copy of the Plan free of charge from Omni Agent Solutions, Inc. ("**Omni**"), the voting and claims agent retained by the Debtors in these Chapter 11 Cases, by (i) calling the Debtors' restructuring hotline at 866-771-0558 (US & Canada Toll Free) or 747-288-6101 (international); (ii) visiting the Debtors' restructuring website at: https://omniagentsolutions.com/FirstMode; and/or (iii) sending an email to FirstModeInquiries@OmniAgnt.com. You may also obtain copies of any pleadings filed in these Chapter 11 Cases for a fee via PACER at: http://www.deb.uscourts.gov or free of charge at https://omniagentsolutions.com/FirstMode.

[The remainder of this bankruptcy notice continues in dense fine print covering release, exculpation, and injunction provisions, objection procedures, additional information, releases, discharges, and related provisions.]

## CLASS ACTION

### LEGAL NOTICE

**UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF TEXAS HOUSTON DIVISION**

IN RE ALTA MESA RESOURCES, INC. SECURITIES LITIGATION  |  Civil Action No. 4:19-cv-00957

**SUMMARY NOTICE**

IF YOU (1) HELD SHARES OF ALTA MESA RESOURCES, INC. ("ALTA MESA") F/K/A SILVER RUN ACQUISITION CORPORATION II ("SILVER RUN II") COMMON STOCK AND/OR SILVER RUN II UNITS ON JANUARY 22, 2018; OR (2) PURCHASED OR OTHERWISE ACQUIRED SECURITIES OF ALTA MESA/ SILVER RUN II FROM AUGUST 16, 2017 THROUGH MAY 17, 2019, INCLUSIVE (THE "CLASS PERIOD"), YOU COULD RECEIVE A PAYMENT FROM A CLASS ACTION SETTLEMENT. CERTAIN PERSONS ARE EXCLUDED FROM THE DEFINITION OF THE CLASS AS SET FORTH IN THE STIPULATIONS OF SETTLEMENT.

PLEASE READ THIS NOTICE CAREFULLY. YOUR RIGHTS MAY BE AFFECTED BY A CLASS ACTION LAWSUIT PENDING IN THIS COURT.

YOU ARE HEREBY NOTIFIED, pursuant to Rule 23 of the Federal Rules of Civil Procedure and an Order of the United States District Court for the Southern District of Texas, that in the above-captioned litigation (the "Action"), several separate settlements have been proposed totaling $126.3 million in cash (collectively, the "Settlement"). A hearing will be held on **April 30, 2025, at 11:00 am.**, before the Honorable George C. Hanks, Jr., at the United States District Court, Southern District of Texas, Houston Division, Bob Casey United States Courthouse, 515 Rusk Street, Houston, TX 77002, for the purpose of determining, among other things, whether: (i) the proposed Settlement should be approved by the Court as fair, reasonable, and adequate; (ii) the proposed Plan of Allocation for distribution of the Settlement proceeds is fair, reasonable, and adequate and therefore should be approved; and (iii) the application of Class Counsel for the payment of attorneys' fees and expenses from the Settlement Fund, including interest earned thereon, and awards to Class Plaintiffs pursuant to 15 U.S.C. §78u-4(a)(4), should be granted.

IF YOU ARE A MEMBER OF THE CLASS DESCRIBED ABOVE, YOUR RIGHTS WILL BE AFFECTED BY THE SETTLEMENT OF THE LITIGATION, AND YOU MAY BE ENTITLED TO SHARE IN THE NET SETTLEMENT FUND. You may obtain a copy of the Stipulations of Settlement, the Notice of Proposed Settlement of Class Action ("Notice"), and the Proof of Claim and Release Form ("Proof of Claim") at www.AltaMesaSecuritiesLitigation.com or by contacting the Claims Administrator: Alta Mesa Securities Litigation,

c/o JND Legal Administration, P.O. Box 91218, Seattle, WA 98111; 1-855-208-4124.

If you are a Class Member, to be eligible to share in the distribution of the Net Settlement Fund, you must submit a Proof of Claim by mail postmarked **no later than May 7, 2025**, or electronically via the website by that date. If you are a Class Member and do not submit a valid Proof of Claim, you will not be eligible to share in the distribution of the Net Settlement Fund, but you will still be bound by any judgment entered by the Court in this Action (including the releases provided for therein).

To have excluded yourself from the Class, you must have mailed a written request for exclusion so that it was postmarked by May 17, 2024, in accordance with the instructions set forth in the Notice of class certification disseminated pursuant to Court order. No further exclusion opportunity is being provided under the Settlement, and if you are a Class Member and did not previously exclude yourself from the Class, you will accordingly be bound by any judgment entered by the Court in this Action (including the releases provided for therein) whether or not you submit a Proof of Claim. If you submitted a valid request for exclusion, you are not a Class Member and have no right to recover money pursuant to the Settlement.

Any objection to the proposed Settlement, the Plan of Allocation, and/or the fee and expense application must be filed with the Court and sent to Class Counsel and Defendants' counsel **no later than April 9, 2025**, in the manner and form explained in the Notice.

PLEASE DO NOT CONTACT THE COURT, THE CLERK'S OFFICE, DEFENDANTS, OR DEFENDANTS' COUNSEL REGARDING THIS NOTICE. If you have any questions about the Settlement, or your eligibility to participate in the Settlement, you may contact Class Counsel at the following addresses:

ENTWISTLE & CAPPUCCI LLP
ANDREW J. ENTWISTLE
ROBERT N. CAPPUCCI
500 W. 2nd Street, Suite 1900
Austin, TX 78701
aentwistle@entwistle-law.com
rcappucci@entwistle-law.com
Telephone: 1-512-710-5960

ROBBINS GELLER RUDMAN & DOWD LLP
TRIG R. SMITH
655 W. Broadway, Suite 1900
San Diego, CA 92101
settlementinfo@rgrdlaw.com
Telephone: 1-800-449-4900

DATED: January 17, 2025

BY ORDER OF THE COURT
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

www.AltaMesaSecuritiesLitigation.com    1-855-208-4124

---

### Did you purchase shares of Aphria Inc. ("Aphria") after January 29, 2018 and hold them until March 23, 2018 and/or December 3, 2018?

A Settlement has been reached in the global class action (the "**Class Action**") against Aphria and certain of its former officers and directors ("**Individual Defendants**"). The Settlement requires Court approval at an upcoming hearing.

The Class Action alleges that, between January 29, 2018 and December 3, 2018, Aphria and the Individual Defendants made public misrepresentations to the capital markets, including in an Aphria Prospectus Offering in June 2018, in connection with two significant international business acquisitions made by Aphria during 2018, namely: (i) Aphria's acquisition of a company called Nuuvera Inc. which was publicly announced on January 29, 2018; and (ii) Aphria's acquisition of a company called LATAM Holdings Inc. which was publicly announced on July 17, 2018. The Class Action alleges that the substantial drop in Aphria's share price following certain public disclosures about Aphria's business on March 22 and on December 3, 2018, amounted to a public correction of misrepresentations about Aphria's business.

Aphria and the Individual Defendants deny all allegations pleaded against them in the Class Action.

The Settlement, if approved by the Court, provides for the payment by the Defendants of the total amount of CAD $30,000,000 to resolve the Class Action. The Settlement is a compromise of disputed claims and is not an admission of liability or wrongdoing by Aphria or the Individual Defendants.

The Settlement will be considered for approval by the Ontario Superior Court of Justice at a Settlement Approval Hearing which has been set for March 26, 2025 in Toronto at 11:30 am. At the Hearing, the Court will also address a motion to approve Class Counsel's fees, which will not exceed 30% of the settlement amount plus reimbursement for expenses incurred in the Class Action.

Persons who purchased Aphria shares on or after January 29, 2018 and held them on March 23 and/or December 3, 2018 ("**Class Members**") may object to or support the Settlement, by making a submission in writing prior to March 14, 2025. Class Members may also attend the Settlement Approval Hearing in person or remotely *via* Zoom. For more information about your rights and how to speak to the Settlement, please see the Long-Form Notice available online at www.AphriaSettlement.com or call toll-free: 1-888-700-9930.

---

# THE WALL STREET JOURNAL.

# THE MARKETPLACE

## ADVERTISE TODAY
### (800) 366-3975
For more information visit:
## wsj.com/classifieds

## PUBLIC NOTICES

PLEASE TAKE NOTICE that the Court-appointed Receiver for the estate of Direct Lending Investments, LLC, Direct Lending Income Fund, L.P., ("DLIF"), Direct Lending Income Feeder Fund, Ltd., ("DLIFF"), DLI Capital, Inc., DLI Lending Agent, LLC, DLI Assets Bravo LLC (in Receivership) (collectively "DLI Receivership Entities"), the Joint Official Liquidators of Direct Lending Income Feeder Fund, Ltd. (in official liquidation) (together with DLI Receivership Entities "DLI Entities"), and the Party Investors of the DLI Entities (collectively "Claimants") have reached an agreement to settle all claims asserted or that could have been asserted against certain directors and officers of the DLI Entities ("D&Os") by Claimants or any DLIF Investor (that does not exclude itself from the Settlement ("Participating DLIF Investors"), that are based upon, related to, or in connection with the professional services provided by the D&Os to the DLI Entities, among other Released Claims (the "Settlement Agreement"). All capitalized terms not defined in this notice are defined in the Settlement Agreement.

[The remainder of this public notice continues in dense fine print.]

## COMMERCIAL REAL ESTATE

**NOTICE OF PUBLIC SALE OF COLLATERAL**
Current Principal Balance: 193,806,115.34

PLEASE TAKE NOTICE that in accordance with the applicable provisions of the Uniform Commercial Code of the State of New York, Parkview Financial REIT, LP, as the agent under certain loan agreements and a pledge agreement ("Secured Party"), will offer at public auction the limited liability company interests (the "Collateral") in Hudson 1702, LLC ("1702") and Hudson 1701/1706, LLC (together with 1702, the "Company"), which entities, upon Secured Party's information and belief, own a leasehold estate in certain condominium units in the building known as 353 West 57th Street Condominium and by the street number 353-361 West 57th Street a/k/a 356 West 58th Street, New York, New York, said condominium units being designated and described as Unit Nos. 1, 2 and 6 in the Declaration relating to such Condominium, as amended, recorded in the Office of the City Register of The City of New York, County of New York. The sale of the Collateral involves the sale of the equity interests of the Company and does not involve the direct sale of the leasehold estate described above. The Collateral has not been and will not be registered under the Securities Act of 1933 (the "Act") and is being offered for sale in a transaction exempt from the requirements of the Act. The Collateral will be offered for sale as a single unit or in separate lots.

[The remainder of this collateral sale notice continues in dense fine print.]

### COMMERCIAL REAL ESTATE

**N. MIAMI Sports Bar**
7500 sqft. with Patio Seating.
**$3.25 Million**
Pat Burnside Realty
Call Julie Negovan: 305-595-9522

---

# THE WALL STREET JOURNAL

# NOTABLE COMMERCIAL PROPERTIES

ADVERTISE TODAY
(800) 366-3975 | sales.realestate@wsj.com

© 2025 Dow Jones & Company, Inc. All Rights



© 2025 Dow Jones & Company, Inc. All Rights Reserved.

---

¹ The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: First Mode Holdings, Inc. (7177), and Synchronous LLC (1829). The Debtors' mailing address is 3417 1st Ave S, Seattle, WA 98134.