# EXHIBIT W

**B8 | Thursday, June 26, 2025**                                    THE WALL STREET JOURNAL.

# BIGGEST 1,000 STOCKS

### How to Read the Stock Tables

The following explanations apply to NYSE, NYSE Arca, NYSE American and Nasdaq Stock Market listed securities. Prices are consolidated from trades reported by various market centers, including securities exchanges, Finra, electronic communications networks and other broker-dealers. The list comprises the 1,000 largest companies based on market capitalization.

Underlined quotations are those stocks with large changes in volume compared with the issue's average trading volume.

Boldfaced quotations highlight those issues whose price changed by 5% or more if their previous closing price was $2 or higher.

**Footnotes:**
i-New 52-week high; †-New 52-week low; dd-Indicates loss in the most recent four quarters.

Stock tables reflect composite regular trading as of 4 p.m. ET and changes in the official closing prices from 4 p.m. ET the previous day.

Wednesday, June 25, 2025

| Stock | Sym | Close | Net Chg |
|---|---|---|---|
| **A B C** | | | |
| A.ECOM | ACM | 111.06 | -1.30 |
| Aflac | AFL | 102.48 | -1.68 |
| AGNC Invt | AGNC | 9.23 | -0.08 |
| A.SE Tech | ASX | 10.61 | 0.01 |
| A.SML | ASML | 815.24 | 1.88 |
| AST Space | ASTS | 49.97 | -3.25 |
| AT&T | T | 27.92 | -0.36 |
| ATI | ATI | 82.99 | -1.13 |
| A.XIS Capital | AXS | 100.49 | -2.43 |
| AbbottLabs | ABT | 137.40 | -0.68 |
| AbbVie | ABBV | 185.39 | -0.16 |
| Accenture | ACN | 294.60 | -6.12 |
| Acuity | AYI | 287.49 | 3.05 |
| Adobe | ADBE | 387.55 | 5.21 |
| AdvDrainageSys | WMS | 116.08 | -1.95 |
| AdvMicroDevices | AMD | 143.40 | 4.97 |
| Aegon | AEG | 6.88 | -0.02 |
| AerCap | AER | 114.65 | -1.34 |
| AeroVironment | AVAV | 234.94 | 41.66 |
| Affirm.A | AFRM | 66.25 | 0.59 |
| AgilentTechs | A | 118.62 | 0.60 |
| AgnicoEagleMines | AEM | 119.78 | -0.71 |
| AgreeRealty | ADC | 73.30 | -1.60 |
| AirProducts | APD | 282.00 | 1.00 |

| Stock | Sym | Close | Net Chg |
|---|---|---|---|
| Airbnb | ABNB | 129.67 | -2.48 |
| AkamaiTech | AKAM | 79.53 | -0.53 |
| AlamosGold | AGI | 26.11 | 0.26 |
| Albertsons | ACI | 21.20 | -0.41 |
| Alcon | ALC | 87.57 | 0.36 |
| AlexandriaREst | ARE | 73.68 | -1.69 |
| Alibaba | BABA | 114.55 | -2.46 |
| AlignTech | ALGN | 187.14 | 0.56 |
| Allstate | ALL | 142.82 | -0.79 |
| AllianceBernstein | AB | 38.93 | 0.45 |
| Allstate | ALL | 190.94 | -5.11 |
| AllyFinancial | ALLY | 38.15 | 0.20 |
| AlnylamPharm | ALNY | 321.94 | -3.66 |
| Alphabet.C | GOOG | 171.49 | 3.25 |
| Alphabet.A | GOOGL | 170.68 | 3.91 |
| Altria | MO | 58.94 | -0.97 |
| Amazon.com | AMZN | 211.99 | -0.72 |
| Ambev | ABEV | 2.32 | -0.08 |
| Amcor | AMCR | 9.05 | -0.03 |
| Amdocs | DOX | 90.66 | -1.96 |
| AmerSports | AS | 37.31 | -0.37 |
| AmericaMovil | AMX | 17.33 | 0.08 |
| AEP | AEP | 101.41 | -1.87 |
| AmerExpress | AXP | 308.59 | 0.21 |
| AmericanFin | AFG | 122.68 | -3.45 |
| AmericanIntl | AMH | 35.81 | -0.26 |
| AIG | AIG | 83.90 | -1.56 |

| Stock | Sym | Close | Net Chg |
|---|---|---|---|
| AmerTowerREIT | AMT | 220.22 | -3.69 |
| AmerWaterWorks | AWK | 140.05 | -2.13 |
| Ameriprise | AMP | 524.02 | 2.68 |
| Ametek | AME | 178.00 | -1.24 |
| Amgen | AMGN | 288.20 | 2.35 |
| Amphenol | APH | 97.02 | 1.22 |
| AnalogDevices | ADI | 234.48 | -0.12 |
| AngloGoldAsh | AU | 46.45 | 0.05 |
| ABInBev | BUD | 64.57 | -1.64 |
| AnnalyCap | NLY | 19.24 | -0.12 |
| Ansys | ANSS | 341.69 | 3.42 |
| AntheraMidstream | AM | 18.46 | -0.04 |
| Antero Resources | AR | 41.06 | -1.29 |
| Aon | AON | 354.46 | -6.22 |
| APA Group | APG | 50.23 | -0.50 |
| Apollo Glb Mgmt | APO | 137.73 | -2.18 |
| Appfolio | APPF | 230.79 | -1.79 |
| Apple | AAPL | 201.56 | 1.26 |
| Applied Inds Tech | AIT | 224.60 | -10.29 |
| Appl Materials | AMAT | 183.07 | 2.89 |
| AppLovin | APP | 330.00 | 13.61 |
| Aptargroup | ATR | 153.93 | 0.06 |
| Aptiv | APTV | 67.41 | -1.04 |
| Aramark | ARMK | 41.14 | 0.28 |
| ArcelorMittal | MT | 31.01 | 0.03 |
| ArchCapital | ACGL | 89.23 | -1.74 |
| ADM | ADM | 52.30 | -0.63 |
| AresMgmt | ARES | 168.20 | -1.02 |

| Stock | Sym | Close | Net Chg |
|---|---|---|---|
| Brilball | BILI | 20.78 | 0.08 |
| Biogen | BIIB | 127.31 | 1.00 |
| BioMarinPharm | BMRN | 54.14 | -0.55 |
| BioNTech | BNTX | 104.80 | -0.29 |
| Birkenstock | BIRK | 49.50 | -0.92 |
| BlackRock | BLK | 1018.08 | 13.11 |
| Blackstone | BX | 143.57 | -0.48 |
| Block | XYZ | 64.81 | -0.53 |
| BlueOwlCapital | OWL | 19.03 | -0.08 |
| BlueprintMed | BPMC | 128.25 | -0.01 |
| Boeing | BA | 198.90 | -2.04 |
| Booking | BKNG | 5485.35 | 3.12 |
| BoozAllen | BAH | 101.34 | 1.18 |
| BorgWarner | BWA | 35.24 | 1.00 |
| BridgebioPharma | BBIO | 44.32 | -0.07 |
| BrinkerIntl | EAT | 176.67 | -3.33 |
| BristolMyers | BMY | 46.68 | -0.35 |
| BritishAmTob | BTI | 47.76 | -0.74 |
| Broadcom | AVGO | 264.65 | 0.88 |
| BroadridgeFinl | BR | 238.16 | -3.64 |
| BrookfieldAssetMgt | BAM | 54.38 | -1.30 |
| Brookfield | BN | 60.20 | -1.12 |
| BrookfieldInfr | BIP | 33.06 | -0.07 |
| BrookWealth | BNT | 60.15 | -1.25 |
| Brown&Brown | BRO | 108.38 | -2.57 |
| Brown-Forman B | BF.B | 28.75 | -0.10 |
| Brown-Forman A | BF.A | 28.69 | -0.17 |
| BuildersFirst | BLDR | 115.96 | -2.88 |
| BungeGlobal | BG | 82.22 | -1.37 |
| BunchanStrs | BURL | 226.09 | -0.81 |
| CACI Intl | CACI | 460.91 | 8.74 |
| CAVA | CAVA | 73.99 | -0.24 |
| CBRE Group | CBRE | 135.22 | -3.91 |
| CDW | CDW | 177.83 | -2.01 |
| CF Industries | CF | 91.40 | -3.26 |
| CGI A | GIB | 103.50 | -2.03 |
| CH Robinson | CHRW | 92.71 | -1.57 |
| CME Group | CME | 273.03 | 1.65 |
| CMS Energy | CMS | 68.57 | -1.14 |
| CNA Fin | CNA | 45.15 | -0.46 |
| CNH Indl | CNH | 12.60 | -0.20 |
| CRH | CRH | 88.67 | -2.85 |
| Berkley | WRB | 71.00 | -1.47 |
| BerkshireH.A | BRK.A | 730000 | -10005 |
| BerkHathwy B | BRK.B | 486.21 | -7.27 |
| BestBuy | BBY | 68.00 | -0.84 |

| Stock | Sym | Close | Net Chg |
|---|---|---|---|
| CamdenProperty | CPT | 113.06 | -2.47 |
| Cameco | CCJ | 71.43 | -0.91 |
| Carr.pbelfs | CPB | 31.18 | -0.99 |
| CIBC | CM | 70.19 | -0.06 |
| CarMxWtrwy | CAR | 101.36 | -0.74 |
| CanadianNatRsrcs | CNQ | 31.37 | -0.15 |
| CdnPackC | CP | 77.91 | -1.35 |
| CapitalOne | COF | 208.03 | 1.67 |
| CardinalHealth | CAH | 163.75 | -0.46 |
| Carlisle | CSL | 371.79 | -0.12 |
| Carlyle | CG | 49.13 | — |
| CarMax | KMX | 67.50 | -1.71 |
| Carnival | CCL | 25.48 | -0.22 |
| Carnival | CUK | 23.16 | -0.30 |
| CarpenterTechCRS | 264.00 | -1.52 | |
| CarrierGlobal | CARR | 72.43 | -0.03 |
| Carvana | CVNA | 315.76 | -7.21 |
| CaseysGenStores | CASY | 505.13 | -5.76 |
| Caterpillar | CAT | 373.58 | -1.44 |
| Celestica | CLS | 149.04 | 5.20 |
| Celsius Hdg | CELH | 45.47 | 0.06 |
| Cencora | CE | 6.74 | -0.20 |
| Cencora | COR | 292.32 | -1.20 |
| CenovusEnergy | CVE | 13.64 | -0.07 |
| Centene | CNC | 53.51 | -0.54 |
| CenterPointEnergy | CNP | 36.30 | -0.18 |
| CentraisElBrasEBR | 7.17 | -0.16 | |
| CharterComms | CHTR | 398.25 | -4.65 |
| CheckPoint | CHKP | 218.93 | -0.63 |
| Chemed | CHE | 552.50 | -4.82 |
| ChemeEnerPtrs | CQP | 56.41 | -1.79 |
| Chevron | CVX | 143.23 | -0.32 |
| Chewy | CHWY | 42.63 | -0.76 |
| ChinaFinl | CHN | 31.59 | 2.59 |
| Chipotle | CMG | 55.14 | 0.49 |
| Chubb | CB | 20.22 | 3.90 |
| ChunghwaTel | CHT | 46.29 | 0.14 |
| Church&Dwight | CHD | 95.25 | -0.17 |
| Ciena | CIEN | 79.43 | 0.00 |
| Cigna | CI | 316.00 | -0.83 |
| CincinnatiFinl | CINF | 143.72 | -2.97 |
| Cintas | CTAS | 219.24 | -3.96 |
| CintelnternetCRCL | 198.42 | -24.03 | |
| CiscoSystems | CSCO | 68.19 | -0.83 |
| Citigroup | C | 82.63 | 1.49 |
| CitizensFin | CFG | 43.12 | 0.20 |

| Stock | Sym | Close | Net Chg |
|---|---|---|---|
| **D E F** | | | |
| CleanHarbors | CLH | 228.45 | -4.20 |
| Clorox | CLX | 119.48 | -2.54 |
| Cloudflare | NET | 190.12 | 3.69 |
| Coca-Cola | KO | 69.63 | -0.58 |
| Coca-ColaCon | COKE | 107.65 | -1.60 |
| CocaColaEuropac | CCEP | 91.56 | -1.11 |
| CognizantTech | CTSH | 76.98 | -0.61 |
| Coherent | COHR | 85.63 | 4.67 |
| ColaineseGbl | CE | 55.37 | 10.55 |
| ColgatePalm | CL | 87.80 | -0.38 |
| Comcast A | CMCSA | 34.04 | -0.37 |
| ConfortSystems | FIX | 507.60 | -5.72 |
| CommerceBcshsCBSH | 61.05 | -0.42 | |
| SABESP | SBS | 20.41 | -0.32 |
| ComstockRscs | CRK | 28.33 | -1.24 |
| ConagraBrands | CAG | 20.45 | -1.01 |
| Confluent | CFLT | 23.89 | -0.11 |
| ConocoPhillips | COP | 89.66 | -0.66 |
| ConEd | ED | 98.05 | -2.14 |
| ConstBrands | STZ | 161.53 | -2.96 |
| ConstellationEnerCEG | 315.14 | -5.52 | |
| Cooper | COO | 69.54 | -1.39 |
| Copart | CPRT | 48.14 | -0.51 |
| Core&Therap | CORT | 73.99 | -2.78 |
| CoreWeave | CRWV | 153.01 | 14.70 |
| Corning | GLW | 51.39 | -0.03 |
| Corpay | CPAY | 326.47 | -3.00 |
| Corteva | CTVA | 73.24 | -0.05 |
| Cosan | CSAN | 7.26 | -0.15 |
| Costco | COST | 986.54 | -55.38 |
| CoterraEnergy | CTRA | 26.07 | -0.26 |
| Coupang | CPNG | 28.84 | -0.11 |
| Crane | CR | 185.27 | 0.92 |
| Credicorp | BAP | 217.43 | 0.36 |
| CrediTech | CRDO | 92.20 | 0.36 |
| CrowdStrike | CRWD | 494.09 | 8.71 |
| Crown Castle | CCI | 103.42 | -0.47 |
| CrownHoldings | CCK | 100.92 | -0.47 |
| CubeSmart | CUBE | 42.13 | -0.98 |
| CullenFrost | CFR | 127.10 | 0.60 |
| Cummins | CMI | 318.75 | -5.10 |
| CurtissWright | CW | 476.50 | 4.44 |
| CyberArkSoftwareCYBR | 394.41 | 2.31 | |

| Stock | Sym | Close | Net Chg |
|---|---|---|---|
| Eastman.Chem | EMN | 75.07 | -0.59 |
| Eaton | ETN | 342.35 | -0.91 |
| eBay | EBAY | 74.52 | 0.17 |
| Ecolab | ECL | 266.46 | -0.38 |
| Ecopetrol | EC | 9.33 | -0.07 |
| EdisonIntl | EIX | 50.41 | -0.95 |
| EdwardsLife | EW | 76.97 | 1.12 |
| Elastic | ESTC | 80.98 | -2.93 |
| ElbitSystems | ESLT | 431.61 | 9.07 |
| ElectronicArts | EA | 157.82 | -0.13 |
| ElevanceHealth | ELV | 373.26 | -2.56 |
| Embraer | ERJ | 52.90 | -0.33 |
| Emera | EMA | 44.85 | -0.04 |
| EmersonElec | EMR | 129.44 | -1.29 |
| Enbridge | ENB | 44.48 | -0.56 |
| EncompassHealth | EHC | 120.67 | -0.25 |
| EnergyTransfer | ET | 17.67 | -0.02 |
| Entegris | ENTG | 82.15 | 0.42 |
| Entergy | ETR | 81.32 | -1.65 |
| EnterpriseProd | EPD | 30.75 | -0.37 |
| Equifax | EFX | 250.87 | 0.37 |
| Equinix | EQIX | 823.73 | -9.49 |
| Equinor | EQNR | 25.10 | -0.05 |
| Equitable | EQH | 54.41 | 0.42 |
| EquityLife | ELS | 62.40 | -1.13 |
| EquityResidtl | EQR | 65.64 | -1.90 |
| Ericsson | ERIC | 8.48 | 0.13 |
| EssexProp | ESS | 281.90 | -4.13 |
| EsteeLauder | EL | 75.76 | -1.51 |
| Everest | EG | 336.44 | -4.39 |
| Evergy | EVRG | 68.10 | -1.54 |
| EversourceEner | ES | 62.46 | -1.38 |
| ExactSciences | EXAS | 51.92 | 0.75 |
| Exelixis | EXEL | 43.53 | -2.19 |
| Exelon | EXC | 42.29 | -0.81 |
| ExpandEnergy | EXE | 119.08 | -3.45 |
| Expedia | EXPE | 165.75 | -3.47 |
| ExpeditorsIntl | EXPD | 112.28 | -1.88 |
| ExtraSpaceSt | EXR | 145.44 | -2.09 |
| ExxonMobil | XOM | 108.37 | -0.80 |
| FFIV | FFIV | 294.41 | -1.89 |
| FTAI Aviation | FTAI | 125.48 | -0.19 |

| Stock | Sym | Close | Net Chg |
|---|---|---|---|
| GenmAb | GMAB | 20.52 | -0.22 |
| GeneralDynamics | GD | 282.33 | -2.99 |
| GeneralMills | GIS | 52.88 | -0.13 |
| GeneralMotors | GM | 48.13 | -0.87 |
| Genmab | GMAB | 20.52 | -0.22 |
| GenuineParts | GPC | 119.15 | -2.05 |
| GileadSciences | GILD | 105.93 | -1.27 |
| GlobalPayments | GPN | 77.52 | -1.24 |
| GlobeLife | GL | 121.42 | -1.49 |
| Globant | GLOB | 102.32 | 17.51 |
| GoldFields | GFI | 24.01 | 0.17 |
| GoldmanSachs | GS | 669.87 | 7.76 |
| Grab | GRAB | 4.59 | -0.15 |
| Graco | GGG | 82.29 | -0.25 |
| Grainger | GWW | 1027.87 | 17.51 |
| GAP | PAC | 223.57 | 2.56 |
| ASUR | ASR | 309.95 | 3.36 |
| Grainger | GWW | 1027.87 | 17.51 |
| GrupoCAsset | CIB | 45.20 | 0.23 |
| GpoFinGalicia | GGAL | 53.47 | -1.01 |
| Guidewire | GWRE | 236.01 | -1.44 |
| HCA Healthcare | HCA | 374.19 | -4.83 |
| HDFC Bank | HDB | 75.96 | 0.06 |
| HP | HPQ | 24.53 | -0.01 |
| HSBC | HSBC | 61.09 | 0.37 |
| H World | HTHT | 34.05 | -0.50 |
| Haleon | HLN | 10.50 | 0.01 |
| Halliburton | HAL | 20.26 | -0.52 |
| HarmonyGold | HMY | 14.02 | -0.07 |
| Hertfordins | HIG | 124.00 | -2.58 |
| Hasbro | HAS | 71.68 | -0.90 |
| HealthEquity | HQY | 103.97 | -0.21 |
| HealthpeakProp | DOC | 17.31 | -0.33 |
| Heico | HEI | 316.73 | -0.88 |
| Heico.A | HEI.A | 248.86 | -0.50 |
| HenrySchein | HSIC | 72.79 | 0.11 |
| Hershey | HSY | 167.54 | 0.51 |
| Hess | HES | 138.12 | -0.48 |
| HessMidstream | HESM | 39.44 | -0.35 |
| HewlettPackard | HPE | 18.49 | 0.34 |
| Hilton | HLT | 253.72 | -2.22 |
| HimsHersHealth | HIMS | 41.61 | -1.54 |
| Hologic | HOLX | 64.27 | -0.56 |
| HomeDepot | HD | 363.86 | -1.49 |
| HondaMotor | HMC | 28.59 | -0.29 |
| Honeywell | HON | 221.94 | -2.82 |
| HorDevel | DHI | 129.89 | -2.34 |
| HostHotels | HST | 15.50 | -0.17 |
| HoulihanLokey | HLI | 174.84 | -0.89 |
| HomeEnergy | HWM | 176.08 | -0.49 |
| Hubbell | HUBB | 399.06 | -3.93 |
| HubSpot | HUBS | 543.36 | 13.96 |
| Humana | HUM | 238.83 | -1.62 |
| Huntington | HBAN | 16.26 | 0.02 |
| HuntIngBeachMI | HII | 235.12 | 3.49 |
| HyattHotels | H | 135.96 | -0.46 |

(Table continues with D E F, G H I, and subsequent alphabetical listings of stocks and their symbols, closing prices and net changes.)

Continued on Page B9

---

## ADVERTISEMENT

# The Marketplace

To advertise: 800-366-3975 or WSJ.com/classifieds

### BANKRUPTCIES

IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE

In re:                                    Chapter 11
BLH TOPCO LLC, et al.,[1]        Case No. 25-10576 (CTG)
     Debtors.                    (Jointly Administered)

NOTICE OF DEADLINES TO VOTE ON, DEADLINE TO OBJECT TO CONFIRMATION OF, AND HEARING TO CONSIDER CONFIRMATION OF FIRST AMENDED COMBINED DISCLOSURE STATEMENT AND JOINT CHAPTER 11 PLAN OF REORGANIZATION

(Full legal notice text of bankruptcy proceedings for BLH TOPCO LLC et al., including voting deadlines, confirmation hearing details, objection procedures, and related instructions.)

### PUBLIC NOTICES

THE HIGH COURT OF IRELAND
COMMERCIAL
2025 / 286 COS
2025 / 22 COM

IN THE MATTER OF MALLINCKRODT PUBLIC LIMITED COMPANY AND IN THE MATTER OF THE COMPANIES ACT 2014 AND IN THE MATTER OF A PROPOSAL FOR A SCHEME OF ARRANGEMENT PURSUANT TO PART 9, CHAPTER 1 OF THE COMPANIES ACT 2014 AND IN THE MATTER OF A PROPOSED REDUCTION OF CAPITAL PURSUANT TO SECTIONS 84 TO 86 OF THE COMPANIES ACT 2014

(Full legal notice concerning scheme of arrangement for Mallinckrodt Public Limited Company.)

23 June 2025

ARTHUR COX
Solicitors for the Company
Ten Earlsfort Terrace
Dublin 2
D02 T380
Ireland
Email: COShaughnessy@arthurcox.com
REF: COS / MA457/073

### COMMERCIAL REAL ESTATE

NOTICE OF UCC PUBLIC AUCTION SALE

(Legal notice text of UCC public auction sale.)

### COMMERCIAL REAL ESTATE

NOTICE OF PUBLIC SALE UNDER UNIFORM COMMERCIAL CODE

(Legal notice text concerning public sale under Uniform Commercial Code, TGMP Owner LLC, etc.)

### COMMERCIAL REAL ESTATE

NOTICE OF PUBLIC SALE OF COLLATERAL
Current Principal Balance: 250,950,191.64

(Legal notice text concerning sale of collateral.)

### COMMERCIAL REAL ESTATE

Notice of Disposition of Collateral
Public Auction — UCC Sale

(Legal notice text concerning disposition of collateral, UCC sale.)

## THE WALL STREET JOURNAL

# THE MARKETPLACE

ADVERTISE TODAY

(800) 366-3975

For more information visit:
wsj.com/classifieds

© 2025 Dow Jones & Company, Inc.
All Rights Reserved.

DJ | DOW JONES

---

## Dividend Changes

| Company | Symbol | Yld% | Amount New/Old | Frq | Payable/Record |
|---|---|---|---|---|---|
| **Stocks** | | | | | |
| AYRO | AYRO | | 1:16 | | /Jun26 |
| Brera Holdings | BREA | | 1:10 | | /Jun26 |
| **Foreign** | | | | | |
| Banco Bradesco Ord ADR | BBDO | 5.3 | .00314 | M | Aug11/Jul03 |

Note: Dividend yields as of 3:30 p.m. ET

Sources: FactSet; Dow Jones Market Data

KEY: A: annual; M: monthly; Q: quarterly; r: revised; SA: semiannual; S2:1: stock split and ratio; SO: spin-off.

## Cash Prices                              Wednesday, June 25, 2025

These prices reflect buying and selling of a variety of actual or "physical" commodities in the marketplace—separate from the futures price on an exchange, which reflects what the commodity might be worth in future months.

| | Wednesday |
|---|---|
| **Energy** | |
| Coal,C.Apl,c,12500Btu,1.2SO2-r,w | 79.000 |
| Coal,PwdrRvrBsn,8800Btu,0.8SO2-r,w | 14.300 |
| **Metals** | |
| Gold, per troy oz | |
| Engelhard industrial | 3317.00 |
| LBMA Gold Price AM | 3319.50 |
| LBMA Gold Price PM | 3302.50 |
| Krugerrand,wholesale-e | 3479.96 |
| Maple Leaf-e | 3563.22 |
| American Eagle-e | 3563.22 |
| Mexican peso-e | 4296.17 |
| Austria crown-e | 3267.17 |
| Austria phil-e | 3496.62 |
| Silver, troy oz | |
| Engelhard industrial | 35.8000 |
| Handy & Harman base | 36.0350 |
| Handy & Harman fabricated | 45.0440 |
| LBMA spot price | £26.5000 |
| (U.S.$ equivalent) | 36.0650 |
| Coins,wholesale $1,000 face-a | 26936 |
| **Other metals** | |
| LBMA Platinum Price PM | *1304.0 |
| LBMA Palladium Price PM | *1071.0 |
| Platinum,Engelhard industrial | 1312.0 |
| Palladium,Engelhard industrial | 1058.0 |
| Aluminum, LME, $ per metric ton | *2572.5 |
| Copper,Comex spot | 4.93.00 |
| Iron Ore, 62% Fe CFR China-s | *93.0 |
| Steel, HRC USA, FOB Midwest Mill-s | *265.0 |
| **Battery/EV metals** | |
| BMI Lithium Carbonate,EXW China,=99.5%-v,w | 8300 |
| BMI Lithium Hydroxide,EXW China,=56.5%-v,w | 8250 |
| BMI Cobalt sulphate, EXW China,>20.5%-v,w | 6603 |
| BMI Nickel Sulphate,EXW China,>22%-v,w | 3680 |
| BMI Flake Graphite,FOB China,-100 Mesh,94-95%-v,m | 435 |
| **Fibers and Textiles** | |
| Burlap,10-oz,40-inch NY yd-n,w | 0.8950 |
| Cotton,1.1/16 std lw-mdl Mphs-u | 0.6662 |
| Cotlook 'A' Index-t | *78.40 |
| Hides,hvy native steers piece fob-u | n.a. |
| Wool,64s,staple,Terr del-u,w | n.a. |

| | Wednesday |
|---|---|
| **Grains and Feeds** | |
| Bran,wheat middlings, KC-u,w | 69 |
| Corn,No.2 yellow,Cent IL-bp,u | 3.9200 |
| Corn gluten feed,Midwest-u,w | 102.3 |
| Corn gluten meal,Midwest-u,w | 426.3 |
| Cottonseed meal-u,w | n.a. |
| Hominy feed,Cent IL-u,w | 112 |
| Meat-bonemeal,50% pro Mnpls-u,w | 265 |
| Oats,No.2 milling,Mnpls-u | 3.0925 |
| Rice, Long Grain Milled, No.2 AR-u,w | 34.88 |
| Sorghum,(Milo) No.2 Gulf-u | n.a. |
| SoybeanMeal,Cent IL,rail, ton 48%-u,w | 279.10 |
| Soybeans,No.1 yllw IL-bp,u | 9.9900 |
| Wheat,Spring14%-pro Mnpls-u | 7.5450 |
| Wheat,No.2 soft red,St.Louis-u | 5.2238 |
| Wheat - Hard - KC (USDA) $ per bu-u | 5.3925 |
| Wheat,No.1 soft white,Portld,OR-u | 6.2000 |
| **Food** | |
| Beef,carcass equiv. index | |
| choice 1-3,600-900 lbs.-u | 371.34 |
| select 1-3,600-900 lbs.-u | 353.90 |
| Broilers, National comp wtd.avg.-u,w | 1.2550 |
| Butter,AA,Chicago-d | 2.5200 |
| Cheddar cheese,bbl,Chicago-d | 162.75 |
| Cheddar cheese,blk,Chicago-d | 161.00 |
| Milk,Nonfat dry,Chicago lb.-d | 125.00 |
| Coffee,Brazilian,Comp-u | 3.1785 |
| Coffee,Colombian, NY-u | 3.4043 |
| Eggs,large white,Chicago-u | 2.9550 |
| Flour,hard winter KC-u | 15.55 |
| Hams,17-20 lbs,Mid-US fob-u | n.a. |
| Hogs,Iowa-So.Minnesota-u | 107.46 |
| Pork bellies,12-14 lb Mid-US-u | 2.2327 |
| Pork loins,13-19 lb Mid-US-u | 1.1700 |
| Steers,Tex.-Okla. Choice-u | n.a. |
| Steers,Feeder,Okla.City-u,w | 360.75 |
| **Fats and Oils** | |
| Degummed corn oil,crude wtd.avg.-u,w | n.a. |
| Grease,choice white,Chicago-h | 0.5700 |
| Lard,Chicago-u | 0.6000 |
| Soybean oil,crude;Cent IL-u,w | 0.5597 |
| Tallow,bleach;Chicago-h | 0.6175 |
| Tallow,edible,Chicago-u | n.a. |

KEY TO CODES: A=ask; B=bid; BP=country elevator bids to producers; C=corrected; D=CME; E=Manfra,Tordella & Brookes; H=American Commodities Brokerage Co; K=bi-weekly; M=monthly; N=nominal; n.a.=not quoted or not available; P=Sesland Publishing; R=SNL Energy; S=Platts-Spot; t=Cotlook Limited; U=USDA; V=Benchmark Mineral Intelligence; W=weekly; Y=international Coffee Organization; z=not quoted. *Data as of 6/24

Source: Dow Jones Market Data

## IPO Scorecard
Performance of IPOs, most-recent listed first

| Company SYMBOL IPO date/Offer price | Wed's close ($) | Offer 1st-day | % Chg From Offer 1st-day | Company SYMBOL IPO date/Offer price | Wed's close ($) | Offer 1st-day | % Chg From Offer 1st-day |
|---|---|---|---|---|---|---|---|
| YandelM Venture FMFC June 25/$4.00 | 4.40 | 10.0 | — | Caris Life Sciences CAI June 18/$21.00 | 26.43 | 25.9 | -5.6 |
| LightWave Acquisition LWACU June 25/$10.00 | 10.03 | 0.3 | — | Enigmatig EGG June 18/$5.00 | 3.54 | -29.2 | -45.8 |
| Oxley Bridge Acquisition OBAWU June 25/$10.00 | 10.00 | — | — | Omada Health OMDA June 13/$19.00 | 10.00 | — | -0.1 |
| Happy City Hldgs HCHL June 24/$5.00 | 5.38 | 7.6 | 7.6 | Slide Insurance Hldgs SLDE June 18/$17.00 | 21.32 | 25.4 | 5.3 |
| Axiom IntelligenceAcquisition AXINU June 18/$10.00 | 10.09 | 0.9 | 0.5 | JyongBiotech MENS June 17/$7.50 | 8.29 | 10.5 | -18.0 |

Sources: Dow Jones Market Data; FactSet