**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>Hudson 1701/1706, LLC, *et al.*,[1]<br><br>     Debtor. | Chapter 11<br><br>Case No. 25-11853 (KBO)<br>(Jointly Administered) |
| HUDSON 1701/1706, LLC,<br><br>     Plaintiff,<br><br>v.<br><br>356W58 Ground Lessor LLC,<br><br>     Defendant. | Adv. Pro. No. 25-52471 (KBO) |

**SCHEDULING ORDER**

To promote the efficient and expeditious disposition of the above-captioned adversary proceeding, the following schedule shall apply.  It is hereby ORDERED that:

1.      The requirements of Fed. R. Civ. P. 26(f) and Fed. R. Bankr. P. 7026 (e.g., mandatory meeting before scheduling conference/discovery plan) are deemed satisfied. The parties are not required to file a discovery plan as contemplated by Fed. R. Civ. P. 26(f)(3).

2.      Initial Disclosures and Document Requests.  The parties shall provide their initial disclosures pursuant to Fed. R. Civ. P. 26(a)(1), and any Document Requests, on or before **February 20, 2026**.

---

[1]   The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are Hudson 1701/1706, LLC (0281) and Hudson 1702, LLC (0190).  The Debtors' mailing address is c/o FTI Consulting, Inc. Attn: Alan Tantleff, 1166 Avenue of the Americas, 15th Floor, New York, NY 10036.

3. <u>Discovery</u>.

    a. The parties shall conduct discovery consistent with the applicable Federal Rules of Civil Procedure, Federal Rules of Bankruptcy Procedure, and Local Rules of the United States Bankruptcy Court for the District of Delaware.

    b. Each party may be served with no more than <u>twenty (20) interrogatories</u>, including contention interrogatories, unless otherwise agreed to by the parties or ordered by the Court for good cause shown. Interrogatories shall be served by **February 27, 2026.**

    c. If the parties agree or the Court orders, a deposition of a party or a non-party may be conducted remotely by video via Zoom or similar technology.

    d. The parties shall be required to log privileged communications.

    e. All document discovery shall be completed by no later than **March 20, 2026**.

    f. All formal fact discovery shall be completed by no later than **April 24, 2026**.

    g. Expert disclosures pursuant to Fed.R.Civ.P. 26(a)(2) shall be served by April 3, 2026.

    h. All expert discovery shall be completed, and all discovery shall close, by **April 30, 2026**.

4. <u>Motions to Join or Amend.</u> All motions to join other parties and to amend or supplement the pleadings shall be filed on or before **February 20, 2026**.

5.    <u>Dispositive Motions.</u>   The parties agree that dispositive motions shall not be permitted.

6.    <u>Witnesses and Exhibits.</u>  By no later than 4 p.m. (Eastern) seven (7) days prior to the date of the Final Pretrial Conference, each party shall serve the following:

    a.   Their list of trial witnesses, who shall be listed in the order they will be called along with a brief statement of the evidence the witness will give. Witnesses shall be classified between those who any party expects to present and those whom any party may call if the need arises.  If not already provided to all parties, the address and telephone number of each witness shall be disclosed.

    b.   Their list of exhibits to be offered into evidence at trial, together with a hard copy of all such exhibits which shall be serially numbered and physically marked before trial (e.g., "Hudson's Ex. 1" or "Defendants' Ex. 1"); and

    c.   Any discovery item or trial deposition to be offered into evidence at trial.  Counsel shall designate by page portion of deposition testimony and by number the interrogatories which shall be offered in evidence at trial.

7.    <u>Motions in Limine.</u>  Any motions in limine shall be filed by no later than 4 p.m. (Eastern) <u>seven (7) days</u> prior to the date of the Final Pretrial Conference.

8.    <u>Joint Pretrial Order.</u>  By no later than 4:00 p.m. (Eastern) <u>three (3) business days</u> prior to the date of the Final Pretrial Conference, the parties shall file a Joint Pretrial Order.  Among other things, the Joint Pretrial Order should contain the following as to each party:

    a.   Basis of jurisdiction (including a statement whether this matter is core or noncore). If the matter is noncore, the parties shall state whether they consent to the Court's entry of a final order pursuant to 28 U.S.C. § 157(c)(2).  If the parties disagree, they shall each cite to relevant authority to support their positions.

    b.   Statement of uncontested facts;

    c.   Statement of facts which are in dispute.  No facts should be disputed unless opposing counsel expects to present contrary evidence on the point of trial, or genuinely challenges the fact on credibility grounds;

    d.   Statement of damages claimed or relief sought;

    e.   Legal issues presented and the authorities relied upon, as well as which party has the burden of proof.

    f.   Witnesses listed in the order they will be called;

    g.   A list of all exhibits to be offered into evidence; and

    h.   A list of each discovery item and trial deposition to be offered into evidence.

**9.**    <u>Final Pretrial Conference</u>.  The Virtual Final Pretrial Conference will be held on **May 12, 2026 at  9:30 a.m. (Eastern).**

10.    <u>Trial Exhibits</u>.  At least three (3) days prior to the start of trial, each party shall deliver to the Court sufficient copies of all pre-marked exhibits assembled in binders and appropriately tabbed or otherwise identified, so the Court, the clerk, the witness, and all counsel will have a copy.

11.    <u>Trial.</u>  An in-person Trial of this adversary proceeding will begin on **May 19, 2026 at 9:30 a.m. (Eastern)** and continue on **May 21, 2026 at 9:30 a.m. (Eastern)** and **May 22, 2026 at 9:30 a.m.  (Eastern)** at the United States Bankruptcy Court for the District of Delaware, 824 N. Market St., 6th Floor, Courtroom #3, Wilmington, Delaware 19801.

12.    Parties must be prepared to proceed to trial on the scheduled date.  Adjournments will be granted only for compelling reasons beyond the control of the parties.

13.    Deadlines contained in this Order may be extended upon agreement of the parties or by further order of the Court.

**Dated: February 19th, 2026**
**Wilmington, Delaware**

**KAREN B. OWENS**
**CHIEF JUDGE**

4