**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| HUDSON 1701/1706, LLC, *et al.*,[1] | Case No. 25-11853 (KBO) |
| Debtors. | (Jointly Administered) |
| HUDSON 1701/1706, LLC, a Delaware limited liability company; and HUDSON 1702, LLC, a Delaware limited liability company, | Adv. Proc. No. 25-52471 (KBO) |
| Plaintiffs, | |
| -v- | |
| 356W58 GROUND LESSOR LLC, a Delaware limited liability company. | |
| Defendant. | |

**NOTICE OF COMPLETION OF BRIEFING AND REQUEST FOR ORAL ARGUMENT REGARDING DEFENDANT'S MOTION TO DISMISS THE PLAINTIFFS' COMPLAINT**

**PLEASE TAKE NOTICE** that 356W58 Ground Lessor LLC (the "Defendant"), by and through its undersigned counsel, hereby gives notice, pursuant to Rule 7007-4 of the Local Rules of the United States Bankruptcy Court for the District of Delaware, that briefing concerning the Defendant's Motion to Dismiss the Complaint [Adv. Docket No. 15] (the "Motion to Dismiss") is now complete and ready for disposition by the Court.

---

[1] Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Hudson 1701/1706, LLC (0281) and Hudson 1702, LLC (0190).

**PLEASE TAKE FURTHER NOTICE** that the relevant pleadings are as follows:

| TAB NO. | PLEADINGS |
|---|---|
| A. | Complaint [Adv. Docket No. 1, December 22, 2025]. |
| B. | 356W58 Ground Lessor LLC's Motion to Dismiss the Complaint [Adv. Docket No. 15, filed February 4, 2026]. |
| C. | 356W58 Ground Lessor LLC's Memorandum of Law in Support of Its Motion to Dismiss the Complaint [Adv. Docket No. 16, filed February 4, 2026]. |
| D. | Declaration of Matthew B. McGuire in Support of 356W58 Ground Lessor LLC's Motion to Dismiss the Complaint [Adv. Docket No. 17, filed February 4, 2026]. |
| E. | The Debtors' Opposition to Defendant's Motion to Dismiss [Adv. Docket No. 25, filed February 11, 2026]. |
| F. | 356W58 Ground Lessor LLC's Reply Memorandum of Law in Further Support of Its Motion to Dismiss the Complaint [Adv. Docket No. 32, filed February 18, 2026]. |

The Defendant hereby requests that this Court hear oral argument in connection with these

pleadings at a hearing to be scheduled at the convenience of the Court.

[*Signature Page to Follow*]

Dated: February 19, 2026
      Wilmington, Delaware

**LANDIS RATH & COBB LLP**

*/s/ Matthew B. McGuire*
Adam G. Landis (No. 3407)
Matthew B. McGuire (No. 4366)
Katherine S. Dute (No. 6788)
Soumya P. Venkateswaran (No. 7278)
919 Market Street, Suite 1800
Wilmington, Delaware 19801
Telephone: (302) 467-4400
Facsimile:  (302) 467-4450
Email: landis@lrclaw.com
      mcguire@lrclaw.com
      dute@lrclaw.com
      venkateswaran@lrclaw.com

– and –

**ADLER & STACHENFELD LLP**
Kirk L. Brett (admitted *pro hac vice*)
Patrick O'Connor (admitted *pro hac vice*)
555 Madison Avenue, 6th floor
New York, New York 10022
Telephone: (212) 883-1700
Facsimile: (212) 883-8883
Email: kbrett@adstach.com
      poconnor@adstach.com

*Counsel to 356W58 Ground Lessor LLC*