**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| HUDSON 1701/1706, LLC, *et al.*[1], | Case No. 25-11853 (KBO) |
| Debtors. | (Jointly Administered) |
| HUDSON 1701/1706, LLC, a Delaware limited liability company; and HUDSON 1702, LLC, a Delaware limited liability company, | |
| Plaintiffs, | Adv. Proc. No. 25-52471 (KBO) |
| -v- | |
| 356W58 GROUND LESSOR LLC, a Delaware limited liability company. | **Related to Docket No. 48** |
| Defendant. | |

**ORDER APPROVING AGREED PROTECTIVE ORDER AND ESI STIPULATION**

Upon consideration of the Certification of Counsel submitting a proposed protective order, and after due deliberation and sufficient cause appearing therefor, it is hereby ORDERED that:

1.      The *Agreed Protective Order* attached as *Exhibit 1* to this Order is hereby approved.

2.      The *Agreed Stipulation Regarding the Production of Documents and Electronically Stored Information* attached as *Exhibit 2* to this Order is hereby approved.

---

[1] Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Hudson 1701/1706, LLC (0281) and Hudson 1702, LLC (0190).

3.      This Court retains jurisdiction with respect to all matters arising from or relating to the interpretation, implementation, and enforcement of this Order.

**Dated: March 9th, 2026**
**Wilmington, Delaware**

**KAREN B. OWENS**
**CHIEF JUDGE**

2