**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| Hudson 1701/1706, LLC, *et al.*,[1] | Case No. 25-11853 (KBO) (Jointly Administered) |
| Debtor. | |
| HUDSON 1701/1706, LLC, | |
| Plaintiff, | |
| v. | Adv. Pro. No. 25-52471 (KBO) |
| 356W58 Ground Lessor LLC, | **Related Docket No. 34** |
| Defendant. | |

**CERTIFICATION OF COUNSEL REGARDING
PROPOSED AMENDED SCHEDULING ORDER**

The undersigned hereby certifies as follows:

1. On December 22, 2025, Plaintiffs Hudson 1701/1706, LLC and Hudson 1702, (together, the "**Plaintiffs**") commenced the above-captioned adversary proceeding (the "**Action**") by filing a complaint against defendant 356W58 Ground Lessor LLC (the "**Defendant**" and together with the Plaintiffs, the "**Parties**").

2. On February 19, 2026, the Court entered the operative scheduling order (the "**Scheduling Order**") in this Action. *See* ECF 34.

---

[1]   The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are Hudson 1701/1706, LLC (0281) and Hudson 1702, LLC (0190).  The Debtors' mailing address is c/o FTI Consulting, Inc. Attn: Alan Tantleff, 1166 Avenue of the Americas, 15th Floor, New York, NY 10036.

3.      The Parties have jointly agreed to amend the Scheduling Order in the form attached hereto as Exhibit A (the "**Proposed Amended Scheduling Order**") to allow sufficient time to complete the production of documents, the depositions of fact witnesses, and expert discovery.

4.      To accommodate the proposed deadline for the completion of expert discovery, the Proposed Amended Scheduling Order reschedules the Final Pretrial Conference for May 15, 2026 at 11:30 a.m. (Eastern), which date was previously obtained from the Court.

5.      The Proposed Amended Scheduling Order sets the deadline for the submission of motions *in limine* and the joint pretrial order for May 13, 2026, the day after expert discovery is set to close under the Proposed Amended Scheduling Order.

6.      Plaintiffs and Defendant respectfully request the Court enter the Proposed Amended Scheduling Order at its earliest convenience.

[*Signature Page to Follow*]

Dated: March 20, 2026          **CHIPMAN BROWN CICERO & COLE, LLP**
     Wilmington, Delaware


/s/ *William E. Chipman*
William E. Chipman, Jr. (No. 3818)
Mark D. Olivere (No. 4291)
Aaron J. Bach (No. 7364)
Alison R. Maser (No. 7430)
Hercules Plaza
1313 North Market Street, Suite 5400
Wilmington, Delaware 19801
Telephone: (302) 295-0191
Email:  chipman@chipmanbrown.com
     olivere@chipmanbrown.com
     bach@chipmanbrown.com
     maser@chipmanbrown.com
-and-

**BOIES SCHILLER FLEXNER LLP**
Michael M. Fay (admitted *pro hac vice*)
Robert Gordon (admitted *pro hac vice)*
Jenny H. Kim (admitted *pro hac vice*)
Jeffrey Waldon (admitted *pro hac vic*e)
Katherine Zhang (*admitted pro hac vice*)
55 Hudson Yards
New York, New York 10001
Telephone: (212) 446-2354
Email: mfay@bsfllp.com
     rgordon@bsfllp.com
     jkim@bsfllp.com
     jwaldron@bsfllp.com
     kzhang@bsfllp.com

*Counsel for Debtors and Debtors in Possession*