**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>      Hudson 1701/1706 LLC,<br>         Debtors.[1] | Chapter 11<br><br>Case No. 25-11853 (KBO) |
| HUDSON 1701/1706, LLC, a Delaware limited liability company; and HUDSON 1702, LLC, a Delaware limited liability company,<br><br>              Plaintiffs,<br><br>      v.<br><br>356W58 GROUND LESSOR LLC, a Delaware limited liability company,<br><br>              Defendant. | (Jointly Administered)<br><br><br><br>Adv. Proc. No. 25-52471 (KBO) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on March 30, 2026, a copy of *356W58 Ground Lessor LLC's Responses and Objections to Plaintiffs' Interrogatories* was served on the following counsel of record via Electronic Mail:

| | |
|---|---|
| CHIPMAN BROWN CICERO & COLE, LLP<br>William E. Chipman, Jr.<br>Mark D. Olivere<br>Aaron J. Bach<br>Alison R. Maser<br>Hercules Plaza<br>1313 North Market Street, Suite 5400<br>Wilmington, Delaware 19801<br>Telephone: (302) 295-0191<br>Email: chipman@chipmanbrown.com<br>    olivere@chipmanbrown.com<br>    bach@chipmanbrown.com<br>    maser@chipmanbrown.com | BOIES SCHILLER FLEXNER LLP<br>Michael Fay<br>Robert Gordon<br>Jenny Kim<br>Katherine Zhang<br>Jeffrey Waldron<br>55 Hudson Yards<br>New York, New York 10001<br>Telephone: (212) 446-2300<br>Email: mfay@bsfllp.com<br>    rgordon@bsfllp.com<br>    jkim@bsfllp.com<br>    kzhang@bsfllp.com<br>    jwaldron@bsfllp.com |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are Hudson 1701/1706, LLC (0281) and Hudson 1702, LLC (0190). The Debtors' headquarters and the mailing address for the Debtors is 11440 San Vicente Boulevard, 2nd Floor, Los Angeles, CA 90045.

Dated: March 30, 2026
      Wilmington, Delaware

**LANDIS RATH & COBB LLP**

*/s/ Katherine S. Dute*
Adam G. Landis (No. 3407)
Matthew B. McGuire (No. 4366)
Katherine S. Dute (No. 6788)
Soumya P. Venkateswaran (No. 7278)
919 Market Street, Suite 1800
Wilmington, Delaware 19801
Telephone: (302) 467-4400
Facsimile:  (302) 467-4450
Email: landis@lrclaw.com
      mcguire@lrclaw.com
      dute@lrclaw.com
      venkateswaran@lrclaw.com

– and –

**ADLER & STACHENFELD LLP**
Kirk L. Brett (admitted *pro hac vice*)
Patrick O'Connor (admitted *pro hac vice*)
555 Madison Avenue, 6th floor
New York, New York 10022
Telephone: (212)883-1700
Facsimile: (212)883-8883
Email: kbrett@adstach.com
      poconnor@adstach.com

*Counsel to 356W58 Ground Lessor LLC*

2