**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br>      Hudson 1701/1706 LLC,<br>          Debtors.[1] | Chapter 11<br><br>Case No. 25-11853 (KBO) |
| HUDSON 1701/1706, LLC, a Delaware limited liability company; and HUDSON 1702, LLC, a Delaware limited liability company,<br><br>          Plaintiffs,<br><br>      v.<br><br>356W58 GROUND LESSOR LLC, a Delaware limited liability company,<br><br>          Defendant. | (Jointly Administered)<br><br><br><br>Adv. Proc. No. 25-52471 (KBO)<br><br>**Adv. Ref. No. 15 & 35** |

**NOTICE OF HEARING ON 356W58 GROUND LESSOR LLC'S**
**MOTION TO DISMISS THE COMPLAINT**

**PLEASE TAKE NOTICE** that Oral Argument on *365W58 Ground Lessor's Motion to Dismiss Complaint* [Adv. D.I. 15] has been scheduled for **April 21, 2026 at 9:30 a.m. (ET)** before The Honorable Karen B. Owens, Chief Judge at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 6th Floor, Courtroom # 3, Wilmington, Delaware 19801.

**[REMAINDER OF PAGE INTENTIONALLY BLANK]**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are Hudson 1701/1706, LLC (0281) and Hudson 1702, LLC (0190). The Debtors' headquarters and the mailing address for the Debtors is 11440 San Vicente Boulevard, 2nd Floor, Los Angeles, CA 90045.

Dated: April 2, 2026
      Wilmington, Delaware

**LANDIS RATH & COBB LLP**

*/s/ Katherine S. Dute*
Adam G. Landis (No. 3407)
Matthew B. McGuire (No. 4366)
Katherine S. Dute (No. 6788)
Soumya P. Venkateswaran (No. 7278)
919 Market Street, Suite 1800
Wilmington, Delaware 19801
Telephone: (302) 467-4400
Facsimile:  (302) 467-4450
Email: landis@lrclaw.com
      mcguire@lrclaw.com
      dute@lrclaw.com
      venkateswaran@lrclaw.com

– and –

**ADLER & STACHENFELD LLP**
Kirk L. Brett (admitted *pro hac vice*)
Patrick O'Connor (admitted *pro hac vice*)
555 Madison Avenue, 6th floor
New York, New York 10022
Telephone: (212)883-1700
Facsimile: (212)883-8883
Email: kbrett@adstach.com
      poconnor@adstach.com

*Counsel to 356W58 Ground Lessor LLC*

2