ROBERT E. GERBER
Joseph Hage Aaronson, LLC
800 Third Avenue, 30th Floor
New York, NY  10022
Email:  rgerber@jhany.com
Cell:  (917) 747-0280

*Mediator*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| | ) Case Nos. 25-11853 (KBO) |
| HUDSON 1701/1706, LLC., et al., | ) |
| | ) (Jointly Administered) |
| Debtors. | ) |
| ---------------------------------------------------------------) | |
| HUDSON 1701/1706, LLC, a Delaware limited | ) |
| liability company, and HUDSON 1702, LLC, a | ) Adv. Proc. No. 25-52471 |
| Delaware limited liability company, | ) |
| | ) |
| Plaintiffs, | ) |
| v. | ) |
| | ) |
| 365W58 GROUND LESSOR LLC, a Delaware | ) |
| limited liability company, | ) |
| Defendant | ) |
| ---------------------------------------------------------------) | |

MEDIATOR'S CERTIFICATE OF COMPLETION

1.      I am a retired bankruptcy judge who had served in the United States

Bankruptcy Court for the Southern District of New York, and who was selected by the

parties to this adversary proceeding, and others, to mediate disputes amongst them.  I

submit this Certificate of Completion pursuant to Rule 9019-5(f)(ii) of the Local Rules of

this Court.

2.      I conducted a mediation (in which the Debtors, Montgomery Street

Partners, Parkview Financial REIT and the Creditors Committee were Mediation Parties),

in person, on May 1, 2026.  I additionally had other communications with the Mediation Parties before that session.  As the Mediation Parties had authorized and requested me to do, I shared with them, over the course of the mediation, views I formed with respect to potential outcome and risk if they were to continue to litigate.

3.      In my opinion, the Mediation Parties satisfactorily complied with the requirements of Local Rule 9019-5.

4.      But I regret to inform the Court that notwithstanding my best efforts, the mediation was not successful, and I was unable to bring the Mediation Parties to a settlement.  It is my understanding, based on my reading of Local Rule 9019-5(h), that with the mediation having failed to result in a resolution of all of the disputes in the assigned matter, it will proceed to trial or hearing under the Court's previously entered scheduling orders, or as the Court may otherwise direct.  I will remain available if the parties believe it productive to have further negotiations after the Court has ruled with respect to the recharacterization issues; for other disputes or the ultimate resolution of the chapter 11 case through a plan of reorganization or otherwise; or as the Court may otherwise direct.

Dated: May 4, 2026

*s/  Robert E. Gerber*