**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| Hudson 1701/1706, LLC, *et al.*,[1] | Case No. 25-11853 (KBO) |
| Debtors. | (Jointly Administered) |
| HUDSON 1701/1706, LLC, a Delaware limited liability company; and HUDSON 1702, LLC, a Delaware limited liability company, | Adv. Pro. No. 25-52471 (KBO) |
| Plaintiff, | |
| v. | |
| 356W58 Ground Lessor LLC, a Delaware limited liability company, | |
| Defendant. | |

**NOTICE OF *AMENDED* [2] AGENDA OF MATTERS SCHEDULED FOR**
**HEARING ON MAY 15, 2026 AT 11:30 A.M.**

> **This proceeding will be conducted remotely via Zoom.**
>
> **Please refer to Judge Owens's Chambers Procedures (https://www.deb.uscourts.gov/content/judge-karen-b-owens and the Court's website (http://www.deb.uscourts.gov/ecourt-appearances for information on the method of allowed participation (video or audio), Judge Owens's expectations of remote participants, and the advance registration requirements.**
>
> **Registration is required by 4:00 p.m. (Eastern time) the business day before the hearing unless otherwise noticed using the eCourtAppearances tool available on the Court's website.**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are Hudson 1701/1706, LLC (0281) and Hudson 1702, LLC (0190). The Debtors' mailing address is c/o FTI Consulting, Inc. Attn: Alan Tantleff, 1166 Avenue of the Americas, 15th Floor, New York, NY 10036.

[2]  **Amended items appear in bold.**

## I. **ADVERSARY MATTER GOING FORWARD**

1. *Hudson 1701/1706, LLC, et al., v. 356W58 Ground Lessor LLC;*
   *Adv. Pro. No. 25-52471 (KBO)*

   A. Complaint [Adv. Docket No. 1; Filed December 22, 2025].

   B. Summons and Notice of Pretrial Conference [Adv. Docket No. 3; Filed December 29, 2025].

   C. 356W58 Ground Lessor LLC's Motion to Dismiss the Complaint [Adv. Docket No. 15; Filed February 4, 2026].

   D. 356W58 Ground Lessor LLC's Memorandum of Law in Support of Its Motion to Dismiss the Complaint [Adv. Docket No. 16; Filed February 4, 2026].

   E. Declaration of Matthew B. McGuire in Support of 356W58 Ground Lessor LLC's Motion to Dismiss the Complaint [Adv. Docket No. 17; Filed February 4, 2026].

   F. The Debtors' Opposition to Defendant's Motion to Dismiss [Adv. Docket No. 25; Filed February 11, 2026].

   G. 356W58 Ground Lessor LLC's Reply Memorandum of Law in Further Support of Its Motion to Dismiss the Complaint [Adv. Docket No. 32; Filed February 18, 2026].

   H. Notice of Completion of Briefing [Adv. Docket No. 35; Filed February 19, 2026].

   I. Notice of Hearing on 365W58 Ground Lessor LLC's Motion to Dismiss Complaint [Adv. Docket No. 59; Filed April 2, 2026].

   J. Mediator's Certificate of Completion [Adv. Docket No. 79; Filed May 5, 2026].

   K. Letter to Chief Judge Karen B. Owens from Matthew B. McGuire Regarding Final Pre-Trial Conference [Adv. Docket No. 81; Filed May 12, 2026].

   **M. Letter to Chief Judge Karen B. Owens from William E. Chipman, Jr. in Response to 356W58 Ground Lessor, LLC's Letter dated May 12, 2026 [Adv. Docket No. 84; Filed May 14, 2026].**

   **Status:** **The Court intends to issue its ruling on the Motion to Dismiss the Complaint.**

Dated: May 14, 2026
     Wilmington, Delaware

**CHIPMAN BROWN CICERO & COLE, LLP**

/s/ Mark D. Olivere
William E. Chipman, Jr. (No. 3818)
Mark D. Olivere (No. 4291)
Aaron J. Bach (No. 7364)
Alison R. Maser (No. 7430)
Hercules Plaza
1313 North Market Street, Suite 5400
Wilmington, Delaware 19801
Telephone: (302) 295-0191
Email:  chipman@chipmanbrown.com
       olivere@chipmanbrown.com
       bach@chipmanbrown.com
       maser@chipmanbrown.com

-and-

**BOIES SCHILLER & FLEXNER LLP**
Robert D. Gordon, Esq. (admitted *pro hac vice*)
Michael M. Fay. Esq. (admired *pro hac vice*)
Jenny H. Kim, Esq. (admitted *pro hac vice)*
Jeffrey Waldron, Esq. (admitted *pro hac vice*)
Katherine Zhang, Esq. (admitted *pro hac vice*)
55 Hudson Yards, 20th Floor,
New York, New York 10001
Telephone: (212) 446-2300
Email: rgordon@bsfllp.com
      mfay@bsfllp.com
      jkim@bsfllp.com
      jwaldron@bsfllp.com
      kzhang@bsfllp.com

*Counsel to the Debtors and Debtors in Possession*