# EXHIBIT D

# BILL OF SALE

KNOW ALL MEN BY THESE PRESENTS,

That, subject to the terms and conditions hereinafter set forth, EC 58th Street LLC, a Delaware limited liability company, having an address at c/o Cain International US Services LP, 350 Park Avenue, 14th Floor, New York, New York 10022 ("**Seller**") for and in consideration of the sum of Ten Dollars ($10.00), lawful money of the United States, to it in hand paid at or before delivery of these presents by Hudson 1702, LLC and Hudson 1701/1706, LLC, each a Delaware limited liability company having an address at c/o CSC Co-Living, 6 St. Johns Lane, New York, New York 10013 (collectively, "**Ground Tenant**"), the receipt and sufficiency of which Seller hereby acknowledges, has bargained and sold, and by these presents does grant and convey unto Ground Tenant, its successors and assigns, all right, title and interest of Seller in and to all of the Personal Property, Fixtures, Warranties and Permits appurtenant to the Owned Units and the 10th Floor Lease (as such terms are defined in that certain Purchase and Sale Agreement effective as of February 3, 2022 between Seller and CSC Hudson, LLC, as amended by that certain First Amendment to Purchase and Sale Agreement effective as of April 19, 2022 (as may be further amended, restated and/or modified from time to time), and which was assigned and assumed by that certain Assignment, Assumption and Modification of Purchase and Sale Agreement effective as of May 3, 2022 (the "**Agreement**")).

Seller grants and conveys the Personal Property, Fixtures, Warranties, and Permits unto Ground Tenant without recourse and without representation or warranty of any kind, express or implied (except to the extent of and only for so long as any applicable representation and warranty, as is set forth in the Agreement shall survive the closing of title thereafter, and subject to the limitations contained therein).

TO HAVE AND TO HOLD the same unto Ground Tenant, its successors and assigns forever.

SELLER HAS MADE NO WARRANTY THAT THE PROPERTY COVERED BY THIS BILL OF SALE IS MERCHANTABLE OR FIT FOR ANY PARTICULAR PURPOSE AND THE SAME IS SOLD IN AN "AS IS" "WHERE IS" CONDITION. BY ACCEPTANCE HEREOF, GROUND TENANT AFFIRMS THAT IT HAS NOT RELIED ON ANY WARRANTY OF SELLER WITH RESPECT TO THE PERSONAL PROPERTY AND THAT THERE ARE NO REPRESENTATIONS OR WARRANTEES, EXPRESSED, IMPLIED OR STATUTORY (EXCEPT TO THE EXTENT AND ONLY FOR SO LONG AS ANY APPLICABLE REPRESENTATION AND WARRANTY, IF ANY, IS AS SET FORTH IN THE AGREEMENT SHALL SURVIVE THE CLOSING OF TITLE THEREUNDER, AND SUBJECT TO THE LIMITATIONS CONTAINED THEREIN.

This Bill of Sale shall be governed by and construed in accordance with the laws of the State of New York.

This Bill of Sale shall be binding upon, enforceable by and shall inure to the benefit of the parties hereto and their respective successors and assigns.

[Signature page follows immediately]

*ACTIVE 64223246v5*

Executed as of May 4, 2022.

**EC 58TH STREET LLC,**
a Delaware limited liability company

By: ______________________
Name: Anthony D. Minella
Title: President