**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>Hudson 1701/1706, LLC, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 25-11853 (KBO)<br><br>(Jointly Administered) |
| HUDSON 1701/1706, LLC, a Delaware limited liability company; and HUDSON 1702, LLC, a Delaware limited liability company,<br><br>Plaintiffs,<br><br>-v-<br><br>356W58 GROUND LESSOR LLC, a Delaware limited liability company.<br><br>Defendant. | Adv. Proc. No. 25-52471 (KBO) |

**<u>CERTIFICATE OF SERVICE</u>**

I, Lydia Do, depose and say that I am employed by Kurtzman Carson Consultants, LLC dba Verita Global ("Verita"), the claims and noticing agent for the Debtors in the above-captioned case.

On June 11, 2026, at my direction and under my supervision, employees of Verita caused to be served the following document via Electronic Mail upon the service list attached hereto as **<u>Exhibit A</u>**; via First Class Mail upon the service list attached hereto as **<u>Exhibit B</u>**; and via Overnight Mail upon the service list attached hereto as **<u>Exhibit C</u>**:

[*Remainder of page intentionally left blank*]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are Hudson 1701/1706, LLC (0281) and Hudson 1702, LLC (0190). The Debtors' mailing address is c/o FTI Consulting, Inc. Attn: Alan Tantleff, 1166 Avenue of the Americas, 15th Floor, New York, NY 10036.

- **Amended Complaint** [Docket No. 91]

Furthermore, in accordance with Local Rule 5004-4(c)(ii), all eligible CM/ECF participants were served via the Court's CM/ECF system with copies of the foregoing.

Dated: June 17, 2026

/s/ *Lydia Do*
Lydia Do
Verita
222 N Pacific Coast Highway, Suite 300
El Segundo, CA 90245
Tel. 310.823.9000

# Exhibit A

**Exhibit A**
**Adversary Party Service List**
**Served via Electronic Mail**

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| Counsel to 356W58 Ground Lessor LLC | Adler & Stachenfeld LLP | Kirk L Brett and Patrick O'Connor | kbrett@adstach.com; poconnor@adstach.com |
| Counsel to 356W58 Ground Lessor LLC | Landis Rath & Cobb LLP | Adam G. Landis, Matthew B. McGuire, Katherine S. Dute, and Soumya P. Venkateswaran | landis@lrclaw.com; mcguire@lrclaw.com; dute@lrclaw.com; venkateswaran@lrclaw.com |

# Exhibit B

**Exhibit B**
**Adversary Party Service List**
**Served via First Class Mail**

| Description | CreditorName | CreditorNoticeName | Address1 | City | State | Zip |
|---|---|---|---|---|---|---|
| Counsel to 356W58 Ground Lessor LLC | Adler & Stachenfeld LLP | Kirk L Brett and Patrick O'Connor | 555 Madison Avenue, 6th floor | New York | NY | 10022 |
| Counsel to 356W58 Ground Lessor LLC | Landis Rath & Cobb LLP | Adam G. Landis, Matthew B. McGuire, Katherine S. Dute, and Soumya P. Venkateswaran | 919 Market Street, Suite 1800 | Wilmington | DE | 19801 |

# Exhibit C

**Exhibit C**
**Adversary Party Service List**
**Served via Overnight Mail**

| Description | CreditorName | CreditorNoticeName | Address1 | City | State | Zip |
|---|---|---|---|---|---|---|
| Counsel to 356W58 Ground Lessor LLC | Adler & Stachenfeld LLP | Kirk L Brett and Patrick O'Connor | 555 Madison Avenue, 6th floor | New York | NY | 10022 |
| Counsel to 356W58 Ground Lessor LLC | Landis Rath & Cobb LLP | Adam G. Landis, Matthew B. McGuire, Katherine S. Dute, and Soumya P. Venkateswaran | 919 Market Street, Suite 1800 | Wilmington | DE | 19801 |