# EXHIBIT A

**NYC DEPARTMENT OF FINANCE**
**OFFICE OF THE CITY REGISTER**

This page is part of the instrument. The City Register will rely on the information provided by you on this page for purposes of indexing this instrument.The information on this page will control for indexing purposes in the event of any conflict with the rest of the document.

2022051301162001001EBA79

**RECORDING AND ENDORSEMENT COVER PAGE** **PAGE 1 OF 7**

**Document ID:** **2022051301162001** Document Date: 05-04-2022 Preparation Date: 05-17-2022
Document Type: DEED
Document Page Count: 6

**PRESENTER:**
ROYAL ABSTRACT OF NEW YORK LLC
(TITLE#915047)
125 PARK AVENUE, SUITE 1610
NEW YORK, NY 10017
212-376-0900
lrivera@ROYALABSTRACT.COM

**RETURN TO:**
ROYAL ABSTRACT OF NEW YORK LLC
(TITLE#915047)
125 PARK AVENUE, SUITE 1610
NEW YORK, NY 10017
212-376-0900
lrivera@ROYALABSTRACT.COM

**PROPERTY DATA**

| Borough | Block | Lot | | Unit | Address |
|---|---|---|---|---|---|
| MANHATTAN | 1048 | 1701 | Entire Lot | 1 | 353 WEST 57TH STREET |

**Property Type:** COMMERCIAL CONDO UNIT(S)

**CROSS REFERENCE DATA**

CRFN_______ *or* DocumentID________ *or* _______ Year_____ Reel____ Page_____ *or* File Number__________

**PARTIES**

**GRANTOR/SELLER:**
EC 58TH STREET LLC
C/O CAIN INTERNATIONAL US SERVICES LP 350
PARK AVE, 14TH FLOOR
NEW YORK, NY 10012

**GRANTEE/BUYER:**
356W58 GROUND LESSOR LLC
C/O MSP CAPITAL INVESTMENTS, L.L.C. 3953 MAPLE
AVE, SUITE 350
DALLAS, TX 75219

**FEES AND TAXES**

**Mortgage :**

| | | |
|---|---|---|
| Mortgage Amount: | $ | 0.00 |
| Taxable Mortgage Amount: | $ | 0.00 |
| Exemption: | | |
| TAXES: County (Basic): | $ | 0.00 |
| City (Additional): | $ | 0.00 |
| Spec (Additional): | $ | 0.00 |
| TASF: | $ | 0.00 |
| MTA: | $ | 0.00 |
| NYCTA: | $ | 0.00 |
| Additional MRT: | $ | 0.00 |
| TOTAL: | $ | 0.00 |
| Recording Fee: | $ | 67.00 |
| Affidavit Fee: | $ | 0.00 |

| | | |
|---|---|---|
| Filing Fee: | $ | 250.00 |
| NYC Real Property Transfer Tax: | $ | 2,585,625.00 |
| NYS Real Estate Transfer Tax: | $ | 640,250.00 |

**RECORDED OR FILED IN THE OFFICE OF THE CITY REGISTER OF THE CITY OF NEW YORK**

Recorded/Filed 06-15-2022 16:38
City Register File No.(CRFN):
**2022000240494**

*City Register Official Signature*

**EC 58TH STREET LLC, GRANTOR**

**TO**

**356W58 GROUND LESSOR LLC, GRANTEE**

# CONDOMINIUM UNIT DEED

353-361 West 57th Street a/k/a 356 West 58th Street
Unit 1
New York, New York 10019

| | |
|---|---|
| **County:** | **New York** |
| **Block:** | **1048** |
| **Lots:** | **1701** |

**Record and Return To:**

Duval & Stachenfeld LLP
555 Madison Avenue, 6th Floor
New York, NY 10022
Attn: Danielle Ash, Esq.

## CONDOMINIUM UNIT DEED

**THIS INDENTURE**, made as of the 4th day of May, 2022, by EC 58th Street LLC, a Delaware limited liability company, having an address at c/o Cain International US Services LP, 350 Park Avenue, 14th Floor, New York, New York 10022, (hereinafter referred to as the "**Grantor**") to 356W58 Ground Lessor LLC, a Delaware limited liability company having an address at c/o MSP Capital Investments, L.L.C., Woodlawn Hall at Old Parkland, 3953 Maple Avenue, Suite 350, Dallas, Texas 75219 (hereinafter referred to as the "**Grantee**").

W I T N E S S E T H:

That the Grantor, in consideration of Ten ($10.00) Dollars and other valuable consideration, paid by the Grantee, does hereby grant and release unto the Grantee, and the heirs or successors and assigns of the Grantee, forever:

The Condominium Unit (the "**Unit**") in the premises known as 353 West 57th Street Condominium in the Building (the "**Building**") located and known as and by street address 353-361 West 57th Street a/k/a 356 West 58th Street, New York, New York, (the "**Property**"), designated and described as Unit No. 1 in that certain declaration of condominium (the "**Declaration**") establishing a plan for condominium ownership of the Building and the land upon which it is situate (the "**Land**") under Article 9-B of the Real Property Law of the State of New York, dated April 11, 1985 and recorded on April 24, 1985 in Reel 902 Page 1, which Declaration was amended by the First Amendment to Declaration made by Irving Schatz dated January 29, 1993 and recorded May 11, 1993 in Reel 1969 Page 2286 and was further amended by the Amended and Restated Declaration, dated as of February 12, 1999 and recorded July 16, 1999 in Reel 2913 Page 1753 and further amended by Amendment to Amended and Restated Declaration dated as of September 30, 1999 and recorded October 27, 1999 in Reel 2979 Page 2159 (which Declaration as amended is hereinafter referred to as the "**Declaration**"). The Unit is also designated as Tax Lot 1701 in Block 1048 Section 4 of the Borough of Manhattan on the Tax Map of the Real Property Assessment Department of The City of New York and on the Floor Plans of the Building, certified by Butler Rogers Baskett Architects on March 27, 1985 and also filed with the Real Property Assessment Department of the City of New York on April 22, 1985 as Condominium Plan No. 208, and also filed in the New York County Register's Office on April 24, 1985 as Condominium Map No. 4326, as amended by amended Floor Plans Certified by Butler Rogers Baskett Architects on December 14, 1992, which amended Floor Plans were filed in the Real Property Assessment Department of the City of New York on May 5, 1993 as Condominium Plan No. 208A and also filed in the New York County Register's Office on May 11, 1993 as Condominium Map No. 5192.

The Unit together with its undivided percentage interests in common elements and the premises within which the Unit is located is more particularly described in Exhibit A attached hereto and made a part hereof. All capitalized terms herein which are not separately defined herein shall have the meanings given to those terms in the Declaration or in the by-laws of 353 West 57th Street Condominium (said by-laws, as the same may be amended from time to time, are hereinafter referred to as the "**By-Laws**").

Being the same premises conveyed to Grantor from Henry Hudson Holdings, LLC by Deed in Lieu of Foreclosure dated 11/24/2020 and recorded 12/4/2020 as CRFN 2020000344628.

Together with the appurtenances and all the estate and rights of the Grantor in and to the Unit; and

Together with, and subject to, the rights, obligations, easements, restrictions and other provisions set forth in the Declaration and the By-Laws, all of which shall constitute covenants running with the Land shall bind any person having at any time any interest or estate in the Unit, as though recited and stipulated at length herein.

Subject to such other liens, agreements, covenants, easements, restrictions and other matters of record as pertain to the Unit and/or the Property.

**TO HAVE AND TO HOLD** the premises herein granted unto Grantee, the heirs or successors and assigns of the Grantee, forever.

If any provisions of the Declaration or the By-Laws is invalid under, or would cause the Declaration or the By-Laws to be insufficient to submit the Property to the provisions of the New York Condominium Act, or if any provision· that is necessary to cause the Declaration and the By-Laws to be sufficient to submit the Property to the provisions of the New York Condominium Act is missing from the Declaration or the By-Laws, or if the Declaration and the By-Laws are insufficient to submit the Property to the provisions of the New York Condominium Act, the applicable provisions of Article 26 of the Declaration shall control.

Except as otherwise provided in the Declaration or the By-Laws, the Unit is intended for any lawful use.

The Grantor, in compliance with Section 13 of the Lien Law of the State of New York, covenants that the Grantor will receive the consideration for this conveyance and will hold the right to receive such consideration as a trust fund for the purposes of paying the cost of the improvement and will apply the same first to the payment of the cost of the improvement before using any part of the same for any other purpose.

The Grantee accepts and ratifies the provisions of the Declaration and the By-Laws (and any Rules and Regulations adopted under the By-Laws) and agrees to comply with all the terms and provisions thereof.

The term "Grantee" shall be read as "Grantees" whenever the sense of this indenture so requires.

**[SIGNATURES PAGE FOLLOWS]**

**IN WITNESS WHEREOF**, the Grantor has duly executed this deed on the date first above written.

**GRANTOR:**

**EC 58TH STREET LLC,**
a Delaware limited liability company

By: ______________________
Name: Anthony D. Minella
Title: President

STATE OF ~~NEW YORK~~ CT )
: ss.:
COUNTY OF ~~NEW YORK~~ FAIRFIELD )

On the 27TH day of APRIL 2022 before me, the undersigned, a Notary Public in and for said State, personally appeared, Anthony D. Minella, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his capacity, and that by his signature on the instrument, the individual, or the person upon behalf of which the individual acted, executed the instrument.

CAITLIN QUINN HRIBAR
My Commission Expires 10-31-2026
NOTARY PUBLIC
CONNECTICUT

______________________
Notary Public (SEAL)

# EXHIBIT A

## Premises

PARCEL I (Unit 1 a/k/a EBC Unit, Lot 1701):

The Condominium Unit (hereinafter referred to as the "Unit") known as Unit 1, also known as EBC Unit, in the building (hereinafter referred to as the "Building") known as 353 West 57th Street Condominium and by the street number 353 West 57th Street, New York, New York, said Unit being designated and described in a certain Declaration dated 4/11/1985 made by Irving Schatz pursuant to Article 9-B of the Real Property Law of the State of New York establishing a plan for condominium ownership of the Building and the land (hereinafter referred to as the "Land") upon which the building is situated (which land is mor'< particularly described below), and which Declaration was recorded in the Office of the City Register New York County on 4/24/1985 in Reel 902 Page 1 and amended by First Amendment to Declaration dated 1/29/1993 and recorded 5/11/1993 in Reel 1969 Page 2286, further amended by Amended and Restated Declaration made by Henry Hudson Holdings LLC, Irving Schatz, Adrienne Wechsler and Cheryl Hirsch dated as of 2/12/1999 and recorded 7/16/1999 in Reel 2913 Page 1753 and Amendment to Amended and Restated Declaration dated as of 9/30/1999, recorded 10/27/1999 in Reel 2979 Page 2159 (which declaration, as amended, is hereinafter referred to as the "Declaration"). Said Unit is also designated as Tax Lot 1701 in Block 1048 of Section 4 of the Borough of Manhattan on the Tax Map of the Real Property Assessment Department of the City Of New York and on the Floor Plans of the Building, Certified by Butler Rogers Baskett Architects, on 3/2711985 and filed in the Real Property Assessment Department of the City of New York on 4/22/1985 as Condominium Plan No. 208 and also filed in the New York County Register's Office on 4/24/1985 as Condominium Map No. 4326, as amended by amended Floor Plans Certified by Butler Rogers Baskett Architects, on 12/14/1992, which amended Floor Plans were filed in the Real Property Assessment Department of the City of New York on 5/5/1993 as Condominium Plan No.208A and also filed in the New York County Register's Office on 5/11/1993 as Condominium MapNo. 5192.

Together with an undivided 44.05105% interest in the common elements (as such term is defined in The Declaration

Which Condominium Unit is located on the land described below:

All that certain plot, piece or parcel of land, situate, lying and being in the Borough of Manhattan, City, County and State of New York, bounded and described as follows:

BEGINNING at a point on the northerly side of 57th Street, distant 20 feet easterly from the comer formed by the intersection of the easterly side of Ninth Avenue with the northerly side of 57th Street;

RUNNING THENCE easterly along the said northerly side of 57th Street, 155 feet;

THENCE northerly parallel with Ninth Avenue, 200 feet 10 inches to the southerly side of 58th Street;

THENCE westerly along the said southerly side of 58th Street, 135 feet to a point distant 40 feet easterly from the comer formed by the intersection of the southerly side of 58th Street with the easterly side of Ninth Avenue;

THENCE southerly parallel with Ninth Avenue and part of the distance through a party wall, 100 feet 10 inches;

THENCE westerly parallel more or less with 58th Street, 20 feet; and

THENCE southerly and part of the way through another party wall, 100 feet to the northerly side of 57th Street, the point or place of BEGINNING.

Premises known as 353 West 57th Street Condominium, 353-361 West 57th Street a/k/a 358-366 West 58th Street, Unit 1, New York, NY and designated as Block 1048 Lot 1701 as shown on the Tax Map of the City of New York, County of New York .

**NYC DEPARTMENT OF FINANCE**
**OFFICE OF THE CITY REGISTER**

2022051301162001001S74F8

**SUPPORTING DOCUMENT COVER PAGE** **PAGE 1 OF 1**

**Document ID: 2022051301162001** Document Date: 05-04-2022 Preparation Date: 05-17-2022
Document Type: DEED

**ASSOCIATED TAX FORM ID:** 2022050200048

**SUPPORTING DOCUMENTS SUBMITTED:**

| | Page Count |
|---|---|
| RP - 5217 REAL PROPERTY TRANSFER REPORT | 4 |

FOR CITY USE ONLY
C1. County Code ___ C2. Date Deed Recorded ___ / ___ / ___ (Month Day Year)
C3. Book ___ C4. Page ___
OR
C5. CRFN ___

# REAL PROPERTY TRANSFER REPORT
STATE OF NEW YORK
STATE BOARD OF REAL PROPERTY SERVICES
## RP - 5217NYC

## PROPERTY INFORMATION

1. Property Location: STREET NUMBER 353 | STREET NAME WEST 57TH STREET 1 | BOROUGH MANHATTAN | ZIP CODE 10019

2. Buyer Name: LAST NAME / COMPANY 356W58 GROUND LESSOR LLC | FIRST NAME
LAST NAME / COMPANY | FIRST NAME

3. Tax Billing Address: Indicate where future Tax Bills are to be sent if other than buyer address (at bottom of form) LAST NAME / COMPANY | FIRST NAME
STREET NUMBER AND STREET NAME | CITY OR TOWN | STATE | ZIP CODE

4. Indicate the number of Assessment Roll parcels transferred on the deed 1 # of Parcels OR ☐ Part of a Parcel

4A. Planning Board Approval - N/A for NYC
4B. Agricultural District Notice - N/A for NYC

5. Deed Property Size FRONT FEET X DEPTH OR ACRES

Check the boxes below as they apply:
6. Ownership Type is Condominium ☐
7. New Construction on Vacant Land ☐

8. Seller Name: LAST NAME / COMPANY EC 58TH STREET LLC | FIRST NAME
LAST NAME / COMPANY | FIRST NAME

9. Check the box below which most accurately describes the use of the property at the time of sale:

A ☐ One Family Residential
B ☐ 2 or 3 Family Residential
C ☐ Residential Vacant Land
D ☐ Non-Residential Vacant Land
E ☑ Commercial
F ☐ Apartment
G ☐ Entertainment / Amusement
H ☐ Community Service
I ☐ Industrial
J ☐ Public Service

## SALE INFORMATION

10. Sale Contract Date 2 / 3 / 2022 (Month Day Year)

11. Date of Sale / Transfer 5 / 4 / 2022 (Month Day Year)

12. Full Sale Price $ 98,500,000
(Full Sale Price is the total amount paid for the property including personal property. This payment may be in the form of cash, other property or goods, or the assumption of mortgages or other obligations.) *Please round to the nearest whole dollar amount.*

13. Indicate the value of personal property included in the sale

14. Check one or more of these conditions as applicable to transfer:
A ☐ Sale Between Relatives or Former Relatives
B ☐ Sale Between Related Companies or Partners in Business
C ☐ One of the Buyers is also a Seller
D ☐ Buyer or Seller is Government Agency or Lending Institution
E ☐ Deed Type not Warranty or Bargain and Sale (Specify Below)
F ☐ Sale of Fractional or Less than Fee Interest (Specify Below)
G ☐ Significant Change in Property Between Taxable Status and Sale Dates
H ☐ Sale of Business is Included in Sale Price
I ☐ Other Unusual Factors Affecting Sale Price (Specify Below)
J ☑ None

## ASSESSMENT INFORMATION - Data should reflect the latest Final Assessment Roll and Tax Bill

15. Building Class R H

16. Total Assessed Value (of all parcels in transfer) 36,956,893

17. Borough, Block and Lot / Roll Identifier(s) (If more than three, attach sheet with additional identifier(s))

MANHATTAN 1048 1701

202205020004820104

**CERTIFICATION**

**I certify that all of the items of information entered on this form are true and correct (to the best of my knowledge and belief) and understand that the making of any willful false statement of material fact herein will subject me to the provisions of the penal law relative to the making and filing of false instruments.**

| BUYER | | | BUYER'S ATTORNEY | |
|---|---|---|---|---|
| | | | | |
| BUYER SIGNATURE | | DATE | LAST NAME | FIRST NAME |
| C/O MSP CAPITAL INVESTMENTS, L.L.C. 3953 MAPLE AVE SUITE 350 | | | | |
| STREET NUMBER | STREET NAME (AFTER SALE) | | AREA CODE | TELEPHONE NUMBER |
| | | | **SELLER** | |
| DALLAS | TX | 75219 | | |
| CITY OR TOWN | STATE | ZIP CODE | SELLER SIGNATURE | DATE |

**SIGNATURE RIDER TO NEW YORK CITY**
**REAL PROPERTY TRANSFER REPORT (RP-5217NYC)**

**SELLER'S SIGNATURE:**

**EC 58TH STREET LLC,**
a Delaware limited liability company

By: ______________________
Name: Anthony D. Minella
Title: President

**SELLER'S ATTORNEY:**

**Greenberg Traurig, LLP**
**Farah S. Ahmed, Esq.**
**One Vanderbilt Avenue**
**New York, New York 10017**

**SIGNATURE RIDER TO NEW YORK CITY**
**REAL PROPERTY TRANSFER REPORT (RP-5217NYC)**

**SIGNATURE:**

**356W58 GROUND LESSOR LLC,**
a Delaware limited liability company

By: ______________________
Name: Lucas Pah
Title: Authorized Signatory

**ATTORNEY:**

**Duval & Stachenfeld LLP**
**555 Madison Avenue, 6th Floor**
**New York, NY 10022**
**Attn: Danielle Ash, Esq.**