# EXHIBIT W

# BIGGEST 1,000 STOCKS

## How to Read the Stock Tables

The following explanations apply to NYSE, NYSE Arca, NYSE American and Nasdaq Stock Market listed securities. Prices are consolidated from trades reported by various market centers, including securities exchanges, Finra, electronic communications networks and other broker-dealers. The list comprises the 1,000 largest companies based on market capitalization.

**Underlined quotations** are those stocks with large changes in volume compared with the issue's average trading volume.

**Boldfaced quotations** highlight those issues whose price changed by 5% or more if their previous closing price was $2 or higher.

**Footnotes:**
i-New 52-week high; ↓-New 52-week low; dd-Indicates loss in the most recent four quarters.

**Stock tables reflect composite regular trading as of 4 p.m. ET and changes in the official closing prices from 4 p.m. ET the previous day.**

Wednesday, June 25, 2025

**A B C**

| Stock | Sym | Close | Net Chg |
|---|---|---|---|
| AECOM | ACM | 111.06 | -1.30 |
| Aflac | AFL | 102.48 | -1.68 |
| AGNC Invt | AGNC | 9.23 | -0.08 |
| ASE Tech | ASX | 10.61 | 0.01 |
| ASML | ASML | 815.24 | 1.88 |
| **AST Space** | **ASTS** | **49.97** | **-3.25** |
| AT&T | T | 27.92 | -0.36 |
| ATI | ATI | 82.99 | -1.13 |
| AXIS Capital | AXS | 100.49 | -2.43 |
| AbbottLabs | ABT | 137.40 | -0.68 |
| AbbVie | ABBV | 185.39 | -0.16 |
| Accenture | ACN | 294.60 | -6.12 |
| Acuity | AYI | 287.49 | 3.05 |
| Adobe | ADBE | 387.55 | 5.21 |
| AdvDrainageSys | WMS | 116.08 | -1.95 |
| AdvMicroDevices | AMD | 143.40 | 4.97 |
| Aegon | AEG | 6.88 | -0.02 |
| AerCap | AER | 114.65 | -1.36 |
| **AeroVironment** | **AVAV** | **234.94** | **41.66** |
| AffirmA | AFRM | 66.25 | 0.59 |
| AgilentTechs | A | 118.62 | 0.98 |
| AgnicoEagleMines | AEM | 119.78 | -0.71 |
| AgreeRealty | ADC | 73.30 | -1.60 |
| AirProducts | APD | 282.00 | 1.00 |

| Stock | Sym | Close | Net Chg |
|---|---|---|---|
| Airbnb | ABNB | 129.67 | -2.48 |
| AkamaiTech | AKAM | 79.53 | -0.53 |
| AlamosGold | AGI | 26.11 | 0.26 |
| Albertsons | ACI | 21.28 | -0.41 |
| Alcon | ALC | 87.57 | 0.36 |
| AlexandriaREst | ARE | 73.68 | -1.69 |
| Alibaba | BABA | 114.55 | -2.46 |
| AlignTech | ALGN | 187.14 | 0.56 |
| Allegion | ALLE | 142.82 | -0.79 |
| AlliantEnergy | LNT | 60.09 | -1.07 |
| Allstate | ALL | 190.94 | -5.11 |
| AllyFinancial | ALLY | 38.15 | 0.20 |
| AlnylamPharm | ALNY | 321.94 | -3.06 |
| AlphabetC | GOOG | 171.49 | 3.75 |
| AlphabetA | GOOGL | 170.68 | 3.91 |
| Altria | MO | 58.94 | -0.97 |
| Amazon.com | AMZN | 211.99 | -0.78 |
| Ambev | ABEV | 2.32 | -0.08 |
| Amcor | AMCR | 9.05 | -0.13 |
| Amdocs | DOX | 90.66 | -1.96 |
| AmerSports | AS | 37.31 | -0.37 |
| Ameren | AEE | 95.10 | -1.27 |
| AmericaMovil | AMX | 17.33 | 0.08 |
| AEP | AEP | 101.41 | -1.87 |
| AmerExpress | AXP | 308.59 | 0.21 |
| AmericanFin | AFG | 122.68 | -3.45 |
| AmHomes4Rent | AMH | 35.81 | -0.86 |
| AIG | AIG | 83.90 | -1.56 |

| Stock | Sym | Close | Net Chg |
|---|---|---|---|
| AmerTowerREIT | AMT | 220.22 | -3.69 |
| AmerWaterWorks | AWK | 140.05 | -2.13 |
| Ameriprise | AMP | 524.02 | 2.68 |
| Ametek | AME | 178.00 | -1.24 |
| Amgen | AMGN | 280.35 | 2.86 |
| Amphenol | APH | 97.02 | 1.22 |
| AnalogDevices | ADI | 234.68 | -0.30 |
| AngloGoldAsh | AU | 46.45 | 0.05 |
| AB InBev | BUD | 68.57 | -1.64 |
| AnnalyCap | NLY | 19.24 | -0.12 |
| Ansys | ANSS | 341.69 | 3.42 |
| AnteroMidstream | AM | 18.46 | -0.04 |
| AnteroResources | AR | 41.06 | -1.29 |
| Aon | AON | 354.42 | -5.20 |
| APi Group | APG | 50.23 | -0.50 |
| ApolloGlbMgmt | APO | 137.73 | -2.18 |
| AppFolio | APPF | 230.79 | -1.79 |
| Apple | AAPL | 201.56 | 1.26 |
| AppliedIndlTechs | AIT | 224.60 | -10.29 |
| AppliedMaterials | AMAT | 183.07 | 2.89 |
| AppLovin | APP | 338.80 | -10.68 |
| Aptargroup | ATR | 153.93 | 0.06 |
| Aptiv | APTV | 67.41 | -1.04 |
| Aramark | ARMK | 41.14 | 0.28 |
| ArcelorMittal | MT | 31.01 | 0.03 |
| ArchCapital | ACGL | 89.23 | -1.74 |
| ADM | ADM | 52.30 | -0.63 |
| AresMgmt | ARES | 168.80 | -1.02 |

| Stock | Sym | Close | Net Chg |
|---|---|---|---|
| argenx | ARGX | 560.53 | -7.53 |
| AristaNetworks | ANET | 96.31 | 1.34 |
| Arm | ARM | 157.31 | 0.90 |
| AscendisPharma | ASND | 173.00 | -6.10 |
| Assurant | AIZ | 194.60 | -3.42 |
| AsteraLabs | ALAB | 89.63 | 2.37 |
| AstraZeneca | AZN | 69.68 | -0.86 |
| Atlassian | TEAM | 198.36 | -2.31 |
| AtmosEnergy | ATO | 152.73 | -3.71 |
| AuroraInnov | AUR | 5.29 | -0.16 |
| Autodesk | ADSK | 302.37 | -1.82 |
| Autoliv | ALV | 110.65 | -1.28 |
| ADP | ADP | 298.19 | -13.21 |
| AutoZone | AZO | 3489.54 | -88.00 |
| Avalonbay | AVB | 201.22 | -4.91 |
| Avantor | AVTR | 13.58 | 0.12 |
| AveryDennison | AVY | 176.60 | -2.53 |
| AxonEnterprise | AXON | 785.07 | -9.18 |
| BCE | BCE | 21.94 | -0.04 |
| BHP Group | BHP | 46.74 | -0.55 |
| BJ'sWholesale | BJ | 113.75 | -0.34 |
| BP | BP | 30.32 | 0.49 |
| BWX Tech | BWXT | 140.06 | -1.45 |
| BXP | BXP | 66.64 | -3.70 |
| Baidu | BIDU | 86.65 | -0.03 |
| BakerHughes | BKR | 37.58 | -0.39 |
| Ball | BALL | 56.75 | -0.23 |
| BBVA | BBVA | 14.88 | -0.44 |
| BancoBradesco | BBDO | 2.64 | ... |
| BancodeChile | BCH | 29.46 | -0.11 |
| BancSanBrasil | BSBR | 5.23 | -0.16 |
| BcoSantChile | BSAC | 24.39 | -0.05 |
| BancoSantander | SAN | 8.03 | -0.24 |
| BankofAmerica | BAC | 46.85 | 0.19 |
| BankMontreal | BMO | 106.64 | -0.09 |
| BankNY Mellon | BK | 90.00 | -1.20 |
| BankNovaScotia | BNS | 54.26 | -0.09 |
| Barclays | BCS | 18.17 | -0.09 |
| BarrickMining | B | 20.87 | 0.19 |
| BaxterIntl | BAX | 30.61 | 0.02 |
| BectonDickinson | BDX | 170.90 | -0.67 |
| BeOneMed | ONC | 267.13 | 0.32 |
| Berkley | WRB | 71.80 | -1.47 |
| BerkHathwy A | BRK.A | 730000 | -10085 |
| BerkHathwy B | BRK.B | 486.21 | -7.27 |
| BestBuy | BBY | 68.00 | -0.84 |

| Stock | Sym | Close | Net Chg |
|---|---|---|---|
| Bilibili | BILI | 20.78 | 0.08 |
| Biogen | BIIB | 127.31 | 1.00 |
| BioMarinPharm | BMRN | 54.14 | -0.55 |
| BioNTech | BNTX | 104.80 | -0.29 |
| Birkenstock | BIRK | 49.50 | -0.92 |
| BlackRock | BLK | 1018.08 | 12.11 |
| Blackstone | BX | 143.57 | -0.48 |
| Block | XYZ | 64.81 | -0.53 |
| BlueOwlCapital | OWL | 19.03 | -0.08 |
| BlueprintMed | BPMC | 128.25 | -0.01 |
| Boeing | BA | 198.90 | -2.04 |
| Booking | BKNG | 5485.35 | 3.12 |
| BoozAllen | BAH | 101.34 | 1.18 |
| BostonSci | BSX | 104.29 | 0.17 |
| BridgeBioPharma | BBIO | 44.38 | -0.07 |
| BrinkerIntl | EAT | 176.67 | -3.33 |
| BristolMyers | BMY | 46.68 | -0.35 |
| BritishAmTob | BTI | 47.76 | -0.74 |
| BrixmorProp | BRX | 25.46 | -0.61 |
| Broadcom | AVGO | 264.65 | 0.88 |
| BroadridgeFinl | BR | 238.16 | -3.64 |
| BrookfieldAsset | BAM | 54.38 | -1.30 |
| Brookfield | BN | 60.20 | -1.12 |
| BrookfieldInfr | BIP | 33.08 | -0.07 |
| BrookWealth | BNT | 60.15 | -1.25 |
| Brown&Brown | BRO | 108.38 | -2.57 |
| Brown-Forman A | BF.A | 26.06 | -0.23 |
| Brown-Forman B | BF.B | 26.69 | -0.17 |
| BuildersFirst | BLDR | 115.96 | -2.88 |
| BungeGlobal | BG | 82.22 | -1.37 |
| BurlingtonStrs | BURL | 226.09 | -2.01 |
| CACI Intl | CACI | 460.91 | 8.74 |
| CAVA | CAVA | 73.99 | -0.24 |
| CBRE Group | CBRE | 135.22 | -3.91 |
| CDW | CDW | 177.83 | -2.01 |
| CF Industries | CF | 91.40 | -3.28 |
| CGI A | GIB | 103.50 | -2.03 |
| CH Robinson | CHRW | 92.71 | -1.57 |
| CME Group | CME | 273.03 | 1.65 |
| CMS Energy | CMS | 68.57 | -1.14 |
| CNA Fin | CNA | 45.41 | -0.68 |
| CNH Indl | CNH | 12.60 | -0.28 |
| CRH | CRH | 88.67 | -2.85 |
| CSX | CSX | 32.49 | 0.01 |
| CVS Health | CVS | 66.37 | -1.21 |
| CadenceDesign | CDNS | 297.53 | 0.73 |
| CAE | CAE | 26.33 | -0.11 |

| Stock | Sym | Close | Net Chg |
|---|---|---|---|
| CamdenProperty | CPT | 113.06 | -2.47 |
| Cameco | CCJ | 71.43 | -0.91 |
| Campbell's | CPB | 31.18 | -0.99 |
| CIBC | CM | 70.19 | -0.06 |
| CdnNtlRlwy | CNI | 103.18 | -0.74 |
| CanadianNatRscs | CNQ | 31.37 | -0.15 |
| CdnPacKC | CP | 77.91 | -1.35 |
| CapitalOne | COF | 208.03 | 1.67 |
| CardinalHealth | CAH | 163.75 | -0.46 |
| Carlisle | CSL | 371.79 | -0.12 |
| Carlyle | CG | 49.13 | ... |
| CarMax | KMX | 67.50 | -1.71 |
| Carnival | CCL | 25.48 | -0.22 |
| Carnival | CUK | 23.16 | -0.10 |
| CarpenterTech | CRS | 264.00 | -1.52 |
| CarrierGlobal | CARR | 72.43 | -0.03 |
| Carvana | CVNA | 315.76 | -7.21 |
| CaseysGenStores | CASY | 505.13 | -5.78 |
| Caterpillar | CAT | 371.58 | -1.44 |
| Celestica | CLS | 149.04 | 5.20 |
| CelsiusHldg | CELH | 45.47 | 0.06 |
| Cemex | CX | 6.74 | -0.20 |
| Cencora | COR | 292.72 | -1.80 |
| CenovusEnergy | CVE | 13.64 | -0.07 |
| Centene | CNC | 53.51 | -0.54 |
| CenterPointEner | CNP | 36.30 | -0.18 |
| CentraisElBras | EBR | 7.17 | -0.16 |
| CharterComms | CHTR | 398.85 | -4.65 |
| CheckPoint | CHKP | 218.93 | -0.63 |
| Chemed | CHE | 552.50 | -4.82 |
| CheniereEnergy | LNG | 236.32 | -3.63 |
| CheniereEnerPtrs | CQP | 54.61 | -1.29 |
| Chevron | CVX | 143.23 | -0.32 |
| Chewy | CHWY | 42.63 | -0.76 |
| **ChimeFinl** | **CHYM** | **31.59** | **2.59** |
| Chipotle | CMG | 55.14 | 0.49 |
| Chubb | CB | 282.82 | -3.96 |
| ChunghwaTel | CHT | 46.29 | 0.14 |
| Church&Dwight | CHD | 95.25 | -0.77 |
| Ciena | CIEN | 79.43 | 0.08 |
| Cigna | CI | 316.00 | -8.23 |
| CincinnatiFinl | CINF | 143.72 | -2.97 |
| Cintas | CTAS | 219.24 | -3.96 |
| **CircleInternet** | **CRCL** | **198.62** | **-24.03** |
| CiscoSystems | CSCO | 68.19 | 0.30 |
| Citigroup | C | 82.63 | 1.49 |
| CitizensFin | CFG | 43.12 | 0.20 |

| Stock | Sym | Close | Net Chg |
|---|---|---|---|
| CleanHarbors | CLH | 228.45 | -4.20 |
| Clorox | CLX | 119.48 | -2.54 |
| Cloudflare | NET | 190.12 | 3.69 |
| Coca-Cola | KO | 69.63 | -0.58 |
| Coca-ColaCon | COKE | 107.65 | -1.60 |
| CocaColaEuropac | CCEP | 91.56 | -1.11 |
| CognizantTech | CTSH | 76.98 | -0.61 |
| **Coherent** | **COHR** | **85.63** | **4.67** |
| CoinbaseGlbl | COIN | 355.37 | 10.55 |
| ColgatePalm | CL | 87.80 | -0.38 |
| Comcast A | CMCSA | 34.84 | -0.37 |
| ComfortSystems | FIX | 507.60 | -5.72 |
| CommerceBcshrs | CBSH | 61.05 | -0.42 |
| SABESP | SBS | 20.41 | -0.38 |
| ComstockRscs | CRK | 28.33 | -1.24 |
| ConagraBrands | CAG | 20.45 | -1.01 |
| Confluent | CFLT | 23.89 | -0.11 |
| ConocoPhillips | COP | 89.00 | -0.39 |
| ConEd | ED | 98.05 | -2.14 |
| ConstBrands A | STZ | 161.53 | -2.96 |
| ConstellationEner | CEG | 315.14 | -5.52 |
| Cooper | COO | 69.54 | -1.39 |
| Copart | CPRT | 48.34 | -0.51 |
| CorceptTherap | CORT | 73.99 | -2.78 |
| Core&Main | CNM | 58.90 | -0.50 |
| CorebridgeFin | CRBG | 33.87 | -0.13 |
| **CoreWeave** | **CRWV** | **159.50** | **-13.12** |
| Corning | GLW | 51.39 | -0.03 |
| Corpay | CPAY | 326.47 | -3.00 |
| Corteva | CTVA | 73.24 | -0.05 |
| CoStar | CSGP | 81.26 | 0.26 |
| Costco | COST | 986.54 | -15.38 |
| CoterraEnergy | CTRA | 26.07 | -0.74 |
| Coupang | CPNG | 28.84 | -0.11 |
| Crane | CR | 185.27 | 0.92 |
| Credicorp | BAP | 217.43 | -0.36 |
| CredoTech | CRDO | 92.20 | 0.28 |
| CrowdStrike | CRWD | 494.09 | 8.71 |
| CrownCastle | CCI | 101.82 | -1.37 |
| Crown Holdings | CCK | 103.92 | -0.47 |
| CubeSmart | CUBE | 42.13 | -0.98 |
| Cullen/Frost | CFR | 127.10 | 0.60 |
| Cummins | CMI | 318.75 | -5.10 |
| Curtiss-Wright | CW | 476.50 | 0.48 |
| CyberArkSoftware | CYBR | 399.44 | 2.31 |

**D E F**

| Stock | Sym | Close | Net Chg |
|---|---|---|---|
| DTE Energy | DTE | 130.87 | -2.35 |
| DT Midstream | DTM | 106.81 | -0.57 |
| Danaher | DHR | 201.00 | 3.53 |
| Darden | DRI | 217.46 | -3.37 |
| Datadog | DDOG | 130.24 | -0.59 |
| DaVita | DVA | 140.36 | -0.59 |
| Dayforce | DAY | 55.00 | -2.75 |
| DeckersOutdoor | DECK | 101.04 | -1.16 |
| Deere | DE | 506.74 | -7.36 |
| DellTechC | DELL | 120.46 | -0.13 |
| DeltaAir | DAL | 48.31 | -1.25 |
| DescartesSystems | DSGX | 100.60 | -2.83 |
| DeutscheBank | DB | 29.28 | -0.03 |
| DevonEnergy | DVN | 32.13 | -0.22 |
| DexCom | DXCM | 84.68 | -2.89 |
| Diageo | DEO | 99.86 | -1.34 |
| DiamondbkEner | FANG | 138.24 | -1.68 |
| Dick's | DKS | 185.66 | 7.39 |
| DigitalRealty | DLR | 172.25 | -5.41 |
| Disney | DIS | 119.42 | 0.77 |
| DocuSign | DOCU | 75.01 | -0.63 |
| DollarGeneral | DG | 112.77 | -0.54 |
| DollarTree | DLTR | 99.45 | 0.77 |
| DominionEner | D | 55.20 | -0.78 |
| Domino's | DPZ | 453.13 | -6.84 |
| Donaldson | DCI | 69.03 | -0.33 |
| DoorDash | DASH | 232.68 | -3.49 |
| Dover | DOV | 180.05 | 0.11 |
| Dow | DOW | 26.82 | -0.71 |
| Doximity | DOCS | 60.47 | 1.53 |
| DrReddy'sLab | RDY | 15.50 | -0.09 |
| DraftKings | DKNG | 42.74 | -0.07 |
| Dropbox | DBX | 28.54 | -0.30 |
| DukeEnergy | DUK | 115.96 | -1.00 |
| **Duolingo** | **DUOL** | **397.68** | **-25.11** |
| DuPont | DD | 67.99 | -0.22 |
| DutchBros | BROS | 68.55 | -1.84 |
| Dynatrace | DT | 54.69 | -1.07 |
| EMCOR | EME | 502.57 | 1.92 |
| ENI | E | 31.95 | -0.02 |
| EOG Rscs | EOG | 119.82 | -0.86 |
| EPAM Systems | EPAM | 173.10 | 0.35 |
| EQT | EQT | 58.23 | -2.11 |
| EastWestBncp | EWBC | 98.83 | -0.13 |
| EastGroup | EGP | 167.91 | -5.81 |

| Stock | Sym | Close | Net Chg |
|---|---|---|---|
| EastmanChem | EMN | 75.87 | -0.59 |
| Eaton | ETN | 342.35 | -0.91 |
| eBay | EBAY | 74.52 | 0.17 |
| Ecolab | ECL | 266.46 | -0.38 |
| Ecopetrol | EC | 9.33 | -0.07 |
| EdisonIntl | EIX | 50.41 | -0.98 |
| EdwardsLife | EW | 76.97 | 1.12 |
| Elastic | ESTC | 80.98 | -2.93 |
| ElbitSystems | ESLT | 431.61 | 9.07 |
| ElectronicArts | EA | 157.82 | -0.13 |
| ElevanceHealth | ELV | 373.86 | -2.56 |
| Embraer | ERJ | 52.90 | -0.33 |
| Emera | EMA | 44.85 | -0.44 |
| EmersonElec | EMR | 129.44 | -1.29 |
| Enbridge | ENB | 44.48 | -0.56 |
| EncompassHealth | EHC | 120.67 | -0.25 |
| EnergyTransfer | ET | 17.67 | -0.02 |
| EnsignGroup | ENSG | 152.52 | -1.55 |
| Entegris | ENTG | 82.15 | 0.42 |
| Entergy | ETR | 81.32 | -1.65 |
| EnterpriseProd | EPD | 30.75 | -0.37 |
| Equifax | EFX | 258.03 | -7.28 |
| Equinix | EQIX | 824.33 | -22.19 |
| Equinor | EQNR | 25.10 | -0.05 |
| Equitable | EQH | 54.41 | 0.42 |
| EquityLife | ELS | 62.40 | -1.13 |
| EquityResdntl | EQR | 65.64 | -1.90 |
| ErieIndemnity | ERIE | 341.30 | -12.33 |
| EssentialUtil | WTRG | 37.09 | -0.77 |
| EssexProp | ESS | 281.90 | -4.13 |
| EsteeLauder | EL | 77.56 | 0.51 |
| EvercoreA | EVR | 267.06 | 1.97 |
| Everest | EG | 336.44 | -4.39 |
| Evergy | EVRG | 68.19 | -0.59 |
| EversourceEner | ES | 62.46 | -1.38 |
| ExactSciences | EXAS | 51.92 | 0.75 |
| Exelixis | EXEL | 43.53 | -2.19 |
| Exelon | EXC | 42.29 | -0.81 |
| ExpandEnergy | EXE | 119.08 | -3.45 |
| Expedia | EXPE | 165.75 | -3.47 |
| ExpeditorsIntl | EXPD | 112.28 | -1.88 |
| ExtraSpaceSt | EXR | 145.44 | -3.09 |
| ExxonMobil | XOM | 108.37 | 0.03 |
| F5 | FFIV | 294.41 | -1.49 |
| **FTAI Aviation** | **FTAI** | **125.00** | **-10.05** |
| Fabrinet | FN | 285.29 | 9.39 |
| FactSet | FDS | 439.87 | 2.27 |
| FairIsaac | FICO | 1893.45 | -33.07 |
| Fastenal | FAST | 41.12 | -0.41 |
| FederalRealty | FRT | 93.71 | -2.56 |
| FedEx | FDX | 222.00 | -7.51 |
| FergusonEnts | FERG | 219.40 | 0.25 |
| Ferrari | RACE | 475.12 | 2.70 |
| Ferrovial | FER | 52.25 | 0.15 |
| FidNatlFinl | FNF | 55.24 | -0.78 |
| FidNatlInfo | FIS | 80.73 | -1.40 |
| FifthThirdBncp | FITB | 40.68 | 0.09 |
| FirstCitizBcshA | FCNCA | 1911.75 | 3.33 |
| FirstHorizon | FHN | 20.34 | -0.04 |
| FirstSolar | FSLR | 152.70 | 1.52 |
| FirstEnergy | FE | 39.92 | -0.59 |
| FirstService | FSV | 171.37 | -2.54 |
| Fiserv | FI | 170.36 | -2.30 |
| Flex | FLEX | 49.02 | 1.11 |
| Floor&Decor | FND | 76.00 | -0.68 |
| Fluor | FLR | 49.75 | -1.49 |
| FlutterEnt | FLUT | 267.98 | -7.85 |
| FEMSA | FMX | 100.78 | -0.45 |
| FordMotor | F | 10.48 | -0.25 |
| Fortinet | FTNT | 103.69 | -0.73 |
| Fortis | FTS | 46.60 | -0.77 |
| Fortive | FTV | 70.08 | -0.59 |
| FoxA | FOXA | 55.99 | 0.09 |
| FoxB | FOX | 51.38 | 0.07 |
| Franco-Nevada | FNV | 163.40 | -1.80 |
| FranklinRscs | BEN | 23.21 | -0.52 |
| FreedomHolding | FRHC | 143.14 | -2.04 |
| FreeportMcM | FCX | 41.61 | -0.40 |
| FreseniusMedCare | FMS | 27.73 | -0.07 |
| FrontierComms | FYBR | 36.33 | -0.03 |
| FullTruck | YMM | 12.07 | -0.47 |

**G H I**

| Stock | Sym | Close | Net Chg |
|---|---|---|---|
| GE Aerospace | GE | 249.90 | 1.15 |
| GE HealthCare | GEHC | 72.75 | 0.77 |
| GE Vernova | GEV | 502.67 | -8.17 |
| GFLEnvironmental | GFL | 49.69 | -0.33 |
| GSK | GSK | 38.28 | -0.40 |
| Gallagher | AJG | 317.43 | -8.55 |
| GameStop | GME | 23.55 | 0.26 |
| Gaming&Leisure | GLPI | 46.39 | -0.94 |
| Gap | GAP | 21.46 | -0.11 |

| Stock | Sym | Close | Net Chg |
|---|---|---|---|
| Garmin | GRMN | 203.54 | -1.54 |
| Gartner | IT | 402.64 | 2.25 |
| GenDigital | GEN | 29.08 | -0.29 |
| Generac | GNRC | 139.42 | 3.44 |
| GeneralDynamics | GD | 285.91 | 4.86 |
| GeneralMills | GIS | 50.68 | -2.73 |
| GeneralMotors | GM | 48.13 | -0.87 |
| Genmab | GMAB | 20.52 | -0.22 |
| GenuineParts | GPC | 119.15 | -2.05 |
| GileadSciences | GILD | 105.93 | -1.27 |
| GlobalPayments | GPN | 77.72 | -1.26 |
| GlobalFoundries | GFS | 38.57 | -0.52 |
| GlobeLife | GL | 121.42 | -1.49 |
| GoDaddy | GDDY | 177.37 | -2.12 |
| GoldFields | GFI | 24.01 | 0.17 |
| GoldmanSachs | GS | 669.87 | 7.76 |
| Grab | GRAB | 4.59 | -0.15 |
| Graco | GGG | 85.29 | -0.25 |
| Grainger | GWW | 1023.87 | -17.51 |
| GAP | PAC | 223.57 | 2.56 |
| ASUR | ASR | 309.95 | 3.36 |
| GrupoCibest | CIB | 45.20 | 0.23 |
| GpoFinGalicia | GGAL | 51.67 | -1.01 |
| Guidewire | GWRE | 236.01 | -1.44 |
| HCA Healthcare | HCA | 374.19 | -4.83 |
| HDFC Bank | HDB | 75.96 | 0.86 |
| HP | HPQ | 24.53 | -0.01 |
| HSBC | HSBC | 61.09 | 0.37 |
| H World | HTHT | 34.05 | -0.50 |
| Haleon | HLN | 10.50 | 0.01 |
| Halliburton | HAL | 20.26 | -0.52 |
| HarmonyGold | HMY | 14.02 | -0.07 |
| Hartford | HIG | 124.00 | -2.58 |
| Hasbro | HAS | 71.68 | -0.90 |
| HealthEquity | HQY | 103.97 | -0.21 |
| HealthpeakProp | DOC | 17.31 | -0.18 |
| Heico | HEI | 316.73 | -0.88 |
| HeicoA | HEI.A | 248.86 | -0.50 |
| HenrySchein | HSIC | 72.79 | 0.11 |
| Hershey | HSY | 167.54 | -4.51 |
| Hess | HES | 138.12 | -0.48 |
| HessMidstream | HESM | 37.78 | -0.44 |
| HewlettPackard | HPE | 18.49 | 0.34 |
| Hilton | HLT | 253.72 | -2.21 |
| HimsHersHealth | HIMS | 41.41 | -1.54 |
| Hologic | HOLX | 64.27 | -0.56 |
| HomeDepot | HD | 361.86 | 1.44 |
| HondaMotor | HMC | 28.59 | -0.29 |
| Honeywell | HON | 221.79 | -2.81 |
| HormelFoods | HRL | 29.84 | -0.56 |
| DR Horton | DHI | 127.29 | -2.34 |
| HostHotels | HST | 15.50 | -0.17 |
| HoulihanLokey | HLI | 181.19 | 1.34 |
| HowmetAerospace | HWM | 176.08 | -0.49 |
| Hubbell | HUBB | 399.06 | -3.49 |
| HubSpot | HUBS | 543.36 | -13.96 |
| Humana | HUM | 238.57 | -1.57 |
| JBHunt | JBHT | 142.74 | -0.49 |
| HuntingtonBcshs | HBAN | 16.28 | 0.02 |
| HuntingIngalls | HII | 235.12 | 3.49 |
| HyattHotels | H | 137.10 | 1.08 |
| ICICI Bank | IBN | 32.89 | -0.01 |
| ICL Group | ICL | 6.73 | 0.09 |
| IDEX | IEX | 174.50 | -0.38 |
| IdexxLab | IDXX | 530.40 | -0.10 |
| ING Groep | ING | 21.30 | -0.06 |
| IQVIA | IQV | 158.71 | 0.13 |
| ITT | ITT | 154.78 | -0.24 |
| IcahnEnterprises | IEP | 8.00 | -0.13 |
| Icon | ICLR | 145.91 | -2.63 |
| IllinoisToolWks | ITW | 245.69 | -0.11 |
| Illumina | ILMN | 93.23 | 1.71 |
| ImperialOil | IMO | 80.08 | 1.33 |
| Incyte | INCY | 67.55 | -1.46 |
| Informatica | INFA | 24.25 | 0.05 |
| Infosys | INFY | 18.51 | 0.21 |
| IngersollRand | IR | 83.28 | -0.41 |
| Ingredion | INGR | 134.04 | -3.46 |
| Insmed | INSM | 104.85 | -1.05 |
| Insulet | PODD | 306.23 | -4.67 |
| Intel | INTC | 22.20 | -0.35 |
| InteractiveBrkrs | IBKR | 52.26 | 0.62 |
| ICE | ICE | 180.53 | -0.32 |
| InterContHtls | IHG | 113.73 | -1.33 |
| IBM | IBM | 291.06 | -2.73 |
| IntlFlavors | IFF | 74.23 | -0.49 |
| IntlPaper | IP | 46.40 | -0.19 |
| Interpublic | IPG | 24.11 | -0.58 |
| Intuit | INTU | 757.86 | -1.17 |
| IntuitiveSurgical | ISRG | 521.63 | -1.45 |
| InvitatHomes | INVH | 32.96 | -0.87 |
| IonQ | IONQ | 38.11 | -2.75 |

Continued on Page B9

ADVERTISEMENT

# The Marketplace

To advertise: 800-366-3975 or WSJ.com/classifieds

## BANKRUPTCIES

IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE

In re: BLH TOPCO LLC, *et al.*,[1] Debtors. | Chapter 11 | Case No. 25-10576 (CTG) | (Jointly Administered)

**NOTICE OF DEADLINES TO VOTE ON, DEADLINE TO OBJECT TO CONFIRMATION OF, AND HEARING TO CONSIDER CONFIRMATION OF FIRST AMENDED COMBINED DISCLOSURE STATEMENT AND JOINT CHAPTER 11 PLAN OF REORGANIZATION**

**PLEASE TAKE NOTICE** that on June 16, 2025, BLH TopCo LLC and its affiliates (collectively, the "**Debtors**") filed the First Amended Combined Disclosure Statement and Joint Chapter 11 Plan of Reorganization [D.I. 216] (together with all schedules and exhibits thereto, and as may be modified, amended, or supplemented from time to time, the "**Combined Disclosure Statement and Plan**").

**PLEASE TAKE FURTHER NOTICE** the United States Bankruptcy Court for the District of Delaware (the "**Court**") has scheduled a hearing on July 24, 2025 at 10:00 a.m. (ET) (the "**Confirmation Hearing**") to consider Confirmation of the Plan. The Confirmation Hearing will take place before the Honorable Craig T. Goldblatt, United States Bankruptcy Judge for the Court for the District of Delaware, 824 North Market Street, 3d Floor, Courtroom 7, Wilmington, DE 19801.

**PLEASE TAKE FURTHER NOTICE** that on June 13, 2025 the Court entered the Order Granting Debtors' Motion for Entry of an Order (I) Conditionally Approving the Adequacy of the Disclosures in the First Amended Combined Disclosure Statement and Plan; (II) Approving Solicitation and Tabulation Procedures, (III) Scheduling a Combined Disclosure Statement Approval and Plan Confirmation Hearing and Setting Related Dates and Deadlines; (IV) Approving the Forms of Ballots, Solicitation Packages, and Notices in Connection Therewith; and (V) Granting Related Relief [D.I. 211] (the "**Solicitation Procedures Order**") Pursuant to the Solicitation Procedures Order, the Court approved certain voting, solicitation an tabulation procedures in connection with Confirmation of the Plan. Only Holders of Claims and Interests in Voting Classes 3 and 4 are entitled to receive a ballot (a "**Ballot**") for casting a vote on the Plan. Holders of Classes 1, 2, 5, 6 and 7 are either conclusively presumed to accept the Plan because they are Unimpaired by the Plan or presumed to reject the Plan because they are not receiving any distributions under the Plan. For a vote to accept or reject the Plan to be counted, a Ballot must be completed and returned in accordance with the instructions provided on the Ballot so that it is **actually received** by Stretto, Inc. (the "**Balloting Agent**") on or before July 14, 2025 at 11:59 p.m. (ET):

**PLEASE TAKE FURTHER NOTICE** that the Plan proposes certain releases, exculpation and injunctions. The Plan proposes a permanent injunction against any person who has held, holds or may hold Claims, Interests or Causes of Action from commencing or continuing any action with respect to any Claim, Interest or Cause of Action released, settled, or exculpated under the Plan or the Confirmation Order to the fullest extent authorized or provided by the Bankruptcy Code. The Plan also provides that all Holders of Claims, Interests or Causes of Action are enjoined from interfering with the Distributions contemplated by the Plan and from asserting any Claim or Cause of Action expressly preserved and vested exclusively as described as of the Effective Date. For the specific terms and conditions of all the releases exculpation and injunctions provided for in the Plan, please refer to the Plan and can be obtained as described below.

**PLEASE TAKE FURTHER NOTICE** that if you hold a Claim or Interest against one or more of the Debtors as of the Voting Record Date and are entitled to opt out of the release contained in Article XI of the Plan (the "**Releases**"), you should have received a Ballot or an Election Form, along with instructions. If you believe you are entitled to, and would like to opt out of the Releases, and have not already received an opt out form, please contact the Balloting Agent at https://cases.stretto.com/BarLouie, by email at BarLouieInquiries@Stretto.com, by phone at (833) 682-8977 (U.S./Canada, toll-free) or (949) 800-5913 (International) or by mail at BLH TopCo LLC Claims Processing, c/o Stretto, 410 Exchange, Suite 100, Irvine, CA 92602. For your opt-out election to by counted, you must: (a) follow the instructions in your Ballot or Election Form, (b) complete all the required information on the Ballot or Election Form, and (c) sign, date and return your completed Ballot or Election Form so that it is actually received by the Balloting Agent on or before July 14, 2025 at 11:59 p.m. (ET). A failure to follow instructions may disqualify your vote or opt-out election.

**PLEASE TAKE FURTHER NOTICE** that if you would like to object to confirmation of the Plan, you may do so by filing your objection no later than July 18, 2025 (the "**Confirmation Objection Deadline**"). Any objection to the confirmation of the Plan must: (1) be in writing; (2) comply with the Bankruptcy Code, the Bankruptcy Rules and the Local Rules; (3) set forth the name of the objector, the nature and amounts of Claims or Interests held or asserted by the objector against the Debtors; (4) state the basis and the specific grounds therefor and (5) be filed with the Court, together with proof of service thereof, and served upon and received by each of the following parties (collectively, the "Notice Parties") no later than the Confirmation Objection Deadline. **UNLESS AN OBJECTION IS TIMELY SERVED AND FILED IN ACCORDANCE WITH THIS NOTICE, IT MAY NOT BE CONSIDERED AND MAY BE OVERRULED BY THE BANKRUPTCY COURT.**

**PLEASE TAKE FURTHER NOTICE** that the Notice Parties for the purposes of serving an objection to the Plan are: (i) Debtors' counsel, Raines Feldman Littrell LLP, 824 N. Market Street, Suite 805, Wilmington, DE 19808 (Attn: Thomas J. Francella, Jr. (tfrancella@raineslaw.com and Mark W. Eckard (meckard@raineslaw.com); (ii) the U.S. Trustee, 844 N. King Street, Wilmington, DE 19806 (Attn: Timothy J. Fox (Timothy.Fox@usdoj.gov)); (iii) counsel to Bar Louie, LLC, Pierson Ferdinand LLP, 3411 Silverside Road, Baynard Building, Suite 104-13, Wilmington, DE 19810 (Attn: Mette H. Kurth (mette.kurth@pierferd.com)); and (iv) counsel to the Committee, Schwartz Law, PLLC, 601 East Bridger Ave., Las Vegas, NV, 89101 (Attn: Samuel A. Schwartz (SASchwartz@NVFirm.com) and Athanasios E. Agelakopoulos (AAGelakopoulos@NVFirm.com)) and Womble Bond Dickinson, 1313 N. Market Street, Wilmington, DE 19801 (Attn: Matthew P. Ward (WBD@US.com)).

**PLEASE TAKE FURTHER NOTICE** that the Debtors may file supplements to the Plan (the "**Plan Supplement**") with the Court no later than July 21, 2025.

**PLEASE TAKE FURTHER NOTICE** that you may obtain copies of documents (i) (for a nominal fee) from the Court's electronic docket for the Debtors' Chapter 11 cases at https://ecf.deb.uscourt.gov (a PACER login and password are required and can be obtained by through the PACER service center at www.pacer.psc.uscouts.gov, or (ii) free of charge by accessing the website of Stretto, Inc. at Bar Louie@Stretto.com or by calling the Debtors' claims agent at (833) 682-8977 (U.S./ Canada, toll-free) or (949) 800-5913 (International). Please note that the claims agent cannot offer legal advice. You should consult your own attorney for assistance regarding any other inquiries, such as questions concerning the completion or filing a ballot.

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: BLH TopCo LLC (9009); BLH HoldCo LLC (7735); BLH Acquisition Co., LLC (5779); BLH Restaurant Franchises LLC (8093); and BLH White Marsh LLC (2950). The Debtors' mailing address is 15305 Dallas Parkway, 12th Floor, Addison, TX 75001.

## PUBLIC NOTICES

THE HIGH COURT OF IRELAND
COMMERCIAL
2025 / 206 COS
2025 / 32 COM
IN THE MATTER OF MALLINCKRODT PUBLIC LIMITED COMPANY
AND IN THE MATTER OF THE COMPANIES ACT 2014
AND IN THE MATTER OF A PROPOSAL FOR A SCHEME OF ARRANGEMENT PURSUANT TO PART 9, CHAPTER 1 OF THE COMPANIES ACT 2014
AND IN THE MATTER OF A PROPOSED REDUCTION OF CAPITAL PURSUANT TO SECTIONS 84 TO 86 OF THE COMPANIES ACT 2014

**NOTICE IS HEREBY GIVEN** pursuant to Section 453(2)(b) of the Irish Companies Act 2014 (the "**2014 Act**") that the following resolution approving a proposed scheme of arrangement (the "**Scheme**") between Mallinckrodt Public Limited Company (the "**Company**") and the members of the Company was approved at four separate meetings of the members of the Company held on 13 June 2025 (which meetings were ordered by the High Court of Ireland (the "**Court**") on 12 May 2025 following an application by the Company pursuant to Section 450(3) of the 2014 Act):

"**THAT** *the scheme of arrangement (a copy of which has been produced to this meeting and for the purposes of identification signed by the chair thereof) in its original form or with or subject to any modification(s), addition(s)or condition(s) approved or imposed by the Irish High Court be approved.*"

The Scheme is part of a wider transaction, pursuant to which the Company's subsidiary, Salvare Merger Sub LLC, will merge with and into Endo, Inc. ("**Endo**"), with Endo surviving the merger as a wholly owned subsidiary of the Company (the "**Transaction**"). The purpose of the Scheme is to facilitate the amendment of Article 6 of the Company's articles of association in the manner set out in the scheme document sent to members of the Company on or about 12 May 2025.

The Company will now make an application to the Court pursuant to section 453(2)(c) of the 2014 Act for an order sanctioning the Scheme.

**NOTICE IS HEREBY GIVEN** that pursuant to an order made by the Court on **23 June 2025**, the Company will apply to the Court on 17 July 2025 under Section 453(2)(c) of the 2014 Act for an order sanctioning the Scheme and related orders, to include an order seeking the cancellation of the amount of USD 1,068.3 million, being the entire amount standing to the credit of the Company's share premium account as at 12 May 2025, in accordance with Article 42 of the Company's Articles of Association or such lesser amount as the High Court of Ireland may determine (the "**Capital Reduction**").

The Court has directed that the application for the sanction of the Scheme and the Capital Reduction be heard in the Commercial List of the Court sitting in the Four Courts, Inns Quay, Dublin 7, Ireland at 11:00am (Dublin time) on 17 July 2025 (the "**Hearing**"). The Hearing will take place in a hybrid fashion and virtual meeting details are available from the email address below on request.

Any shareholder or creditor that wishes to obtain a copy of the Company's filings relating to the Hearing should contact the solicitors for the Company at the address below.

Any party with such an interest in the Scheme or the Capital Reduction may appear at the Hearing personally or be represented by a solicitor or by counsel. Any such party intending to so appear should give notice in writing to the Solicitors for the Company by no later than 5:30 p.m. (Dublin time) on 10 July 2025, and any affidavit in support of any such appearance should be filed with the Central Office of the High Court of Ireland, and served on the Solicitors for the Company, by no later than 5:30 p.m. (Dublin time) on 10 July 2025.

The proceedings are also listed in the Call Over for the Commercial List on Friday, 11 July 2025 at 10:30am.

23 June 2025

ARTHUR COX
Solicitors for the Company
Ten Earlsfort Terrace
Dublin 2
D02 T380
Ireland
Conall.OShaughnessy@arthurcox.com
REF: COS/ MA457/073

## COMMERCIAL REAL ESTATE

***NOTICE OF UCC PUBLIC AUCTION SALE***

PLEASE TAKE NOTICE, that in accordance with applicable provisions of the Uniform Commercial Code as in effect in the State of Florida and all other applicable jurisdictions, CPIF MRA, LLC, a Delaware limited liability company (the "**Secured Party**"), will sell at public auction all limited liability company interests held by Jaw 2 Investments, LLC, a Texas limited liability company ("Jaw") and Laurcon LLC, a Delaware limited liability company ("**Laurcon**," and together with Jaw, the "**Pledgors**"), in 393 Holdings, LLC, a Florida limited liability company (such entity, the "**Pledged Entity**"; such interests, the "**Equity Interests**"). The Equity Interests secure indebtedness owing by Pledged Entity to Secured Party in a principal amount of not less than $44,405,031.14 plus unpaid interest (including default rate interest), attorneys' fees and other charges including the costs to sell the Equity Interests (the "**Debt**").

The public auction sale will be held at 10:00 a.m. (ET) on July 8, 2025 ("**Public Sale**") by virtual bidding via Zoom via the following Zoom meeting link: https://bit.ly/JawLaurcon (case sensitive), meeting ID: 859 0686 5329, passcode: 999083 (or by telephone at +1-646-931-3860 (US), using same meeting ID and passcode). The Public Sale will be conducted by auctioneer Eric Rubin of Moecker Auctions, Inc., Florida Licensed Auctioneer, Auctioneer License No. #AU3219, in conjunction with Matthew D. Mannion, of Mannion Auctions, LLC.

At or prior to the Public Sale, Secured Party reserves the right to: (i) credit bid up to the amount of the Debt; (ii) set minimum price(s) for the Equity Interests; (iii) reject bids, in whole or in part; (iv) cancel or adjourn the Public Sale, in whole or in part; and (v) establish the terms and conditions of the Public Sale ("**Terms of Public Sale**").

Secured Party's understanding, without making any representation or warranty as to accuracy or completeness, is that the principal asset of the Pledged Entity is real property commonly known as the Pinewood-30A Condominiums and located at 179 S. County Highway 393, Santa Rosa Beach, Florida 35459, as further described in the Loan Documents.

Prospective and winning bidder(s) will be required to represent in writing to Secured Party that they will adhere to the Terms of Public Sale and are purchasing the Equity Interests for their own account, not acquiring them with a view toward the sale or distribution thereof and will not resell the Equity Interests unless pursuant to a valid registration under applicable federal and/or state securities laws, or a valid exemption from the registration thereunder. The Equity Interests have not been registered under such securities laws and cannot be sold by the winning bidder(s) without registration or application of a valid exemption. The Equity Interests will be offered for sale at the Public Auction "as-is, where-is", and there are no express or implied warranties or representations relating to title, possession, quiet enjoyment, merchantability, fitness, or the like as to the Equity Interests. THIS NOTICE DOES NOT CONSTITUTE AN OFFER TO SELL, NOR THE SOLICITATION OF AN OFFER TO BUY, THE EQUITY INTERESTS TO OR FROM ANYONE IN ANY JURISDICTION IN WHICH SUCH AN OFFER OR SOLICITATION IS NOT AUTHORIZED.

Parties interested in bidding on the Equity Interests must contact Stephen Schwalb at NEWMARK ("Broker"), Secured Party's broker, at +1-469-467-2084 or stephen.schwalb@nmrk.com. Upon execution of a standard non-disclosure agreement, additional documentation and information will be available. Interested parties who do not contact Broker and register before the Public Sale may not be permitted to participate in bidding at the Public Sale. Additional information can be found at https://tinyurl.com/UCCPinewood.

## COMMERCIAL REAL ESTATE

NOTICE OF PUBLIC SALES UNDER UNIFORM COMMERCIAL CODE

PLEASE TAKE NOTICE THAT, on July 14, 2025 (the "Auction Date"), at 10:00 a.m. Eastern Time, or as soon thereafter as practicable, TGMP Owner LLC, a Delaware limited liability company, and/or its successors and assigns ("Secured Party"), will hold a public sale in-person at the address set forth below and virtually via online video conference pursuant to Section 9-610 of the Uniform Commercial Code as enacted in the State of New York (the "UCC"), to sell to the qualified bidder with the highest or otherwise best bid, subject to the governing terms of sale, (i) all of the right, title and interest of 3 Ronson Road Sub LLC, a Delaware limited liability company ("Pledgor I") in and to its 99% limited liability company interest in SAMTD Acquisitions Woodbridge Urban Renewal LLC, a New Jersey limited liability company ("Phase I Borrower"), and (ii) all of the right, title and interest of 3 Ronson Road Sub II LLC, a Delaware limited liability company ("Pledgor II") in and to its 1% limited liability company interest in Phase I Borrower (collectively, the "Phase I Equity Collateral"). The Phase I Equity Collateral secures indebtedness owed by Phase I Borrower to Secured Party under a loan to Phase I Borrower in the outstanding principal amount of $80,000,000.00 plus unpaid interest, attorneys' fees and other charges, including the costs to sell the Phase I Equity Collateral (the "Phase I Loan"). Pledgor I and Pledgor II collectively own 100% of the equity interests in Phase I Borrower. Phase I Borrower owns the condominium units commonly known as Units 1, 2 and 3 (and appurtenant interests) in The Grande at Metro Park, a Condominium, located at 3 Ronson Road, Woodbridge Township, New Jersey (the "Condominium"), as more particularly described in the documents evidencing, guaranteeing and/or securing the Phase I Loan.

PLEASE TAKE NOTICE THAT, on the Auction Date, at 10:00 a.m. Eastern Time, or as soon thereafter as practicable, Secured Party will hold a second public sale in-person at the address set forth below and virtually via online video conference pursuant to Section 9-610 of the UCC, to sell to the qualified bidder with the highest or otherwise best bid, subject to the governing terms of sale, (i) all of the right, title and interest of Pledgor I in and to its 99% limited liability company interest in SAMTD Acquisitions Woodbridge II Urban Renewal LLC, a New Jersey limited liability company ("Phase II Borrower"), and (ii) all of the right, title and interest of Pledgor II in and to its 1% limited liability company interest in Phase II Borrower (collectively, the "Phase II Equity Collateral"). The Phase II Equity Collateral secures indebtedness owed by Phase II Borrower to Secured Party under a loan to Phase II Borrower in the outstanding principal amount of $37,850,000.00 plus unpaid interest, attorneys' fees and other charges, including the costs to sell the Phase II Equity Collateral (the "Phase II Loan"). Pledgor I and Pledgor II collectively own 100% of the equity interests in Phase II Borrower. Phase II Borrower owns the condominium unit commonly known as Unit 4 (and appurtenant interests) in the Condominium, as more particularly described in the documents evidencing, guaranteeing and/or securing the Phase II Loan.

The Phase I Equity Collateral and the Phase II Equity Collateral will be offered for sale in three public auctions, held consecutively, starting at 10:00 a.m. Eastern Time, on the Auction Date, as follows: (1) the Phase I Equity Collateral will first be offered for sale individually (the "Phase I Collateral Auction"); (2) immediately thereafter, the Phase II Equity Collateral will be offered for sale individually (the "Phase II Collateral Auction"); and (3) immediately thereafter, the Phase I Equity Collateral and the Phase II Equity Collateral will be offered for sale as a collective whole (the "Bulk Sale Auction"). Subject to the governing terms of sale, Secured Party will determine the successful bidder(s) to which the Phase I Equity Collateral and the Phase II Equity Collateral will be sold as follows: (x) with respect to the Phase I Equity Collateral, the qualified bidder that submits the highest or otherwise best bid (for each such auction, a "Winning Bid") in the Phase I Collateral Auction, and, with respect to the Phase II Equity Collateral, the qualified bidder that submits the Winning Bid in the Phase II Collateral Auction, if such Winning Bids, taken in the aggregate, exceed the Bulk Sale Auction Winning Bid; or, alternatively, (y) with respect to the Phase I Equity Collateral and the Phase II Equity Collateral collectively, the qualified bidder that submits the Winning Bid in the Bulk Sale Auction, if the Bulk Sale Auction Winning Bid equals or exceeds the aggregate of the Phase I Collateral Auction Winning Bid and the Phase II Collateral Auction Winning Bid.

The sales will be held on an "as is, where is" basis, with reserve, and without any representations or warranties of any kind, whether express or implied. There is no warranty relating to title, possession, quiet enjoyment, merchantability, fitness or the like in these dispositions. Secured Party reserves the right to establish terms of sale, including bidding procedures and timing of settlement; to require bidders to tender a deposit in advance; to set minimum price(s) for the Phase I Equity Collateral and the Phase II Equity Collateral; to have bidders demonstrate their ability to perform and close to its satisfaction; to reject all or any part of any bid in its sole discretion; to credit bid at the auctions; to assign its bid; to credit the purchase price against the expenses of the sales and the secured obligations; and to adjourn, continue, or cancel the auctions in whole or in part without further notice. The sales shall be held in accordance with all restrictions and obligations under the Phase I Loan and the Phase II Loan, as applicable, and the terms of sale.

Bidders will be required to represent in writing that they will adhere to the terms of sale and are purchasing the Phase I Equity Collateral and/or the Phase II Equity Collateral, as applicable, for their own account, not acquiring them with a view toward the sale or distribution thereof, and will not resell the interests acquired unless pursuant to a valid registration under applicable federal and/or state securities laws, or a valid exemption from the registration thereunder. The Phase I Equity Collateral and Phase II Equity Collateral have not been registered under such securities laws and cannot be sold by the winning bidder(s) without registration or application of a valid exemption.

The public sales shall be conducted by Mannion Auctions, LLC, by Matthew D. Mannion, Auctioneer, NYC DCA License No. 1434494-DCA.

The sales will be held in-person at Venable LLP, 151 W. 42nd Street, 49th Floor, New York, NY 10036 and virtually via online video conference. The link and password for the online video conference will be provided to all registered qualified bidders.

Parties interested in further information about the collateral, the requirements and/or registering to be a "qualified bidder", or the terms of sale must contact Secured Party's brokers, Christopher Kramer and Brock Cannon at Newmark, by email at christopher.kramer@nmrk.com and brock.cannon@nmrk.com. Upon execution of a standard non-disclosure agreement, additional documentation and information will be available. Parties who do not contact Newmark and register by 5:00 p.m. Eastern Time on July 7, 2025 may not be permitted to participate in the auctions. Secured Party and/or its successors and assigns reserve the right to modify the terms of sale at any time and from time to time, with or without notice.

## COMMERCIAL REAL ESTATE

NOTICE OF PUBLIC SALE OF COLLATERAL
Current Principal Balance: 201,950,191.64

**PLEASE TAKE NOTICE** that in accordance with the applicable provisions of the Uniform Commercial Code of the State of New York, Parkview Financial REIT, LP, as the agent under certain loan agreements and a pledge agreement ("Secured Party"), will offer at public auction the limited liability company interests (the "Collateral") in Hudson 1702, LLC ("1702") and Hudson 1701/1706, LLC (together with 1702, the "Company"), which entities, upon Secured Party's information and belief, own a leasehold estate in certain condominium units in the building known as 353 West 57th Street Condominium and by the street number 353-361 West 57th Street a/k/a 356 West 58th Street, New York, New York, said condominium units being designated and described as Unit Nos. 1, 2 and 6 in the Declaration relating to such Condominium, as amended, recorded in the Office of the City Register of The City of New York, County of New York. The sale of the Collateral involves the sale of the equity interests of the Company and does not involve the direct sale of the leasehold estate described above. The Collateral has not been and will not be registered under the Securities Act of 1933 (the "Act") and is being offered for sale in a transaction exempt from the requirements of the Act. The Collateral will be offered for sale as a single unit or in separate lots.

The public auction will be held in person at the offices of DLA Piper LLP (US) located at 1251 Avenue of the Americas, New York, New York, 10020 and virtually via Zoom Meetings, on July 25, 2025 at 3:00 p.m. (ET). The Collateral secures indebtedness owing by the Company to Secured Party in an amount of not less than $201,950,191.64 plus unpaid interest and all other sums due under the applicable loan documents. The Collateral will be sold to the highest qualified bidder; provided, however, Secured Party reserves the right to cancel the sale in its entirety or to adjourn the sale to a future date at any time. Secured Party also reserves the right to bid, including by credit bid.

Additional documentation and information regarding the Collateral will be made available, including the terms of the public sale, to interested parties that execute a confidentiality agreement. To review and execute such confidentiality agreement, please visit our website at: https://tinyurl.com/m9njnnnx.

Interested parties that intend to bid on the Collateral must contact Brock Cannon of Newmark, Secured Party's broker, at brock.cannon@nmrk.com or (212)-372-2066 no later than five (5) business days before the date scheduled for the auction to receive information on how to register for the auction. For questions and inquiries, please contact Brock Cannon or Neal Kronley of DLA Piper LLP (US), counsel to Secured Party, at neal.kronley@us.dlapiper.com. Interested parties who do not comply with the foregoing or any other requirement of the applicable terms of sale, including, without limitation, any deadlines set forth herein or therein, will not be permitted to enter a bid.

## COMMERCIAL REAL ESTATE

Notice of Disposition of Collateral
Public Auction – UCC Sale

Notice is hereby given that, in accordance with applicable provisions of the Uniform Commercial Code (the "UCC"), as enacted in the State of New York, MF1 Capital LLC ("**Secured Party**"), a Delaware limited liability company, will offer for sale (the "Sale"), at public auction, all right, title, and interest of DAJ 1500 Pine Manager LLC ("**Pledgor**"), a Delaware limited liability company, in and to 100% of the limited liability company membership interests, together with all economic rights and governance rights associated therewith, in and to DAJ 1500 Pine LLC (the "**Collateral**"). DAJ 1500 Pine LLC is a Delaware limited liability company and the owner of the real property, and improvements thereon, located at 1500 Pine Street, Philadelphia, Pennsylvania 19102 (the "**Property**"). The Sale shall occur on **July 22, 2025 at 10:30 a.m. (ET)** at the top of the front steps of the Courthouse of the New York County Supreme Court located at 60 Centre Street, New York, New York 10007 with an option to participate virtually via the following Zoom meeting link: https://bit.ly/DAJ1500, Meeting ID: 845-1412-0695, Password: 047834, Call-in number: 1-646-931-3860 (US). The sale will be conducted by Matthew D. Mannion of Mannion Auctions, LLC. Parties interested in bidding on the Collateral must contact Secured Party's counsel, Jack Doherty, Esq. of Holland & Knight at (212) 751-3003 or jack.doherty@hklaw.com. Upon execution of a non-disclosure agreement, a copy of the Terms of Sale and additional documentation and information will be made available.

Secured Party, as lender, made a loan (the "**Mezzanine Loan**") to Pledgor, in the original principal amount of $2,950,000.00. In connection with the Mezzanine Loan, Secured Party obtained a first-priority lien on the Collateral pursuant to a certain Pledge and Security Agreement. Secured Party is conducting the Sale as a result of Pledgor's default(s) under the applicable Mezzanine Loan documents. The Mezzanine Loan is subject to a senior loan (the "**Senior Loan**") and first-priority mortgage on the Property and the obligations and liabilities set forth in the Senior Loan documents.

The Collateral is being offered as a single lot, "as-is, where-is", with no express or implied warranties, representations, statements or conditions of any kind made by Secured Party or any person acting for or on behalf of the Secured Party, without any recourse whatsoever to the Secured Party or any other person acting for or on behalf of the Secured Party and each bidder must make its own inquiry regarding the Collateral. The successful bidder shall be responsible for the payment of all transfer taxes, stamp duties and similar taxes incurred in connection with the purchase of the Collateral.

The Secured Party reserves the right to credit bid, set a minimum reserve price, reject all bids and terminate or adjourn the sale to another time, without further notice. All bids (other than credit bids of the Secured Party) must be for cash, and the successful bidder must be prepared to comply with the bidding and closing requirements in the Terms of Sale. None of the Collateral has been registered for sale under any federal or state securities or blue sky laws, and as such may not be sold or otherwise transferred by Secured Party or a purchaser of any Collateral except in accordance with applicable law.

THE WALL STREET JOURNAL.

THE MARKETPLACE

ADVERTISE TODAY

(800) 366-3975

For more information visit:
wsj.com/classifieds




© 2025 Dow Jones & Company, Inc.
All Rights Reserved.

DOW JONES

## Dividend Changes

| Company | Symbol | Yld % | Amount New/Old | Frq | Payable / Record |
|---|---|---|---|---|---|
| **Stocks** | | | | | |
| AYRO | AYRO | | 1:16 | | /Jun26 |
| Brera Holdings | BREA | | 1:10 | | /Jun26 |
| **Foreign** | | | | | |
| Banco Bradesco Ord ADR | BBDO | 5.3 | .00314 | M | Aug11 /Jul03 |

Note: Dividend yields as of 3:30 p.m. ET

Sources: FactSet; Dow Jones Market Data

**KEY: A: annual; M: monthly; Q: quarterly; r: revised; SA: semiannual; S2:1: stock split and ratio; SO: spin-off.**

## Cash Prices

Wednesday, June 25, 2025

These prices reflect buying and selling of a variety of actual or "physical" commodities in the marketplace—separate from the futures price on an exchange, which reflects what the commodity might be worth in future months.

| | Wednesday |
|---|---|
| **Energy** | |
| Coal,C.Aplc.,12500Btu,1.2SO2-r,w | 79.000 |
| Coal,PwdrRvrBsn,8800Btu,0.8SO2-r,w | 14.300 |
| **Metals** | |
| **Gold, per troy oz** | |
| Engelhard industrial | 3317.00 |
| LBMA Gold Price AM | *3319.50 |
| LBMA Gold Price PM | *3302.50 |
| Krugerrand,wholesale-e | 3479.96 |
| Maple Leaf-e | 3563.22 |
| American Eagle-e | 3563.22 |
| Mexican peso-e | 4296.17 |
| Austria crown-e | 3267.17 |
| Austria phil-e | 3496.62 |
| **Silver, troy oz.** | |
| Engelhard industrial | 35.8000 |
| Handy & Harman base | 36.0350 |
| Handy & Harman fabricated | 45.0440 |
| LBMA spot price | *£26.5000 |
| (U.S.$ equivalent) | *36.0650 |
| Coins,wholesale $1,000 face-a | 26936 |
| **Other metals** | |
| LBMA Platinum Price PM | *1304.0 |
| LBMA Palladium Price PM | *1071.0 |
| Platinum,Engelhard industrial | 1312.0 |
| Palladium,Engelhard industrial | 1058.0 |
| Aluminum, LME, $ per metric ton | *2572.5 |
| Copper,Comex spot | 4.9130 |
| Iron Ore, 62% Fe CFR China-s | *93.0 |
| Steel, HRC USA, FOB Midwest Mill-s | *865.0 |
| **Battery/EV metals** | |
| BMI Lithium Carbonate, EXW China, =99.5%-v,w | 8300 |
| BMI Lithium Hydroxide, EXW China, =56.5% -v,w | 8250 |
| BMI Cobalt sulphate, EXW China, >20.5% -v,w | 6603 |
| BMI Nickel Sulphate, EXW China, >22%-v,k | 3600 |
| BMI Flake Graphite, FOB China, -100 Mesh, 94-95% -v,m | 435 |
| **Fibers and Textiles** | |
| Burlap,10-oz,40-inch NY yd-n,w | 0.8950 |
| Cotton,1 1/16 std lw-mdMphs-u | 0.6662 |
| Cotlook 'A' Index-t | *78.40 |
| Hides,hvy native steers piece fob-u | n.a. |
| Wool,64s,staple,Terr del-u,w | n.a. |

| | Wednesday |
|---|---|
| **Grains and Feeds** | |
| Bran,wheat middlings, KC-u,w | 69 |
| Corn,No. 2 yellow,Cent IL-bp,u | 3.9200 |
| Corn gluten feed,Midwest-u,w | 102.3 |
| Corn gluten meal,Midwest-u,w | 426.3 |
| Cottonseed meal-u,w | n.a. |
| Hominy feed,Cent IL-u,w | 112 |
| Meat-bonemeal,50% pro Mnpls-u,w | 263 |
| Oats,No.2 milling,Mnpls-u | 3.8925 |
| Rice, Long Grain Milled, No. 2 AR-u,w | 34.88 |
| Sorghum,(Milo) No.2 Gulf-u | n.a. |
| SoybeanMeal,Cent IL,rail,ton48%-u,w | 279.10 |
| Soybeans,No.1 yllw IL-bp,u | 9.9900 |
| Wheat,Spring14%-pro Mnpls-u | 7.5450 |
| Wheat,No.2 soft red,St.Louis-u | 5.2238 |
| Wheat - Hard - KC (USDA) $ per bu-u | 5.3925 |
| Wheat,No.1soft white,Portld,OR-u | 6.2000 |
| **Food** | |
| Beef,carcass equiv. index | |
| choice 1-3,600-900 lbs.-u | 371.34 |
| select 1-3,600-900 lbs.-u | 353.90 |
| Broilers, National comp wtd. avg.-u,w | 1.3676 |
| Butter,AA Chicago-d | 2.5200 |
| Cheddar cheese,bbl,Chicago-d | 162.75 |
| Cheddar cheese,blk,Chicago-d | 161.00 |
| Milk,Nonfat dry,Chicago lb.-d | 125.00 |
| Coffee,Brazilian,Comp-y | 3.1785 |
| Coffee,Colombian,NY-y | 3.4043 |
| Eggs,large white,Chicago-u,w | 2.9550 |
| Flour,hard winter KC-p | 15.55 |
| Hams,17-20 lbs,Mid-US fob-u | n.a. |
| Hogs,Iowa-So. Minnesota-u | 107.46 |
| Pork bellies,12-14 lb MidUS-u | 2.2327 |
| Pork loins,13-19 lb MidUS-u | 1.1780 |
| Steers,Tex.-Okla. Choice-u | n.a. |
| Steers,feeder,Okla. City-u,w | 360.75 |
| **Fats and Oils** | |
| Degummed corn oil, crude wtd. avg.-u,w | n.a. |
| Grease,choice white,Chicago-h | 0.5750 |
| Lard,Chicago-u | 0.6000 |
| Soybean oil,crude;Centl IL-u,w | 0.5597 |
| Tallow,bleach;Chicago-h | 0.6175 |
| Tallow,edible,Chicago-u | n.a. |

KEY TO CODES: A=ask; B=bid; BP=country elevator bids to producers; C=corrected; D=CME; E=Manfra,Tordella & Brookes; H=American Commodities Brokerage Co;
K=bi-weekly; M=monthly; N=nominal; n.a.=not quoted or not available; P=Sosland Publishing; R=SNL Energy; S=Platts-TSI; T=Cotlook Limited; U=USDA; V=Benchmark Mineral Intelligence; W=weekly; Y=International Coffee Organization; Z=not quoted. *Data as of 6/24

Source: Dow Jones Market Data

## IPO Scorecard

Performance of IPOs, most-recent listed first

| Company SYMBOL IPO date/Offer price | Wed's close ($) | % Chg From Offer price | % Chg From 1st-day close |
|---|---|---|---|
| Kandal M Venture **FMFC** June 25/$4.00 | 4.40 | 10.0 | ... |
| LightWave Acquisition **LWACU** June 25/$10.00 | 10.03 | 0.3 | ... |
| Oxley Bridge Acquisition **OBAWU** June 25/$10.00 | 10.00 | ... | ... |
| Happy City Hldgs **HCHL** June 24/$5.00 | 5.38 | 7.6 | 7.6 |
| Axiom Intelligence Acquisition 1 **AXINU** June 18/$10.00 | 10.09 | 0.9 | 0.5 |
| Caris Life Sciences **CAI** June 18/$21.00 | 26.43 | 25.9 | –5.6 |
| Enigmatig **EGG** June 18/$5.00 | 3.54 | –29.2 | –45.8 |
| Pioneer Acquisition I **PACHU** June 18/$10.00 | 10.00 | ... | –0.1 |
| Slide Insurance Hldgs **SLDE** June 18/$17.00 | 21.32 | 25.4 | 5.3 |
| Jyong Biotech **MENS** June 17/$7.50 | 8.29 | 10.5 | –18.0 |

Sources: Dow Jones Market Data; FactSet