**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>HUDSON 1701/1706, LLC, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case Nos. 25-11853(KBO)<br><br>(Jointly Administered) |
| HUDSON 1701/1706, LLC, a Delaware limited liability company; and HUDSON 1702, LLC, a Delaware limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>356W58 GROUND LESSOR LLC, a Delaware limited liability company,<br><br>Defendant. | Adv. Proc. No. 25-52471 (KBO) |

**CERTIFICATION OF COUNSEL REGARDING
STIPULATED SCHEDULE RE: MOTION TO DISMISS**

1. The undersigned hereby certifies that the above-captioned debtors and debtors-in-possession (the "**Debtors**") and 356W58 Ground Lessor LLC ("**Ground Lessor**") have entered into a stipulation (the "**Stipulation**") that, subject to approval of the Court, agrees on a schedule

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are Hudson 1701/1706, LLC (0281) and Hudson 1702, LLC (0190). The Debtors' mailing address is c/o FTI Consulting, Inc. Attn: Alan Tantleff, 1166 Avenue of the Americas, 15th Floor, New York, NY 10036.

with regard to *356W58 Ground Lessor LLC's Motion to Dismiss the Amended Complaint* [Docket No. 93] (the "**Motion to Dismiss**").

2. A copy of the Stipulation is attached as Exhibit A to the proposed order annexed hereto as Exhibit 1 (the "**Proposed Order**").

WHEREFORE, the Debtors and Ground Lessor respectfully request that the Court enter the Proposed Order at its earliest convenience.

Date: July 31, 2026
Wilmington, Delaware

**CHIPMAN BROWN CICERO & COLE, LLP**

*/s/ William E. Chipman, Jr.*
William E. Chipman, Jr. (No. 3818)
Mark D. Olivere (No. 4291)
Aaron J. Bach (No. 7364)
Alison R. Maser (No. 7430)
Hercules Plaza
1313 North Market Street, Suite 5400
Wilmington, Delaware 19801
Telephone: (302) 295-0191
Email: chipman@chipmanbrown.com
olivere@chipmanbrown.com
bach@chipmanbrown.com
maser@chipmanbrown.com

-and-

**BOIES SCHILLER FLEXNER LLP**
Robert D. Gordon (admitted *pro hac vice)*
Michael M. Fay (admitted *pro hac vice)*
Jenny H. Kim (admitted *pro hac vice)*
Sabina Mariella (admitted *pro hac vice)*
55 Hudson Yards (admitted *pro hac vice)*
New York, New York 10001
Telephone: (212) 446-2300
Email: rgordon@bsfllp.com
mfay@bsfllp.com
jkim@bsfllp.com
smariella@bsfllp.com

*Counsel for Debtors and Debtors in Possession*