**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>HUDSON 1701/1706, LLC, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case Nos. 25-11853(KBO)<br><br>(Jointly Administered) |
| HUDSON 1701/1706, LLC, a Delaware limited liability company; and HUDSON 1702, LLC, a Delaware limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>356W58 GROUND LESSOR LLC, a Delaware limited liability company,<br><br>Defendant. | Adv. Proc. No. 25-52471 (KBO)<br><br>Re: Docket No. 98 |

**ORDER APPROVING STIPULATED SCHEDULE RE: MOTION TO DISMISS**

Upon the Certification of Counsel filed by the Debtors, and the Stipulation attached hereto as Exhibit A (the "**Stipulation**") regarding *356W58 Ground Lessor LLC's Motion to Dismiss the Amended Complaint* [Docket No. 93] (the "**Motion to Dismiss**"); and good and sufficient cause appearing therefor;

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are Hudson 1701/1706, LLC (0281) and Hudson 1702, LLC (0190). The Debtors' mailing address is c/o FTI Consulting, Inc. Attn: Alan Tantleff, 1166 Avenue of the Americas, 15th Floor, New York, NY 10036.

**IT IS HEREBY ORDERED THAT:**

1. The Stipulation is hereby APPROVED as set forth herein.

2. The schedule for the Motion to Dismiss shall be as follows:

**SCHEDULE**

| | |
|---|---|
| Deadline for Ground Lessor to file Motion to Dismiss | July 9, 2026 |
| Deadline for Debtors to file Opposition to Motion to Dismiss | July 30, 2026 |
| Deadline for Ground Lessor to file Reply in further support of Motion to Dismiss | August 13, 2026 |
| Oral Argument | September 9, 2026 |

3. The Court shall retain jurisdiction with respect to all matters arising from or related to the implementation of this Order.

**Dated: August 3rd, 2026**
**Wilmington, Delaware**

**KAREN B. OWENS**
**CHIEF JUDGE**