**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>Hudson 1701/1706, LLC, *et al.*,[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 25-11853 (KBO)<br>(Jointly Administered) |
| HUDSON 1701/1706, LLC, a Delaware limited liability company; and HUDSON 1702, LLC, a Delaware limited liability company<br><br>Plaintiffs,<br>v.<br><br>356W58 Ground Lessor LLC, a Delaware limited liability company, | Adv. Pro. No. 25-52471 (KBO)<br><br>Related to Adv. D.I. 91 |

**NOTICE OF FILING OF REDLINE OF AMENDED COMPLAINT**

**PLEASE TAKE NOTICE** that on December 22, 2025, the Debtors filed a *Complaint* in the above captioned Adversary Proceeding [Adv. D.I. 1] (the **"Complaint"**).

**PLEASE TAKE FURTHER NOTICE** that on June 10, 2026, the Debtors filed an *Amended Complaint* [Adv. D.I. 91] (the "**Amended Complaint**").

**PLEASE TAKE FURTHER NOTICE** that attached hereto as Exhibit A is a redline comparing the Amended Complaint to the Complaint as requested by the Court.

[*Signature Page to Follow*]

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are Hudson 1701/1706, LLC (0281) and Hudson 1702, LLC (0190). The Debtors' mailing address is c/o FTI Consulting, Inc. Attn: Alan Tantleff, 1166 Avenue of the Americas, 15th Floor, New York, NY 10036.

Dated: August 11, 2026

**CHIPMAN BROWN CICERO & COLE, LLP**

*/s/ William E. Chipman, Jr.*
William E. Chipman, Jr. (No. 3818)
Mark D. Olivere (No. 4291)
Aaron J. Bach (No. 7364)
Alison R. Maser (No. 7430)
Hercules Plaza
1313 North Market Street, Suite 5400
Wilmington, Delaware 19801
Telephone: (302) 295-0191
Email: chipman@chipmanbrown.com
olivere@chipmanbrown.com
bach@chipmanbrown.com
maser@chipmanbrown.com
-and-

**BOIES SCHILLER FLEXNER LLP**
Robert Gordon (admitted *pro hac vice*)
Michael M. Fay (admitted *pro hac vice*)
Jenny H. Kim (admitted *pro hac vice*)
Jeffrey Waldron (admitted *pro hac vice*)
Katherine Zhang (admitted *pro hac vice*)
55 Hudson Yards
New York, New York 10001
Telephone: (212) 446-2300
Email: rgordon@bsfllp.com
mfay@bsfllp.com
jkim@bsfllp.com
jwaldron@bsfllp.com
kzhang@bsfllp.com

*Counsel for Debtors and Debtors in Possession*