**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>Hudson 1701/1706 LLC,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 25-11853 (KBO)<br><br>(Jointly Administered) |
| HUDSON 1701/1706, LLC, a Delaware limited liability company; and HUDSON 1702, LLC, a Delaware limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>356W58 GROUND LESSOR LLC, a Delaware limited liability company,<br><br>Defendant. | Adv. Proc. No. 25-52471 (KBO) |

**NOTICE OF COMPLETION OF BRIEFING**

**PLEASE TAKE NOTICE** that 356W58 Ground Lessor LLC (the "Defendant"), by and through its undersigned counsel, hereby gives notice, pursuant to Rule 7007-4 of the Local Rules of the United States Bankruptcy Court for the District of Delaware, that briefing concerning *356W58 Ground Lessor LLC's Motion to Dismiss the Amended Complaint* [Adv. Docket No. 93] (the "Motion to Dismiss") is now complete and ready for disposition by the Court.

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are Hudson 1701/1706, LLC (0281) and Hudson 1702, LLC (0190). The Debtors' headquarters and the mailing address for the Debtors is 11440 San Vicente Boulevard, 2nd Floor, Los Angeles, CA 90045.

**PLEASE TAKE FURTHER NOTICE** that the relevant pleadings are as follows:

| Tab | Pleading | Date Filed | Adv. Docket No. |
|---|---|---|---|
| 1. | Amended Complaint | 6/10/2026 | **91** |
| 2. | 356W58 Ground Lessor LLC's Motion to Dismiss the Amended Complaint | 7/9/2026 | **93** |
| 3. | 356W58 Ground Lessor LLC's Memorandum of Law in Support of Its Motion to Dismiss the Amended Complaint | 7/9/2026 | **94** |
| 4. | Declaration of Matthew B. McGuire in Support of 356W58 Ground Lessor LLC's Motion to Dismiss the Amended Complaint | 7/9/2026 | **95** |
| 5. | The Debtors' Opposition to Defendant's Motion to Dismiss the Amended Complaint | 7/30/2026 | **97** |
| 6. | Certification of Counsel Regarding Stipulated Schedule re: Motion to Dismiss | 7/31/2026 | **98** |
| 7. | Order Approving Stipulated Schedule re: Motion to Dismiss | 8/3/2026 | **99** |
| 8. | Notice of Filing of Redline of Amended Complaint | 8/11/2026 | **101** |
| 9. | 356W58 Ground Lessor LLC's Reply Memorandum of Law in Further Support of Its Motion to Dismiss the Amended Complaint | 8/13/2026 | **102** |

[*Signature Page Follows*]

Dated: September 3, 2026
Wilmington, Delaware

**LANDIS RATH & COBB LLP**

*<u>/s/ Soumya P. Venkateswaran</u>*
Adam G. Landis (No. 3407)
Matthew B. McGuire (No. 4366)
Katherine S. Dute (No. 6788)
Soumya P. Venkateswaran (No. 7278)
919 Market Street, Suite 1800
Wilmington, Delaware 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450
Email: landis@lrclaw.com
mcguire@lrclaw.com
dute@lrclaw.com
venkateswaran@lrclaw.com

– and –

**ADLER & STACHENFELD LLP**
Kirk L. Brett (admitted *pro hac vice*)
Patrick O'Connor (admitted *pro hac vice*)
555 Madison Avenue, 6th floor
New York, New York 10022
Telephone: (212) 883-1700
Facsimile: (212) 883-8883
Email: kbrett@adstach.com
poconnor@adstach.com

*Counsel to 356W58 Ground Lessor LLC*