IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE<br>HUDSON 1701/1706, LLC, ET AL.,<br><br>DEBTORS. | CHAPTER 11<br><br>CASE NO. 25-11853 (KBO)<br><br>(JOINTLY ADMINISTERED) |
| HUDSON 1701/1706, LLC, A DELAWARE LIMITED LIABILITY COMPANY; AND HUDSON 1702, LLC, A DELAWARE LIMITED LIABILITY COMPANY,<br><br>PLAINTIFFS,<br><br>V.<br><br>356W58 GROUND LESSOR LLC, A DELAWARE LIMITED LIABILITY COMPANY,<br><br>DEFENDANT. | ADV. PROC. NO. 25-52471 (KBO) |

**DECLARATION OF CAROLYN PIANIN**

I, Carolyn Pianin, state as follows pursuant to 28 U.S.C § 1746:

1. I have been retained by Boies Schiller Flexner LLP ("Counsel"), representing the plaintiffs, Hudson 1701/1706, LLC and Hudson 1702, LLC, (together, "Debtors") in the Debtors' Chapter 11 bankruptcy proceedings. Specifically, I have been asked by Counsel to review and analyze the ground lease that the Debtors entered into with 356W58 Ground Lessor LLC, on May 4, 2022 ("Hudson Ground Lease") and compare it to traditional New York City ground leases and commercial real estate mortgage loans.

2. On November 17, 2026, the Defendant filed a motion *in limine* to exclude my testimony at trial in this matter. In support of its motion in limine, the Defendant, in citing my deposition testimony, characterized my experience with ground leases as being limited to a handful of ground leases which is insufficient to justify me being treated as an expert.[1] During my deposition I was asked to describe my "experience with ground leasing"[2] and asked whether I have" done any other work in connection with **your ground leases** in your career?"[3] I interpreted this line of questioning to mean my experience specifically in regards to either directly drafting, amending, negotiating or having some other capacity that had an effect on a ground lease. With this understanding of the line of questioning, I then testified about ground leases in which I was specifically involved in some capacity.[4]

3. The Defendant's motion *in limine* relies on a mischaracterization of my experience with ground leases. As I testified, my entire 35-year career has been in commercial real estate.[5] This experience covers New York City, Long Island, New York and other cities in the U.S. I have experience in underwriting, originations and asset management, as both an employee and as expert advisor in all levels of the capital stack, including equity, senior secured debt, subordinated notes and mezzanine financing across all property types (office, retail, multifamily, industrial and hotels). All of these roles

---

[1] Motion In Limine of 356W58 Ground Lessor LLC to Exclude the Expert Reports and Testimony of Carolyn Pianin, November 17, 2026, ¶¶8-10.
[2] Deposition Transcript of Carolyn Pianin, November 10, 2026, p. 6, lines 20 - 21.
[3] Deposition Transcript of Carolyn Pianin, November 10, 2026, p. 14, lines 5 – 7. (emphasis added).
[4] Deposition Transcript of Carolyn Pianin, November 10, 2026, p. 8, line 10 - p. 15, line 6.
[5] Deposition Transcript of Carolyn Pianin, November 10, 2026, p. 6, lines 22 – 25.

involve and require a deep understanding of lease analysis, financial valuations, venture agreements and loan documentation.

4. Having been a commercial real estate investor, lender and advisor, I have read, analyzed, negotiated, valued, sold and/or opined on, at a minimum, over 50 ground leases during my 35-year commercial real estate career, on behalf of AIG, Affinius Capital (f/k/a Square Mile Capital), CIT, Credit Suisse, Elliot Management, Avenue Capital and several Ultra High Net Worth clients.

5. Given my commercial real estate experience, including with ground leases, I believe I am qualified to serve as an expert in this matter.

I declare under penalty of perjury under the laws of Delaware that the foregoing is true and correct. Executed on the 20th day of November 2026.

Carolyn Pianin

______________________________
Carolyn Pianin
Weston, CT