**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>Hudson 1701/1706, LLC, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 25-11853 (KBO)<br>(Jointly Administered) |
| HUDSON 1701/1706, LLC, a Delaware limited liability company; and HUDSON 1702, LLC, a Delaware limited liability company,<br><br>Plaintiff,<br>v.<br><br>356W58 Ground Lessor LLC, a Delaware limited liability company,<br><br>Defendant. | Adv. Pro. No. 25-52471 (KBO) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR**
**HEARING ON NOVEMBER 24, 2026, AT 9:30 A.M.**

**THIS PROCEEDING WILL BE CONDUCTED REMOTELY VIA ZOOM.**

**PLEASE REFER TO JUDGE OWENS'S CHAMBERS PROCEDURES (HTTPS://WWW.DEB.USCOURTS.GOV/CONTENT/JUDGE-KAREN-B-OWENS AND THE COURT'S WEBSITE (HTTP://WWW.DEB.USCOURTS.GOV/ECOURT-APPEARANCES FOR INFORMATION ON THE METHOD OF ALLOWED PARTICIPATION (VIDEO OR AUDIO), JUDGE OWENS'S EXPECTATIONS OF REMOTE PARTICIPANTS, AND THE ADVANCE REGISTRATION REQUIREMENTS.**

**REGISTRATION IS REQUIRED BY 4:00 P.M. (EASTERN TIME) THE BUSINESS DAY BEFORE THE HEARING UNLESS OTHERWISE NOTICED USING THE ECOURTAPPEARANCES TOOL AVAILABLE ON THE COURT'S WEBSITE.**

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are Hudson 1701/1706, LLC (0281) and Hudson 1702, LLC (0190). The Debtors' mailing address is c/o FTI Consulting, Inc. Attn: Alan Tantleff, 1166 Avenue of the Americas, 15th Floor, New York, NY 10036.

# I. ADVERSARY MATTER GOING FORWARD AS A PRETRIAL CONFERENCE

1. *Hudson 1701/1706, LLC, et al., v. 356W58 Ground Lessor LLC; Adv. Pro. No. 25-52471 (KBO)*

   A. Amended Complaint [Adv. D.I. 91; Filed June 10, 2026].

   B. Certificate of Service Regarding Amended Complaint [Adv. D.I. 92; Filed June 17, 2026].

   C. Defendant 356W58 Ground Lessor's Answer to Amended Complaint [Adv. D.I. 112; Filed September 23, 2026]

   D. Pretrial and Trial Scheduling Order [Adv. D.I. 115; Filed October 2, 2026]

   E. Motion in Limine of 356W58 Ground Lessor LLC to Exclude the Expert Reports and Testimony of Carolyn Pianin [Adv. D.I. 117; Filed November 17, 2026]

   F. Motion to Exclude Testimony of Defendant's Expert Richard A. Wolfe [Adv. D.I. 118; Filed November 17, 2026]

   G. The Debtors' Memorandum of Law in Support of Their Motion to Exclude Testimony of Defendant's Expert Richard A. Wolfe [Adv. D.I. 119; Filed November 17, 2026]

   H. Declaration of William E. Chipman, Jr., in Support of Debtors' Motion to Exclude Testimony of Defendant's Expert Richard A. Wolfe [Adv. D.I. 120; Filed November 17, 2026].

   I. The Debtors' Opposition to Defendant's Motion to Exclude the Expert Reports and Testimony of Carolyn Pianin [Adv. D.I. 121; Filed November 20, 2026]

   J. Declaration of Carolyn Pianin [Adv. D.I. 122; Filed November 20, 2026]

   K. 356W58 Ground Lessor LLC's Opposition to Debtors' Motion in Limine to Exclude the Expert Testimony of Richard A. Wolfe [Adv. D.I. 123; Filed November 20, 2026]

   L. Motion in Limine of 356W58 Ground Lessor LLC to Exclude the Testimony of Glenn Brill [Adv. D.I. 124; Filed November 20, 2026]

   M. Certification of Counsel Regarding Proposed Joint Pretrial Order [Adv. D.I. 125; Filed November 20, 2026]

N. Defendant 356W58 Ground Lessor LLC's Trial Brief [Adv. D.I. 126; Filed November 20, 2026]

O. The Debtors' Pretrial Brief [Adv. D.I. 127; Filed November 20, 2026]

P. Declaration of William E. Chipman in Support of Debtors' Pretrial Brief [Adv. 128; Filed November 20, 2026]

Status: This matter is going forward as a Pretrial Conference.

Dated: November 20, 2026
Wilmington, Delaware

**CHIPMAN BROWN CICERO & COLE, LLP**

*/s/ William E. Chipman, Jr.*
William E. Chipman, Jr. (No. 3818)
Mark D. Olivere (No. 4291)
Aaron J. Bach (No. 7364)
Alison R. Maser (No. 7430)
Hercules Plaza
1313 North Market Street, Suite 5400
Wilmington, Delaware 19801 Telephone: (302) 295-0191
Email: chipman@chipmanbrown.com
olivere@chipmanbrown.com
bach@chipmanbrown.com
maser@chipmanbrown.com
-and-

**BOIES SCHILLER & FLEXNER LLP**
Robert D. Gordon, Esq. (admitted *pro hac vice*)
Michael M. Fay. Esq. (admitted *pro hac vice*)
Sabina Mariella (admitted *pro hac vice*)
Jeffrey Waldron, Esq. (admitted *pro hac vice*)
55 Hudson Yards, 20th Floor,
New York, New York 10001
Telephone: (212) 446-2300
Email: rgordon@bsfllp.com
mfay@bsfllp.com
smariella@bsfllp.com
jwaldron@bsfllp.com

*Counsel to the Debtors and Debtors in Possession*