**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>Hudson 1701/1706, LLC, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 25-11853 (KBO)<br><br>(Jointly Administered) |
| HUDSON 1701/1706, LLC, a Delaware limited liability company; and HUDSON 1702, LLC, a Delaware limited liability company,<br><br>Plaintiffs,<br><br>-v-<br><br>356W58 GROUND LESSOR LLC, a Delaware limited liability company.<br><br>Defendant. | Adv. Proc. No. 25-52471 (KBO) |

**CERTIFICATE OF SERVICE**

I, Lydia Do, depose and say that I am employed by Kurtzman Carson Consultants, LLC dba Verita Global ("Verita"), the claims and noticing agent for the Debtors in the above-captioned case.

On November 17, 2026, at my direction and under my supervision, employees of Verita caused to be served the following documents via Electronic Mail upon the service list attached hereto as **Exhibit A**; and via First Class Mail upon the service list attached hereto as **Exhibit B**:

- **Debtors' Motion to Exclude Testimony of Defendant's Expert Richard A. Wolfe** [Docket No. 118]

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are Hudson 1701/1706, LLC (0281) and Hudson 1702, LLC (0190). The Debtors' mailing address is c/o FTI Consulting, Inc. Attn: Alan Tantleff, 1166 Avenue of the Americas, 15th Floor, New York, NY 10036.

- **The Debtors' Memorandum of Law in Support of Their Motion to Exclude Testimony of Defendant's Expert Richard A. Wolfe** [Docket No. 119]

- **Declaration of William E. Chipman, Jr., in Support of Debtors' Motion to Exclude Testimony of Defendant's Expert Richard A. Wolfe** [Docket No. 120]

Furthermore, in accordance with Local Rule 5005-4(c)(ii), all eligible CM/ECF participants were served via the Court's CM/ECF system with copies of the foregoing.

Dated: November 23, 2026

/s/ Lydia Do
Lydia Do
Verita
100 N Pacific Coast Highway, Suite 100
El Segundo, CA 90245
Tel. 310.823.9000

# Exhibit A

**Exhibit A**
**Adversary Parties Service List**
**Served via Electronic Mail**

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| Committee of Unsecured Creditors; Top 20 | 356W58 Ground Lessor | Max Nipon | nipon@mspcm.com |
| Counsel to 356W58 Ground Lessor LLC | Adler & Stachenfeld LLP | Kirk L Brett and Patrick O'Connor | kbrett@adstach.com; poconnor@adstach.com |
| Committee of Unsecured Creditors; Top 20 | AJP Contracting Corp. | Attn Antonios Pappas | apappas@ajpcontracting.com |
| Counsel to Parkview Financial REIT, LP, Counsel to the DIP Lender and Prepetition Lender; PV Hudson LLC | Hogan Lovells US LLP | Richard Wynne, David P Simonds, Edward McNeilly Christopher R. Bryant, and Patrick N. Petrocelli | richard.wynne@hoganlovells.com; david.simonds@hoganlovells.com; edward.mcneilly@hoganlovells.com; chris.bryant@hoganlovells.com; patrick.petrocelli@hoganlovells.com |
| Counsel to Parkview Financial REIT, LP, Counsel to the DIP Lender and Prepetition Lender | Hogan Lovells US LLP | Chris Bryant | chris.bryant@hoganlovells.com |
| Counsel to 356W58 Ground Lessor LLC | Landis Rath & Cobb LLP | Adam G. Landis, Matthew B. McGuire, Katherine S. Dute, and Soumya P. Venkateswaran | landis@lrclaw.com; mcguire@lrclaw.com; dute@lrclaw.com; venkateswaran@lrclaw.com |
| Counsel to the Official Committee of Unsecured Creditors | Morris James LLP | Eric J Monzo and Samantha L. Rodriguez | emonzo@morrisjames.com; srodriguez@morrisjames.com |
| US Trustee for District of DE | Office of the United States Trustee Delaware | Malcolm M Bates | linda.casey@usdoj.gov |
| Counsel to Parkview Financial REIT, LP; PV Hudson LLC | Pachulski Stang Ziehl & Jones LLP LLP | Jeffrey N. Pomerantz and James E. O'Neill | jpomerantz@pszjlaw.com; joneill@pszjlaw.com |
| Counsel to the Official Committee of Unsecured Creditors | Seward & Kissel LLP | Robert J Gayda , Catherine V LoTempio and Thomas Ross Hooper | gayda@sewkis.com; lotempio@sewkis.com; hooper@sewkis.com |
| Counsel to Alberto and Salomon Smeke Saba (the former owners of the Debtors); and CSC Hudson LLC | Vedder Price P.C. | Attn Robert Salame, David Rownd and Michael L. Schein | rsalame@vedderprice.com; drownd@vedderprice.com; mschein@vedderprice.com |
| Counsel to Alberto Smeke Saba and Salomon Smeke Saba and CSC Hudson LLC | Womble Bond Dickinson (US) LLP | Matthew P. Ward | matthew.ward@wbd-us.com |

# Exhibit B

**Exhibit B**
**Adversary Parties Service List**
**Served via First Class Mail**

| Description | CreditorName | CreditorNoticeName | Address1 | City | State | Zip |
|---|---|---|---|---|---|---|
| Committee of Unsecured Creditors; Top 20 | 356W58 Ground Lessor | Max Nipon | 2801 N. Harwood Street Suite 1200 | Dallas | TX | 75201 |
| Counsel to 356W58 Ground Lessor LLC | Adler & Stachenfeld LLP | Kirk L Brett and Patrick O'Connor | 555 Madison Avenue, 6th floor | New York | NY | 10022 |
| Committee of Unsecured Creditors; Top 20 | AJP Contracting Corp. | Attn Antonios Pappas | 1357 Seneca Avenue | Bronx | NY | 10474 |
| Counsel to Parkview Financial REIT, LP, Counsel to the DIP Lender and Prepetition Lender | Hogan Lovells US LLP | Chris Bryant | 390 Madison Avenue | New York | NY | 10017 |
| Counsel to Parkview Financial REIT, LP, Counsel to the DIP Lender and Prepetition Lender; PV Hudson LLC | Hogan Lovells US LLP | Richard Wynne, David P Simonds, Edward McNeilly Christopher R. Bryant, and Patrick N. Petrocelli | 1999 Avenue of the Stars, Suite 1400 | Los Angeles | CA | 90067 |
| Counsel to 356W58 Ground Lessor LLC | Landis Rath & Cobb LLP | Adam G. Landis, Matthew B. McGuire, Katherine S. Dute, and Soumya P. Venkateswaran | 919 Market Street, Suite 1800 | Wilmington | DE | 19801 |
| Counsel to the Official Committee of Unsecured Creditors | Morris James LLP | Eric J Monzo and Samantha L. Rodriguez | 3205 Ave North Blvd Ste 100 | Wilmington | DE | 19803 |
| US Trustee for District of DE | Office of the United States Trustee Delaware | Malcolm M Bates | 844 King St Ste 2207 | Wilmington | DE | 19801 |
| Counsel to Parkview Financial REIT, LP; PV Hudson LLC | Pachulski Stang Ziehl & Jones LLP LLP | Jeffrey N. Pomerantz and James E. O'Neill | 919 North Market Street, 17th Floor | Wilmington | DE | 19801 |
| Counsel to the Official Committee of Unsecured Creditors | Seward & Kissel LLP | Robert J Gayda , Catherine V LoTempio and Thomas Ross Hooper | One Battery Park Plaza | New York | NY | 10004 |
| Committee of Unsecured Creditors; Top 20 | The Abadi Group | Attn Nicole Vaknin and Elias Abadi | 151 Industrial Way East Suite A5 | Eatontown | NJ | 07724 |
| Counsel to Alberto and Salomon Smeke Saba (the former owners of the Debtors); and CSC Hudson LLC | Vedder Price P.C. | Attn Robert Salame, David Rownd and Michael L. Schein | 1633 Broadway, 31st Floor | New York | NY | 10019 |
| Counsel to Alberto Smeke Saba and Salomon Smeke Saba and CSC Hudson LLC | Womble Bond Dickinson (US) LLP | Matthew P. Ward | 1313 North Market Street, Suite 1200 | Wilmington | DE | 19801 |